BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736
732-223-8484
732-223-2416 (Fax)
Timothy.neumann25@gmail.com
Attorneys for Debtor/Debtor-in-Possession
Timothy P. Neumann, Esq.  TN6429

UNITED STATES BANKRUPTCY COURT
District of New Jersey

In re:                                              :

GEORGE SARIOTIS                      :        CHAPTER 11

                         Debtor      :        CASE NO. 19-32528

                                               CERTIFICATE OF
                                     :         DEBTOR IN POSSESSION
_____

        I hereby certify that as of this date, the above named Debtor continues in possession of her

estate as a Debtor-in-Possession, no trustee having been appointed or qualified and is authorized

to continue with hIS affairs.

                                    JAMES J. WALDRON, CLERK

                                    _____

Dated: