

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 19-32528 |
|---|---|---|
| George Sariotis | Chapter: | 11 |
| | Judge: | Kaplan |

# CERTIFICATE OF RETENTION OF DEBTOR IN POSSESSION

I hereby certify that the above named debtor continues in possession of its estate as debtor in possession, no Trustee having been appointed.

Dated: 12/3/2019

JEANNE A. NAUGHTON, Clerk

BY: Gary A. Nau

*1/4/17 (B207)*