| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **George Sariotis**<br>First Name    Middle Name    Last Name | Social Security number or ITIN: xxx–xx–3126<br>EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN: _ _ _ _<br>EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter:  11    12/2/19 |
| Case number: | 19–32528–MBK | |

## Official Form 309E (For Individuals or Joint Debtors)
## Notice of Chapter 11 Bankruptcy Case    12/15

**For the debtors listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors and debtors, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 11 plan may result in a discharge of debt. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 10 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

**Do not file this notice with any proof of claim or other filing in the case.** Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**Undeliverable notices** will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | George Sariotis | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1801 Pitney St<br>Oakhurst, NJ 07755–2840 | |
| 4. | **Debtor's attorney**<br>Name and address | Timothy P. Neumann<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Contact phone  732–223–8484 |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone  609–858–9333<br>Date: 12/3/19 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6.** | **Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **January 16, 2020 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Clarkson S. Fisher Federal Courthouse, 402 East State Street, Room 129, Trenton, NJ 08608–1507** |

| | | | |
|---|---|---|---|
| **7.** | **Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br><br>• if you assert that the debtor is not entitled to receive a discharge of any debts under 11 U.S.C. § 1141(d)(3) or<br>• if you want to have a debt excepted from discharge under 11 U.S.C. § 523(a)(2), (4), or (6). | First date set for hearing on confirmation of plan. The court will send you a notice of that date later.<br><br>**Filing deadline for dischargeability complaints: 3/16/20** |
| | | **Deadline for filing proof of claim:**<br><br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br><br>Your claim will be allowed in the amount scheduled unless:<br><br>• your claim is designated as *disputed*, *contingent*, or *unliquidated*;<br>• you file a proof of claim in a different amount; or<br>• you receive another notice.<br><br>If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled.<br><br>You may review the schedules at the bankruptcy clerk's office or online at www.pacer.gov.<br><br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | **2/10/20**   For a governmental unit: **6/1/20** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing Deadline:**<br>30 days after the *conclusion* of the meeting of creditors |

| | | |
|---|---|---|
| **8.** | **Creditors with a foreign address** | If you are a creditor receiving mailed notice at a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **9.** | **Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate the debtor's business. |
| **10.** | **Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of a debt. See 11 U.S.C. § 1141(d). However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you believe that a particular debt owed to you should be excepted from the discharge under 11 U.S.C. § 523 (a)(2), (4), or (6), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1141 (d)(3), you must file a complaint and pay the filing fee in the clerk's office by the first date set for the hearing on confirmation of the plan. The court will send you another notice telling you of that date.<br><br>**WRITING A LETTER TO THE COURT OR THE JUDGE IS NOT A SUBSTITUTE FOR FILING AN ADVERSARY COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY. IN NO** |

| | **CIRCUMSTANCE WILL WRITING A LETTER PROTECT YOUR RIGHTS.** |
|---|---|
| **11. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 7. |

Official Form 309E (For Individuals or Joint Debtors)        **Notice of Chapter 11 Bankruptcy Case**        page 2

```
                        United States Bankruptcy Court
                             District of New Jersey

In re:                                                      Case No. 19-32528-MBK
George Sariotis                                             Chapter 11
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Dec 03, 2019
                              Form ID: 309E            Total Noticed: 29
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
```
db              George Sariotis,    1801 Pitney St,    Oakhurst, NJ 07755-2840
518598847       Aluma Systems Concrete,    PO Box 91473,    Chicago, IL 60693-1473
518598848       American Builders,    1 American Way,    Walden, NY 12586-2821
518598854      +Hudson Law Offices, PC,    For Aluma Systems Concrete,    900 Route 168 Ste C-2,
                 Turnersville, NJ 08012-3206
518598855       Jaeger Lumber and Supp Ly Co Inc,    1835 Swarthmore Ave,    Lakewood, NJ 08701-4533
518598856      +Joseph Fazio Wall L Lc,    5001 Routes 33 & 34,    Farmingdale, NJ 07727-3621
518598858       Kathleen R. Wall, Esq.,    Atty for Joseph Fazzio-Wall LLC,    PO Box A,
                 Manasquan, NJ 08736-0631
518598859       Marvel & Maloney,    Attys for Woodhaven Lumber,    PO Box 727,    Neptune, NJ 07754-0727
518598860       Mellinger Sanders Kartzman LLC,    101 Gibraltar Dr Ste 2F,    Morris Plains, NJ 07950-1287
518598861       Meyner & Landis,    1 Gateway Ctr Fl 25,    Newark, NJ 07102-5320
518598863       NJ Attorney General,    Division of Law Richard J Hughes Justice,    25 Market St,
                 Trenton, NJ 08611-2148
518598862       Nissan-Infiniti Lt,    PO Box 660366,    Dallas, TX 75266-0366
518598865       State of New jersey,    Div of Taxation Bk Se P O,    PO Box 245,    Trenton, NJ 08602-0245
518598866       State of Nj Student As,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
518598868      #Two River Community Bank,    1250 State Route 35,    Middletown, NJ 07748-2013
518598870       Woodhaven Lumber & Millwork,    200 James St,    Lakewood, NJ 08701-4103
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: timothy.neumann25@gmail.com Dec 04 2019 00:17:26     Timothy P. Neumann,
                 Broege, Neumann, Fischer & Shaver,    25 Abe Voorhees Drive,    Manasquan, NJ 08736
smg             EDI: IRS.COM Dec 04 2019 04:38:00      Dist Dir of IRS,    Insolvency Function,    PO Box 724,
                 Springfield, NJ 07081-0724
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 04 2019 00:18:57      U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 04 2019 00:18:52      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518598849       EDI: AMEREXPR.COM Dec 04 2019 04:38:00      Amex,    PO Box 981537,    El Paso, TX 79998-1537
518598850      +E-mail/Text: bk@avant.com Dec 04 2019 00:19:50      Avant LLC/Web Bank,    222 N La Salle St,
                 Chicago, IL 60601-1101
518598852       E-mail/Text: bankruptcy@usecapital.com Dec 04 2019 00:20:14      Capital Accounts,
                 Attn Bankruptcy Dept,    PO Box 140065,    Nashville, TN 37214-0065
518598851       E-mail/Text: bankruptcy@usecapital.com Dec 04 2019 00:20:14      Capital Accounts,
                 PO Box 140065,    Nashville, TN 37214-0065
518598853       EDI: DISCOVER.COM Dec 04 2019 04:38:00      Discover Fin Svcs LLC,    PO Box 15316,
                 Wilmington, DE 19850-5316
518598857       EDI: CHASE.COM Dec 04 2019 04:38:00      Jpmcb Card,    PO Box 15369,
                 Wilmington, DE 19850-5369
518598864       E-mail/Text: bkteam@selenefinance.com Dec 04 2019 00:18:04      Selene Finance Lp,
                 9990 Richmond Ave,    Houston, TX 77042-4559
518598867       E-mail/Text: tcm.bk@icba.tcmbank.com Dec 04 2019 00:19:46      Tcm Bank NA,    PO Box 31481,
                 Tampa, FL 33631-3481
518598869       EDI: WFFC.COM Dec 04 2019 04:38:00      Wells Fargo,    Attn Bankruptcy,
                 1 Home Campus # MACX2303-01A,    Des Moines, IA 50328-0001
                                                                                              TOTAL: 13
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                                Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2                  Date Rcvd: Dec 03, 2019
                              Form ID: 309E              Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
              Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 2
```