UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

IN THE MATTER OF:

George Sariotis                                                  : Case No. 19-32528



                                    :
                               Chapter 11

NOTICE OF STATUS CONFERENCE


The court will hold a status conference on: January 16, 2020  at 10:00 am
                                    Courtroom # 8
                                    US Bankruptcy Court
                                    Federal Courthouse
                                    402 E. State St.
                                    Trenton NJ 08608

The purpose of the meeting will be to discuss case management issues.

The debtor is requested to notify all parties in interest who it anticipates will play a major role in this case including all secured creditors, creditors committee members and the United States Trustee.  All parties interested in this case are requested to attend.


**ATTENDANCE IS REQUIRED**.


Thank you for your cooperation.

                          JEANNE NAUGHTON , CLERK
                          UNITED STATES BANKRUPTCY COURT


Copy served to: Attorney for Debtor and U.S. Trustee.

                          Wendy Romero
                          Deputy Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-32528-MBK
George Sariotis                                                           Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Dec 03, 2019
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 05, 2019.
db            George Sariotis,    1801 Pitney St,    Oakhurst, NJ  07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2019                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 3, 2019 at the address(es) listed below:
         Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com,
            btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                        TOTAL: 2