**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**TRENTON DIVISION**

IN RE:                                                              CASE NO.: 19-32528-MBK
                                                                               CHAPTER 11

**George Sariotis,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of SELENE FINANCE LP ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170,**
**DULUTH, GA 30097**

        RAS Crane, LLC
        Attorney for Secured Creditor
        10700 Abbott's Bridge Road, Suite 170,
        Duluth, GA 30097
        Telephone: 470-321-7112

        By: /s/Laura Egerman
            Laura Egerman, Esquire
            Email: legerman@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 6, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

George Sariotis
1801 Pitney St
Oakhurst, NJ 07755-2840

Timothy P. Neumann
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102

                                                RAS Crane, LLC
                                                Attorney for Secured Creditor
                                                10700 Abbott's Bridge Road, Suite 170,
                                                Duluth, GA 30097
                                                Telephone: 470-321-7112

                                                By: /s/Laura Egerman
                                                Laura Egerman, Esquire
                                                Email: legerman@rasnj.com