UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
Andrew R. Vara, Acting U.S. Trustee, Region 3
Lauren Bielskie, Esq.
One Newark Center, Suite 2100
Newark, NJ 07102
Phone: (973) 645-3014
Email: lauren.bielskie@usdoj.gov

In Re:

    George Sariotis,

Debtor.

Case No.: 19-32528 (MBK)

Chapter: 11

Judge: Kaplan

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of __the United States Trustee__. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS:  Lauren Bielskie, Esq.
               United States Department of Justice
               Office of the United States Trustee
               One Newark Center, Suite 2100
               Newark, NJ 07102

DOCUMENTS:

☒ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: 12/10/19

/s/ Lauren Bielskie
Signature

*new.8/1/15*