MEYNER AND LANDIS LLP
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3457
Linda T. Snyder (LS 4818)

|  |  |
|---|---|
| IN RE:<br><br>GEORGE SARIOTIS,<br><br>Debtor. | UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>In Proceedings Under<br>Chapter 11 of the<br>United States Bankruptcy Code<br><br>Case No. 19-32528 (MBK) |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the undersigned hereby appears for Two River Community Bank for the above captioned proceedings of this Court. Pursuant to Rule 2002 and Section 9010 of the Bankruptcy Code, the undersigned requests that copies of all pleadings, orders and notices in this matter be served by all parties upon the undersigned at the above stated address.

MEYNER AND LANDIS LLP

By: /s/ Linda T. Snyder
Linda T. Snyder

DATED: December 18, 2019