| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in compliance with D.N.J. LBR 9004-1**<br><br>**MEYNER AND LANDIS LLP**<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102<br>(973) 602-3466<br>David B. Grantz, Esq.<br>DGrantz@Meyner.com<br>*Attorneys for TwoRiver Community Bank* | In Proceedings Under<br>Chapter 11 of the<br>United States Bankruptcy Code |
| IN RE:<br><br>GEORGE SARIOTIS<br><br>Debtor. | Case No.: 19-32528 (MBK)<br><br>Honorable Michael B. Kaplan, U.S.B.J. |

## NOTICE OF APPEARANCE
## AND REQUEST FOR SERVICE OF PAPERS

TO:    CLERK, UNITED STATES BANKRUPTCY COURT

**PLEASE TAKE NOTICE** that pursuant to Section 9010(b) of the Bankruptcy Code, the undersigned hereby enters an appearance in this case on behalf of TwoRiver Community Bank pursuant to Rule 2002 and Section 9010 of the Bankruptcy Code, the undersigned requests that copies of all pleadings, orders and notices in this matter be served by all parties upon the undersigned at the above stated address.

                                      **MEYNER AND LANDIS LLP**
                                      *Attorneys for TwoRiver Community Bank*

                                      By:    */s/ David B. Grantz*
                                                   David B. Grantz

DATED: December 18, 2019