**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

TIMOTHY P. NEUMANN, ESQ. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
tneumann@bnfsbankruptcy.com
*Attorneys for Debtor-in-Possession*
*George Sariotis*

In Re:

**GEORGE SARIOTIS**
      Debtor.

Chapter 11

Case No.:  19-32528

Judge:  Michael B. Kaplan

Recommended Local Form: ■ Followed ☐ Modified

**ORDER AUTHORIZING RETENTION OF BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C. AS ATTORNEY FOR THE DEBTOR**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2

Debtor:  George Sariotis
Case No:  19-32528
Applicant:  George Sariotis

(check all that apply)   ☐ Trustee:   ☐ Chapter 7   xx Chapter 11   ☐ Chapter 13
　　　　　　　　　　■ Debtor:   ■ Chapter 11   ☐ Chapter 13
　　　　　　　　　　☐ Official Committee of _____

Name of Professional:　　Timothy P. Neumann Esq.,
　　　　　　　　　　　　Broege, Neumann, Fischer & Shaver, L.L.C

Address of Professional:　25 Abe Voorhees Drive, Manasquan, NJ  08736

■ Attorney for:　　☐ Trustee　　■ Debtor　　☐ Official Committee of _____
☐ Accountant for:　☐ Trustee　　☐ Debtor　　☐ Official Committee of _____
☐ Other Professional:　☐ Realtor　☐ Appraiser　☐ Special Counsel　☐ Auctioneer
　　　　　　　　　　　☐ Other (specify)_____

　　Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

　　1.　The applicant is authorized to retain the above party in the professional capacity noted.

　　2.　Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

　　3.　The effective date of the retention is the date the application was filed with the Court.