| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c)<br>**MEYNER AND LANDIS LLP**<br>**One Gateway Center, Suite 2500**<br>**Newark, New Jersey 07102**<br>**(973) 602-3432**<br>Attorneys for Secured Creditor Two River Community Bank<br>David B. Grantz, Esq. (DG1967) |
| In Re:<br><br>GEORGE SARIOTIS,<br><br>Debtor. |

Case No.:   19-32528

Chapter:    11

Judge:      Michael B. Kaplan

**To: Service List**

**NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR IN THE ALTERNATIVE TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY PETITION FILED IN BAD FAITH**

**PLEASE TAKE NOTICE** that on March 5, 2020, or as soon thereafter as counsel may be heard, the undersigned, attorneys for secured creditor, Two River Community Bank ("**Two River**"), will move before the Honorable Michael B. Kaplan, U.S.B.J., at the United States Bankruptcy Court, 402 East State Street Trenton, N.J. 08608 for the entry of an Order for relief from the Automatic Stay or, in the alternative, dismissing the Chapter 11 Bankruptcy Petition of debtor George Sariotis ("**Debtor**").

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Certification of David B. Grantz, Esq. and supporting Brief.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 3 of the Local Bankruptcy Rules, in the event the parties fails to file a response to the within Motion or to

appear in Court in opposition to the same, the requested relief may be granted by the Court without further notice.

                                      **MEYNER AND LANDIS LLP**

                            By: */s/ David B. Grantz*
                                David B. Grantz, Esq.

                            One Gateway Center, Suite 2500
                            Newark, New Jersey 07102
                            (973) 602-3457

DATED: January 29, 2020

**SERVICE LIST**

George Sariotis
1801 Pitney Street
Oakhurst, NJ 07755-2840

Timothy Newman, Esq.
Broege, Neuman, Fischer & Shaver LLC
25 Abe Voorhees Drive,
Manasquan, NJ 08736-3560

Aluma Systems Concrete
PO Box 91473
Chicago, IL 60693-1473

American Builders
1 American Way
Walden, NY 12586-2821

Amex
PO Box 981537
El Paso, TX 79998-1537

Avant LLC/Web Bank
222 N La Salle St
Chicago, IL 60601-1003

Capital Accounts
Attn Bankruptcy Dept.
PO Box 140065
Nashville, TN 37214-0065

Hudson Insurance Company
Westerman Sheedy Keenan
333 Earle Ovington Blvd, Suite 702
Uniondale, NY 11553-3622

Discover Fin Svcs LLC
PO Box 15316
Wilmington, DE 19850-5316

Hudson Law Offices, PC
For Aluma Systems Concrete
900 Route 168 Ste C-2
Turnersville, NJ 08012-3233

Jaeger Lumber and Supply Co Inc
1835 Swarthmore Ave
Lakewood, NJ 08701-4533

Joseph Fazio Wall LLC
5001 Routes 33 & 34
Farmingdale, NJ 07727

Jpmcb Card
PO Box 15369
Wilmington, DE 19850-5369

Kathleen R. Wall, Esq.
Atty for Joseph Fazzio-Wall LLC
PO Box A
Manasquan, NJ 08736-0631

Marvel & Maloney
Attys for Woodhaven Lumber
PO Box 727
Neptune, NJ 07754-0727

Mellinger Sanders Kartzman LLC
101 Gibraltar Dr Ste 2F
Morris Plains, NJ 07950-1287

Wells Fargo
Attn Bankruptcy
1 Home Campus # MACX2303-01A
Des Moines, IA 50328-0001

Woodhaven Lumber & Millwork
200 James St
Lakewood, NJ 08701-4103

IRS Centralized Insolvency Operations
P.O. Box 7347
Philadelphia, PA 19101

State of New Jersey
Div of Taxation Bk Se P 0
PO Box 245
Trenton, NJ 08602-0245

State of NJ Student As
4 Quakerbridge Plz
Trenton, NJ 08619-1241

Laura Bielskie, Esq.
U.S. Trustee's Office
One Newark Center, Suite 2100
Newark, NJ 07102

Laura M. Ingerman, Esq.
Attorney for Selene Financial LP
RAS Crane LLC
10700 Abbotts Bridge Road
Suite 170
Duluth, GA 30097