| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>MEYNER AND LANDIS LLP<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102<br>(973) 602-3478<br>David B. Grantz, Esq.(DG1967)<br>Dgrantz@meyner.com<br>Attorneys for Two River Community Bank<br><br>In Re:<br>GEORGE SARIOTIS<br>                Debtor | Case No.: 19-32528 (MBK)<br>Chapter: 11<br>Adv. No.: _____<br>Hearing Date: March 5, 2020<br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, Linda T. Snyder :

    ☒ represent TwoRiver Community Bank in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On January 29, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Motion for Relief from the Automatic Stay; Certification of David B. Grantz, Esq., in Support of Same; Brief; and Proposed Order.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: January 29, 2020                              /s/ Linda T. Snyder
                                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Sariotis<br>1801 Pitney Street<br>Oakhurst, NJ 07755-2840 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Timothy Newman, Esq.<br>Broege, Neuman, Fischer & Shaver LLC<br>25 Abe Voorhees Drive,<br>Manasquan, NJ 08736-3560 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Aluma Systems Concrete<br>PO Box 91473<br>Chicago, IL 60693-1473 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American Builders<br>1 American Way<br>Walden, NY 12586-2821 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Avant LLC/Web Bank<br>222 N La Salle St<br>Chicago, IL 60601-1003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital Accounts<br>Attn Bankruptcy Dept.<br>PO Box 140065<br>Nashville, TN 37214-0065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hudson Insurance Company<br>Westerman Sheedy Keenan<br>333 Earle Ovington Blvd, Suite 702<br>Uniondale, NY  11553-3622 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hudson Law Offices, PC<br>For Aluma Systems Concrete<br>900 Route 168 Ste C-2<br>Turnersville, NJ 08012-3233 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jaeger Lumber and Supply Co Inc<br>1835 Swarthmore Ave<br>Lakewood, NJ 08701-4533 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Kathleen R. Wall, Esq.<br>Atty for Joseph Fazzio-Wall LLC<br>PO Box A<br>Manasquan, NJ 08736-0631 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Marvel & Maloney<br>Attys for Woodhaven Lumber<br>PO Box 727<br>Neptune, NJ 07754-0727 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Mellinger Sanders Kartzman LLC<br>101 Gibraltar Dr Ste 2F<br>Morris Plains, NJ 07950-1287 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Wells Fargo<br>Attn Bankruptcy<br>1 Home Campus # MACX2303-01A<br>Des Moines, IA 50328-0001 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Woodhaven Lumber & Millwork<br>200 James St<br>Lakewood, NJ 08701-4103 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| IRS Centralized Insolvency Operations<br>P.O. Box 7347<br>Philadelphia, PA  19101 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| State of New Jersey<br>Div of Taxation Bk Se P 0<br>PO Box 245<br>Trenton, NJ 08602-0245 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| State of NJ Student As<br>4 Quakerbridge Plz<br>Trenton, NJ 08619-1241 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Laura Bielskie, Esq.<br>U.S. Trustee's Office<br>One Newark Center, Suite 2100<br>Newark, NJ  07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Laura M. Ingerman, Esq.<br>Attorney for Selene Financial LP<br>RAS Crane LLC<br>10700 Abbotts Bridge Road<br>Suite 170<br>Duluth, GA  30097 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
|  |  | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

rev.8/1/15

4/7