_____ DISTRICT OF _____.

In re Georgo Santos

Case No. 1932528
Reporting Period: 12-31-19

## MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

1/23/20
Date

_____
Signature of Joint Debtor

_____
Date

_____
Signature of Authorized Individual*

_____
Date

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: _George Sariots_
Debtor

Case No. _1932528_
Reporting Period _12/31/19_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 3647.76 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2419.00 | |
| Sale of Assets | | |
| Other Income (attach schedule)  Cash | 5960.00 | |
| **Total Receipts** | | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2609.14 (11/26/19 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 440.16 | |
| Insurance                          1503.75 | | |
| Auto Expense | 792.69  (Auto) | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses + Insurance + Upr | 3297.90 | |
| Household Expenses | 798.20 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | 1383.35 | |
| Other (attach schedule) | 913.89 | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 11513.88 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 62021.16 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 507.91 | |

In re _George Sariolis_
      Debtor

Case No. __193 2528__
Reporting Period: __12-31-19__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| CASH | 5960.00 | |
| | | |
| | | |
| | | |
| Other Taxes | | |
| | | |
| | | |
| | | |
| | | |
| Other Ordinary Disbursements | | |
| Visa ~ Mission | 161.19 | |
| Sirus | 25.00 | |
| Restaurant | 69.00 | |
| Cash ~ Christmas Tree, Wreaths, Garland | 400.00 | |
| Holly Brook Farms ~ Gave Blankets | 5542 | |
| Bank Fees & overdraft | 203 | |
| Other Reorganization Expenses | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

**kearny**bank

120 Passaic Ave
Fairfield, NJ 07004

*January 2020*

Reporting Activity 12/11 - 01/10                    Page 1 of 4

RETURN SERVICE REQUESTED

GEORGE SARIOTIS
1801 PITNEY ST
OAKHURST NJ 07755-2840

## Managing Your Accounts

 Customer Help Desk    1-800-273-3406

 Tele-Banking    1-866-813-2754

Online    www.kearnybank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| EZ Checking | XXXXXXX2090 | $0.00 |
| Total Current Value | | $0.00 |

# EZ Checking - XXXXXXX2090

## Account Summary

| Date | Description | |
|---|---|---|
| 12/11/2019 | Beginning Balance | $787.18 |
| | 1 Debit(s) this period | $787.18 |
| | 0 Credit(s) this period | $0.00 |
| 01/10/2020 | Ending Balance | $0.00 |

## Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/11/2019 | Beginning Balance | | | $787.18 |
| 12/18/2019 | CLOSING WITHDRAWAL | -$787.18 | | $0.00 |
| 01/10/2020 | Ending Balance | | | $0.00 |

## Daily Balances

| Date | Amount |
|---|---|
| 12/18/2019 | $0.00 |

**ACCOUNT CLOSED**

 Member
FDIC

**Important: Please notify us if there are any errors on your statement.**
**HOW TO BALANCE YOUR STATEMENT**

1. Subtract from your checkbook any checks, automatic payments, Charges or other debits that are on this statement but not already entered. Add to your checkbook all deposits, loan advances interest or other credits that are on this statement but not already entered.

2. Enter the ending balance shown on this statement.

3. Enter any deposits made but not shown on this statement.    +

4. Subtotal (2+3).    =

5. In your register, check off all checks that were paid. To the right, list the numbers and amounts of the checks that are not yet paid, and add them up.

6. Subtract the unpaid check total.    -

7. Your answer should agree with the balance in your checkbook that you calculated in Step 1.    =

**IF YOU DON'T BALANCE:**

Check the figures you used for balancing. Compare the dollar amounts of the checks and deposits listed on this statement with the amounts listed in your checkbook. Verify your addition and subtraction both above and in your checkbook. Review last month's statement.

