UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtor/Debtor In Possession*
*George Sariotis*

| | |
|---|---|
| In Re: | Case No.:  19-32528 |
| **GEORGE SARIOTIS,** | Chapter 11 |
| Debtor. | Judge:  Michael B. Kaplan |

## CERTIFICATION OF GEORGE SARIOTIS
## IN OPPOSITION TO MOTION FOR STAY RELIEF FILED BY
## TWO RIVER COMMUNITY BANK

I, George Sariotis, upon my oath certifies as follows:

1.  I am the Debtor/Debtor-in-Possession in the above-captioned bankruptcy proceeding.

2.  I make this certification in opposition to the Motion by Two River Community Bank For Relief From the Automatic Stay.

3.  I filed my remaining schedules on January 8, 2020, which included estimated values for the subject properties located at 1046 Wayside Road, Tinton Falls, NJ (the "Wayside Property"); 1801 Pitney Street, Oakhurst, NJ (the "Pitney Property"); and 61 Redwood Drive, Ocean, NJ (the "Redwood Property") (collectively, the "Properties").

4.  At the time I did not realize I had under-valued the Properties.

5.      I feel the Wayside Property should be valued at $586,000.00 instead of $150,000.00, the

Pitney Property should be valued at $657,000.00 instead of $603,000.00, and the Redwood

Property should be valued at $587,000.00 instead of $450,000.00.

6.      These values are based upon Zillow.com searches, true copies of which I have annexed

hereto as **Exhibit A**.

7.      I intend to file amended schedules immediately to reflect the adjusted values for the

Properties.

8.      I am also seeking to refinance each of the Properties. In the event a refinance is

unsuccessful I intend to sell each of the Properties if necessary.

I hereby certify that the foregoing statements are true and correct.  I am aware that if any

of the foregoing statements are willfully false, I am subject to punishment.


BY: _/s/ George Sariotis_____
       GEORGE SARIOTI

Dated: February 27, 2020