CORRECT HOME FACTS    ♡ SAVE    ✉ SHARE    MORE ▾      ✕ CLOSE

Tinton Falls, NJ | For Sale

Public View    Owner View

New Jersey · Tinton Falls · 07712 · 1064 Wayside Rd

Save search

Public View    Owner View

by: Newest ⌄



3 ba | 1,571 sqft

👤 Street View

## 1064 Wayside Rd
### Tinton Falls, NJ 07712

4 beds · 3 baths · 2,800 sqft

**OFF MARKET**

Zestimate®: **$586,964**

Rent Zestimate®: $2,850 /mo

**EST. REFI PAYMENT**
Est. Refi Payment: **$2,174/mo**

💲 See current r...
💲 See current rat...

### Home Shoppers are Waiting

📊 Ask an agent about market conditions in your neighborhood.

👤 Your name
📞 Phone
✉ Email

I own this home and would like to ask an agent about selling 1064 Wayside Rd, Tinton Falls, NJ 07712.

Contact Agent

Or call 732-629-8062 for more info

3 ba | 1,571 sqft

*Note: This property is not currently for sale or for rent on Zillow. The description below may be from a previous listing.*

A private home with acreage Priced below assessed value. Rennovated colonial on 3 flat acres, set back from the street. Large 5 car garage behind house in oversized parking area. Potential mother / daughter with fixtures for basement kitchen. Hardwood floors

### Nearby Similar Sales

**SOLD: $612,500**
Sold on 10/18/19
4 bds, 2 ba, 2,600 sqft
1106 - 1108 Hope Rd, Ocean, NJ 07712

**SOLD: $733,895**
Sold on 07/24/19
4 bds, 3 ba, 2,490 sqft
24 Enclave Way, Ocean, NJ 07712

3 ba | 3,006 sqft



CORRECT HOME FACTS    ♡ SAVE    ⛶ SHARE    MORE ▾                                    ✕ CLOSE

# 1801 Pitney St
## Oakhurst, NJ 07755

3 beds · 3 baths · 3,437 sqft

**OFF MARKET**

Zestimate®: $657,070

Rent Zestimate®: $3,000 /mo

**EST. REFI PAYMENT**

Est. Refi Payment: $2,434/mo

See current r...
See current rat...

## Home Shoppers are Waiting

Ask an agent about market conditions in your neighborhood.

| Your name |
| Phone |
| Email |

I own this home and would like to ask an agent about selling 1801 Pitney St, Oakhurst, NJ 07755.

Contact Agent

Or call 732-276-1677 for more info

1801 Pitney St, Oakhurst, NJ is a single family home that contains 3,437 sq ft and was built in 1976. It contains 3 bedrooms and 3 bathrooms. This home last sold for $257,000 in March 1988. The Zestimate for this house is $657,070, which has decreased by $1,923 in the last 30 days. The Rent Zestimate for this home is $3,000/mo, which has decreased by $7/mo in the last 30 days.

### Nearby Similar Sales

**SOLD: $650,000**
Sold on 06/24/19
4 bds, 3 ba, 2,800 sqft
1638 Finderne St, Oakhurst, NJ 07755

**SOLD: $625,000**
Sold on 12/22/19
4 bds, 3 ba, 3,209 sqft
557 W Lincoln Ave, Oakhurst, NJ 07755

**SOLD: $3,000**
Sold on 11/26/19
5 bds, 2.5 ba, 2,863 sqft
1706 Fanwood St, Oakhurst, NJ 07755

**SOLD: $650,000**
Sold on 12/01/19
6 bds, 4 ba, 3,961 sqft

## Facts and Features

 **Type** Single  **Year Built**  

LIST FOR RENT   ♡ SAVE   ✉ SHARE   MORE ▾                                           ✕ CLOSE

Public View   Landlord View           New Jersey › Ocean Township › 07712 › 61 Redwood Dr

Public View   Landlord View

# 61 Redwood Dr
## Asbury Park, NJ 07712

2 beds · 3 baths · 2,252 sqft

**OFF MARKET**

Zestimate®: $587,943

Rent Zestimate®: $2,250 /mo

**EST. REFI PAYMENT**

Est. Refi Payment: $2,178/mo



See current r…

ⓘ See current rate

## Home Shoppers are Waiting

Ask an agent about market conditions in your neighborhood.

👤 Your name
📞 Phone
✉ Email

I own this home and would like to ask an agent about selling 61 Redwood Dr, Asbury Park, NJ 07712.

Contact Agent

Or call 732-945-8456 for more info

### Nearby Similar Sales

**SOLD: $600,000**
Sold on 04/29/19
4 bds, 4 ba, 2,199 sqft
19 Dwight Dr, Ocean, NJ 07712

**SOLD: $530,000**
Sold on 11/03/19
4 bds, 3 ba, 2,167 sqft
1001 Grove St, Ocean, NJ 07712

**SOLD: $590,000**
Sold on 08/11/19
4 bds, 3 ba, 2,512 sqft

### Is this your rental?

Get a monthly local market report with comparable rentals in your area.

○ I own and manage this rental
○ I manage this rental for the owner

Enter email

Subscribe

Claim this home as your residence

61 Redwood Dr, Asbury Park, NJ is a single family home that contains 2,252



2 ba   1,800 sqft

6 ba   5,600 sqft

2 ba   1,770 sqft