List the checks that have not yet been listed as paid on your statements.

| Check # | Amount | Check # | Amount |
|---------|--------|---------|--------|
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        | TOTAL   |        |
|         |        |         |        |

**APPLICABLE TO CONSUMER ACCOUNTS ONLY**
**ELECTRONIC TRANSFERS**

In case of errors or questions about your electronic transfers, call us or write to us at the phone number/address shown on the other side of this statement as soon as you can. If you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mailed the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

**FOR PERSONAL/CONSUMER CREDIT RESERVE/OVERDRAFT PROTECTION**
**ACCOUNTS IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL**

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at our address (shown on the reverse side of this statement) as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the errors or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

**HOW YOUR FINANCE CHARGE IS DETERMINED**

The Bank figures the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account (including current transactions). To get the daily balance, the Bank takes the beginning balance of your account each day, adds any new loans and subtracts any payments or credits, unpaid FINANCE CHARGES, unpaid late fees, and unpaid insurance premiums. Then, each day during the billing cycle, the Bank multiplies the daily balance by the daily periodic rate. The result is the daily FINANCE CHARGE. The daily FINANCE CHARGES for each day of the billing cycle are added together to get the FINANCE CHARGE amount for the billing cycle. For each statement, the FINANCE CHARGE is figured only to the statement date. It continues to accrue daily until payment of the total balance outstanding is posted to the Reserve Account. A FINANCE CHARGE that accrues after the statement cycle will appear on the next statement. The daily periodic rate(s) is (are) determined by dividing the Annual Percentage Rate(s) applicable during the billing cycle by the number of days in the year.

**Kearny** Bank

January 2020

## EZ Checking - XXXXXXX2090 (continued)

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |





#     20191218     $787.18

**Kearny** bank

**December 2019**

120 Passaic Ave
Fairfield, NJ 07004

*Reporting Activity 11/09 - 12/10*                              *Page 1 of 6*

RETURN SERVICE REQUESTED

## Managing Your Accounts

 Customer Help Desk          1-800-273-3406

GEORGE SARIOTIS
1801 PITNEY ST
OAKHURST NJ 07755-2840

 Tele-Banking          1-866-813-2754

 Online          www.kearnybank.com

## Summary of Accounts

| Account Type | Account Number | Ending Balance |
|---|---|---|
| EZ Checking | XXXXXXX2090 | $787.18 |
| **Total Current Value** | | **$787.18** |

## EZ Checking - XXXXXXX2090

### Account Summary

| Date | Description | |
|---|---|---|
| 11/09/2019 | Beginning Balance | $505.25 |
| | 6 Debit(s) this period | $3,481.12 |
| | 3 Credit(s) this period | $3,763.05 |
| 12/10/2019 | Ending Balance | $787.18 |

### Account Activity

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 11/09/2019 | Beginning Balance | | | $505.25 |
| 11/21/2019 | DEPOSIT | | $1,000.00 | $1,505.25 |
| 11/25/2019 | CHECK # 179 | -$105.60 | | $1,399.65 |
| 11/26/2019 | Credit One Bank Payment 40198076 | -$513.41 | | $886.24 |
| 11/27/2019 | CHECK # 178 | -$189.92 | | $696.32 |
| 11/29/2019 | DEPOSIT  *From 1973* | | $2,400.00 | $3,096.32 |
| 12/03/2019 | Avant LLC 800-71 avant.com 000001133847071 | -$363.05 | | $2,733.27 |
| 12/05/2019 | Avant LLC 800-71 avant.com 000001134702052 | | $363.05 | $3,096.32 |
| 12/06/2019 | CHECK # 180 | -$300.00 | | $2,796.32 |



Member FDIC
EQUAL HOUSING LENDER

Important: Please notify us if there are any errors on your statement.
## HOW TO BALANCE YOUR STATEMENT

1. Subtract from your checkbook any checks, automatic payments. Charges or other debits that are on this statement but not already entered. Add to your checkbook all deposits, loan advances interest or other credits that are on this statement but not already entered.

2. Enter the ending balance shown on this statement.

3. Enter any deposits made but not shown on this statement.   +

4. Subtotal (2+3).   =

5. In your register, check off all checks that were paid. To the right, list the numbers and amounts of the checks that are not yet paid, and add them up.

6. Subtract the unpaid check total.   −

7. Your answer should agree with the balance in your checkbook that you calculated in Step 1.   =

### IF YOU DON'T BALANCE:

Check the figures you used for balancing. Compare the dollar amounts of the checks and deposits listed on this statement with the amounts listed in your checkbook. Verify your addition and subtraction both above and in your checkbook. Review last month's statement.

List the checks that have not yet been listed as paid on your statements.

| Check # | Amount | Check # | Amount |
|---------|--------|---------|--------|
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        |         |        |
|         |        | TOTAL   |        |
|         |        |         |        |

## APPLICABLE TO CONSUMER ACCOUNTS ONLY
### ELECTRONIC TRANSFERS

In case of errors or questions about your electronic transfers, call us or write to us at the phone number/address shown on the other side of this statement as soon as you can, if you think your statement or receipt is wrong, or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we mailed the FIRST statement on which the error or problem appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error so that you will have the use of the money during the time it takes us to complete our investigation.

## FOR PERSONAL/CONSUMER CREDIT RESERVE/OVERDRAFT PROTECTION ACCOUNTS IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR BILL

If you think your bill is wrong, or if you need more information about a transaction on your bill, write to us on a separate sheet at our address (shown on the reverse side of this statement) as soon as possible. We must hear from you no later than 60 days after we sent you the first bill on which the errors or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error.

If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

## HOW YOUR FINANCE CHARGE IS DETERMINED

The Bank figures the FINANCE CHARGE on your account by applying the daily periodic rate to the daily balance of your account (including current transactions). To get the daily balance, the Bank takes the beginning balance of your account each day, adds any new loans and subtracts any payments or credits, unpaid FINANCE CHARGES, unpaid late fees, and unpaid insurance premiums. Then, each day during the billing cycle, the Bank multiplies the daily balance by the daily periodic rate. The result is the daily FINANCE CHARGE. The daily FINANCE CHARGES for each day of the billing cycle are added together to get the FINANCE CHARGE amount for the billing cycle. For each statement, the FINANCE CHARGE is figured only to the statement date. It continues to accrue daily until payment of the total balance outstanding is posted to the Reserve Account. A FINANCE CHARGE that accrues after the statement cycle will appear on the next statement. The daily periodic rate(s) is (are) determined by dividing the Annual Percentage Rate(s) applicable during the billing cycle by the number of days in the year.

**kearny**bank

**December 2019**

## EZ Checking - XXXXXXX2090 (continued)

### Account Activity (continued)

| Transaction Date | Description | Debits | Credits | Balance |
|---|---|---|---|---|
| 12/06/2019 | CHECK # 181 | -$2,009.14 | | $787.18 |
| 12/10/2019 | Ending Balance | | | $787.18 |

### Checks Cleared

| Check Number | Check Date | Check Amount | Check Number | Check Date | Check Amount |
|---|---|---|---|---|---|
| 178 | 11/27/2019 | $189.92 | 180 | 12/06/2019 | $300.00 |
| 179 | 11/25/2019 | $105.60 | 181 | 12/06/2019 | $2,009.14 |

* Indicates skipped check number

### Daily Balances

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 11/21/2019 | $1,505.25 | 11/27/2019 | $696.32 | 12/05/2019 | $3,096.32 |
| 11/25/2019 | $1,399.65 | 11/29/2019 | $3,096.32 | 12/06/2019 | $787.18 |
| 11/26/2019 | $886.24 | 12/03/2019 | $2,733.27 | | |

### Overdraft and Returned Item Fees

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |




#178            20191127            $189.92




#179            20191125            $105.60




#180            20191206            $300.00




#181            20191206            $2,009.14




#                20191121            $1,000.00

**kearny** bank *December 2019*

*Reporting Activity 11/09 - 12/10*  *Page 5 of 6*



---

# 20191129  $2,400.00



**Bank**

America's Most Convenient Bank®

T   STATEMENT OF ACCOUNT

| | |
|---|---|
| 1973 LLC | Page: 1 of 4 |
| PROPERTY ACCOUNT | Statement Period: Dec 01 2019-Dec 31 2019 |
| 1048 WAYSIDE RD | Cust Ref #: 4351212124-717-T-### |
| TINTON FALLS NJ 07712 | Primary Account #: 435-1212124 |

## TD Business Convenience Plus

1973 LLC
PROPERTY ACCOUNT

Account # 435-1212124

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,661.27 | Average Collected Balance | 629.95 |
| Deposits | 200.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 1,706.57 | Annual Percentage Yield Earned | 0.00% |
| Other Withdrawals | 175.00 | Days in Period | 31 |
| Service Charges | 28.00 | | |
| Ending Balance | -48.30 | | |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/18 | DEPOSIT | 200.00 |
| | Subtotal: | 200.00 |

**Electronic Payments**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEBIT CARD PURCHASE, AUT 120319 VISA DDA PUR<br>SQ  BLUE SAGE VETERINARY   LITTLE SILVER * NJ<br>4085404022486884 | 46.30 |
| 12/04 | DEBIT CARD PURCHASE, AUT 120319 VISA DDA PUR<br>ATT FORD 1X          866 595 0191 * TX<br>4085404022486884 | 25.00 |
| 12/09 | TD ATM DEBIT, AUT 120719 DDA WITHDRAW<br>802 WEST PARK AVENUE      OCEAN      * NJ<br>4085404022486884 | 400.00 |
| 12/09 | DEBIT CARD PURCHASE, AUT 120819 VISA DDA PUR<br>SICKLES MARKET         LITTLE SILVER * NJ<br>4085404022486884 | 64.84 |
| 12/09 | DEBIT CARD PURCHASE, AUT 120819 VISA DDA PUR<br>SHOPRITE SHREWSBURY S1    SHREWSBURY  * NJ<br>4085404022486884 | 51.74 |
| 12/10 | DEBIT CARD PURCHASE, AUT 120919 VISA DDA PUR<br>COTTAGE LACE  RIBBON     NEPTUNE     * NJ<br>4085404022486884 | 39.06 |
| 12/12 | DEBIT CARD PURCHASE, AUT 121119 VISA DDA PUR<br>VANILLA SKY 251007      SHREWSBURY   * NJ<br>4085404022486884 | 84.00 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121419 VISA DDA PUR<br>SKY ZONE  OCEAN       OCEAN     * NJ<br>4085404022486884 | 496.62 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC
PROPERTY ACCOUNT

| | |
|---|---|
| Page: | 3 of 4 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4351212124-717-T-### |
| Primary Account #: | 435-1212124 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DEBIT CARD PURCHASE, AUT 121419 VISA DDA PUR<br>COSTCO WHSE 0329      OCEAN       * NJ<br>4085404022486884 | 107.49 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121519 VISA DDA PUR<br>WEGMANS 009        OCEAN       * NJ<br>4085404022486884 | 93.39 |
| 12/16 | TD ATM DEBIT, AUT 121419 DDA WITHDRAW<br>802 WEST PARK AVENUE     OCEAN       * NJ<br>4085404022486884 | 60.00 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121319 VISA DDA PUR<br>THE BAR ROOM        DEAL      * NJ<br>4085404022486884 | 58.50 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121419 VISA DDA PUR<br>HOLLY BROOK FARMS  GARD   WALL TOWNSHIP * NJ<br>4085404022486884 | 55.42 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121519 VISA DDA PUR<br>SPEEDWAY 03431       OAKHURST    * NJ<br>4085404022486884 | 27.99 |
| 12/17 | DEBIT CARD PURCHASE, AUT 121619 VISA DDA PUR<br>PAPERY OF SHREWSBURY       SHREWSBURY  * NJ<br>4085404022486884 | 49.83 |
| 12/17 | DEBIT CARD PURCHASE, AUT 121619 VISA DDA PUR<br>SHOPRITE SHREWSBURY S1    SHREWSBURY  * NJ<br>4085404022486884 | 32.89 |
| 12/17 | DEBIT CARD PURCHASE, AUT 121519 VISA DDA PUR<br>NOTHING BUNDT CAKES    SHREWSBURY  * NJ<br>4085404022486884 | 13.50 |
| | Subtotal: | 1,706.57 |

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/17 | OVERDRAFT PD | 70.00 |
| 12/18 | OVERDRAFT PD | 105.00 |
| | Subtotal: | 175.00 |

**Service Charges**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/31 | MAINTENANCE FEE | 25.00 |
| 12/31 | PAPER STATEMENT FEE | 3.00 |
| | Subtotal: | 28.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC
PROPERTY ACCOUNT

| | |
|---|---|
| Page: | 4 of 4 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4351212124-717-T-### |
| Primary Account #: | 435-1212124 |

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,661.27 | 12/16 | 50.92 |
| 12/04 | 1,589.97 | 12/17 | -115.30 |
| 12/09 | 1,073.39 | 12/18 | -20.30 |
| 12/10 | 1,034.33 | 12/31 | -48.30 |
| 12/12 | 950.33 | | |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | -48.30 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

1973 LLC
1048 WAYSIDE RD
TINTON FALLS NJ 07712

| | |
|---|---|
| Page: | 1 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |

## TD Business Simple Checking

1973 LLC

Account # 433-2712961

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,481.49 | | |
| Deposits | 5,760.00 | Average Collected Balance | 1,433.79 |
| Electronic Deposits | 2,414.00 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Checks Paid | 3,968.00 | Annual Percentage Yield Earned | 0.00% |
| Electronic Payments | 3,585.98 | Days in Period | 31 |
| Service Charges | 11.30 | | |
| Ending Balance | 2,090.21 | | |

### DAILY ACCOUNT ACTIVITY

#### Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/04 | DEPOSIT | 3,000.00 |
| 12/10 | DEPOSIT | 900.00 |
| 12/11 | DEPOSIT | 900.00 |
| 12/18 | DEPOSIT | 600.00 |
| 12/24 | DEPOSIT | 120.00 |
| 12/31 | DEPOSIT | 240.00 |
| | Subtotal: | 5,760.00 |

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/24 | ACH DEPOSIT, SSA TREAS 310 XXSOC SEC 138423126A SSA | 2,414.00 |
| | Subtotal: | 2,414.00 |

#### Checks Paid    No. Checks: 2

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/06 | 1043 | 2,670.31 |
| 12/12 | 1044 | 1,297.69 |
| | Subtotal: | 3,968.00 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① | Ending Balance | | 2,090.21 |
|---|---|---|---|
| ② | Total Deposits | + | |
| ③ | Sub Total | | |
| ④ | Total Withdrawals | - | |
| ⑤ | Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC

| | |
|---|---|
| Page: | 3 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |

## DAILY ACCOUNT ACTIVITY

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/02 | DEBIT CARD PURCHASE, AUT 112919 VISA DDA PUR<br>CHEWY COM        800 672 4399 * FL<br>4085404015074366 | 138.60 |
| 12/02 | DEBIT CARD PURCHASE, AUT 120219 VISA DDA PUR<br>CHEWY COM        800 672 4399 * FL<br>4085404015074366 | 91.69 |
| 12/02 | DEBIT CARD PURCHASE, AUT 112919 VISA DDA PUR<br>AMZN MKTP US 019OI5QA3 A   AMZN COM BILL * WA<br>4085404015074366 | 67.17 |
| 12/02 | DEBIT CARD PAYMENT, AUT 120119 VISA DDA PUR<br>NETFLIX COM          NETFLIX COM  * CA<br>4085404015074366 | 13.85 |
| 12/03 | DEBIT CARD PURCHASE, AUT 120219 VISA DDA PUR<br>GAN NEWSPAPER SUB1171    800 822 9779 * NY<br>4085404015074366 | 59.01 |
| 12/03 | DEBIT CARD PURCHASE, AUT 120119 VISA DDA PUR<br>ARROW PEST CONTROL   MOT  732 536 6500 * NJ<br>4085404015074366 | 44.78 |
| 12/03 | DEBIT CARD PURCHASE, AUT 112919 VISA DDA PUR<br>AMZN MKTP US 8D3OR4FP3    AMZN COM BILL * WA<br>4085404015074366 | 25.54 |
| 12/06 | ELECTRONIC PMT-TEL, CREDITCARD PYMNT PAYBYPHONE 1858150207 | 161.17 |
| 12/06 | DEBIT CARD PURCHASE, AUT 120519 VISA DDA PUR<br>AMZN MKTP US ZF2ZF9353     AMZN COM BILL * WA<br>4085404015074366 | 58.58 |
| 12/09 | ELECTRONIC CK PMT-ARC, FORD MOTOR CREDI CHECKPMTPA 1042 | 551.20 |
| 12/09 | DEBIT CARD PURCHASE, AUT 120519 VISA DDA PUR<br>AMAZON COM DL38W5XJ3 AMZ   AMZN COM BILL * WA<br>4085404015074366 | 85.18 |
| 12/10 | DEBIT CARD PURCHASE, AUT 120919 VISA DDA PUR<br>COSTCO GAS 0329        OCEAN       * NJ<br>4085404015074366 | 34.21 |
| 12/11 | DEBIT CARD PURCHASE, AUT 121019 VISA DDA PUR<br>SQ  BLUE SAGE VETERINARY    LITTLE SILVER * NJ<br>4085404015074366 | 171.00 |
| 12/12 | DEBIT CARD PURCHASE, AUT 121019 VISA DDA PUR<br>AMZN MKTP US CC9V710H3    AMZN COM BILL * WA<br>4085404015074366 | 79.96 |
| 12/12 | DEBIT CARD PURCHASE, AUT 121119 VISA DDA PUR<br>TNH LINDEN        732 574 3600  * NJ<br>4085404015074366 | 59.74 |
| 12/12 | DEBIT CARD PAYMENT, AUT 121119 VISA DDA PUR<br>APPLE COM BILL       866 712 7753  * CA<br>4085404015074366 | 6.39 |

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC

| | |
|---|---|
| Page: | 4 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/16 | DEBIT CARD PURCHASE, AUT 121319 VISA DDA PUR H<br>BJS WHOLESALE 0027     OAKHURST     * NJ<br>4085404015074366 | 83.45 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121419 VISA DDA PUR b<br>AMZN MKTP US Q11OC6983 A   AMZN COM BILL * WA<br>4085404015074366 | 26.49 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121419 VISA DDA PUR A<br>COSTCO GAS 0329     OCEAN     * NJ<br>4085404015074366 | 24.59 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121319 VISA DDA PUR G<br>AMZN MKTP US PM3AG6RH3    AMZN COM BILL * WA<br>4085404015074366 | 18.12 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121319 VISA DDA PUR G<br>AMZN MKTP US BN5BS0HF3    AMZN COM BILL * WA<br>4085404015074366 | 17.99 |
| 12/16 | DEBIT CARD PURCHASE, AUT 121319 VISA DDA PUR G<br>AMZN MKTP US 917LR6BT3    AMZN COM BILL * WA<br>4085404015074366 | 15.99 |
| 12/17 | ACH DEBIT, HANOVER/CITIZENS PREM COLL 011912150004588 Ins | 206.06 |
| 12/17 | DEBIT CARD PURCHASE, AUT 121519 VISA DDA PUR<br>THE HOME DEPOT 0907    W LONG BRANCH * NJ<br>4085404015074366 | 10.60 |
| 12/17 | DEBIT CARD PAYMENT, AUT 121619 VISA DDA PUR iM\ R<br>APPLE COM BILL     866 712 7753 * CA<br>4085404015074366 | 6.39 |
| 12/19 | DEBIT CARD PURCHASE, AUT 121719 VISA DDA PUR U<br>DTV DIRECTV SERVICE     800 347 3288 * CA<br>4085404015074366 | 246.83 |
| 12/20 | DEBIT CARD PAYMENT, AUT 121919 VISA DDA PUR G<br>AMAZON PRIME AL7BJ7CH3    AMZN COM BILL * WA<br>4085404015074366 | 126.88 |
| 12/20 | DEBIT CARD PURCHASE, AUT 121919 VISA DDA PUR A<br>COSTCO GAS 0329     OCEAN     * NJ<br>4085404015074366 | 35.68 |
| 12/23 | DEBIT CARD PURCHASE, AUT 122119 VISA DDA PUR G<br>BUY BUY BABY 3081     WEST LONG BRA * NJ<br>4085404015074366 | 138.36 |
| 12/23 | DEBIT CARD PURCHASE, AUT 121919 VISA DDA PUR G<br>AMZN MKTP US AB72K3YI3    AMZN COM BILL * WA<br>4085404015074366 | 53.58 |
| 12/23 | DEBIT CARD PAYMENT, AUT 122119 VISA DDA PUR A<br>SXM SIRIUSXM COM ACCT     888 635 5144 * NY<br>4085404015074366 | 28.04 |
| 12/23 | ELECTRONIC PMT-WEB, CREDIT ONE BANK PAYMENT 40198076 | 25.00 |

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC

| | |
|---|---|
| Page: | 5 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 12/23 | DEBIT CARD PURCHASE, AUT 121919 VISA DDA PUR G<br>AMAZON COM IO6R06ZB3     AMZN COM BILL * WA<br>4085404015074366 | 18.16 |
| 12/24 | DEBIT CARD PURCHASE, AUT 122319 VISA DDA PUR Mal<br>ADVANCED ENDOSCOPY     732 935 0031 * NJ<br>4085404015074366 | 180.00 |
| 12/26 | DEBIT CARD PURCHASE, AUT 122419 VISA DDA PUR A<br>COSTCO GAS  0329     OCEAN     * NJ<br>4085404015074366 | 34.86 |
| 12/26 | DEBIT CARD PAYMENT, AUT 122319 VISA DDA PUR H<br>APPLE COM BILL     866 712 7753 * CA<br>4085404015074366 | 0.99 |
| 12/27 | DEBIT CARD PURCHASE, AUT 122619 VISA DDA PUR H<br>BJS WHOLESALE  0027     OAKHURST     * NJ<br>4085404015074366 | 92.72 |
| 12/30 | DEBIT CARD PURCHASE, AUT 122819 VISA DDA PUR U<br>OPTIMUM 7866     973 230 6046 * NY<br>4085404015074366 | 179.48 |
| 12/30 | DEBIT CARD PURCHASE, AUT 122819 VISA DDA PUR M+R<br>PC RICHARD  SON 68     EATONTOWN     * NJ<br>4085404015074366 | 100.00 |
| 12/30 | DEBIT CARD PURCHASE, AUT 122919 VISA DDA PUR H<br>WEGMANS  009     OCEAN     * NJ<br>4085404015074366 | 89.43 |
| 12/30 | DEBIT CARD PURCHASE, AUT 122819 VISA DDA PUR H<br>THE SITTING DUCK     LONG BRANCH  * NJ<br>4085404015074366 | 69.00 |
| 12/30 | DEBIT CARD PURCHASE, AUT 122919 VISA DDA PUR H<br>SUPER FOODTOWN 269     OCEAN     * NJ<br>4085404015074366 | 38.76 |
| 12/30 | DEBIT CARD PAYMENT, AUT 122819 VISA DDA PUR G<br>APPLE COM BILL     866 712 7753 * CA<br>4085404015074366 | 0.99 |
| 12/31 | DEBIT CARD PURCHASE, AUT 123019 VISA DDA PUR H<br>SHOPRITE SHREWSBURY S1     SHREWSBURY  * NJ<br>4085404015074366 | 39.44 |
| 12/31 | DEBIT CARD PURCHASE, AUT 123019 VISA DDA PUR A<br>SPEEDWAY 03459     EATONTOWN  * NJ<br>4085404015074366 | 30.03 |

Subtotal:     3,585.98

**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

1973 LLC

| | |
|---|---|
| Page: | 6 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |

---

## DAILY ACCOUNT ACTIVITY

### Service Charges

| POSTING DATE | DESCRIPTION | | AMOUNT |
|---|---|---|---|
| 12/31 | CASH DEPOSITED FEE | | 1.30 |
| 12/31 | MAINTENANCE FEE | | 10.00 |
| | | Subtotal: | 11.30 |

---

## DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 11/30 | 1,481.49 | 12/17 | 255.74 |
| 12/02 | 1,170.18 | 12/18 | 855.74 |
| 12/03 | 1,040.85 | 12/19 | 608.91 |
| 12/04 | 4,040.85 | 12/20 | 446.35 |
| 12/06 | 1,150.79 | 12/23 | 183.21 |
| 12/09 | 514.41 | 12/24 | 2,537.21 |
| 12/10 | 1,380.20 | 12/26 | 2,501.36 |
| 12/11 | 2,109.20 | 12/27 | 2,408.64 |
| 12/12 | 665.42 | 12/30 | 1,930.98 |
| 12/16 | 478.79 | 12/31 | 2,090.21 |

# TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

1973 LLC

| | |
|---|---|
| Page: | 7 of 7 |
| Statement Period: | Dec 01 2019-Dec 31 2019 |
| Cust Ref #: | 4332712961-713-E-*** |
| Primary Account #: | 433-2712961 |



#1043    12/06    $2,670.31



#1044    12/12    $1,297.69



**AMBOY** Bank
3590 U.S. Highway
Old Bridge, NJ 08857

For the period 12-18-2019 to 01-15-2020    Page 1 of 1
019 017 0-015-000-00000000





AMBY

**Temp-Return Service Requested**

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

001514 0.7800 AB 0.412        TR00008

**GEORGE SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 PITNEY STREET**
**OAKHURST    NJ 07755-2840**

### We make IRA rollovers easy!
### Get up to a $500 bonus for transfers

### Plus, earn 1.61% APY on IRA Money Market
### Stop by any branch or call 877.222.6269

## Free Personal Check Account           Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-18 | $0.00 |
| Deposits and other credits (+) | $787.18 |
| Withdrawals, checks and other debits (-) | $544.56 |
| Ending Balance on 01-15 | $242.62 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-18 | DEPOSIT | 787.18 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 93 | 12-26 | 159.91 | | | | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-07 | 16801239010620 NJ NATURALGAS EBILL | 384.65 | | | |

001514

S07

AMBY-002-001514-001-001-200116  001514
0775284001



George Santos
Onslow ST0778
0093

12/19/19                    $ 159.91

PAY TO THE ORDER OF    P C Richard

One thousand Fifty Nine and

**A AMBOY**
Amboy National Bank

FOR Repair OTR...

⑆021320441⑆ 170⑈07747⑉ 0093

93    $159.91    12/26/2019

AMBY-002-001514-001-001-200116 001514    S07

17007747PAGE2