UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3466
David B. Grantz, Esq.
DGrantz@Meyner.com
*Attorneys for TwoRiver Community Bank*

In Proceedings Under
Chapter 11 of the
United States Bankruptcy Code

IN RE:

GEORGE SARIOTIS

Debtor.

Case No.: 19-32528 (MBK)

Honorable Michael B. Kaplan, U.S.B.J.

**CERTIFICATION OF DAVID B. GRANTZ, ESQ. IN REPLY TO DEBTOR GEORGE SARIOTIS' OPPOSITION TO TWO RIVER COMMUNITY BANK'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY OR, IN THE ALTERNATIVE, TO DISMISS DEBTOR'S CHAPTER 11 BANKRUPTCY PETITION FILED IN BAD FAITH**

I, David B. Grantz, Esq., of full age, do hereby certify and say:

1. I am an attorney duly admitted to practice law in the State of New Jersey and a partner with the law firm of Meyner and Landis, LLP, attorneys for secured creditor Two River Community Bank ("Two River").

2. I make this Certification in Reply to Debtor George Sariotis' Opposition to Two River's Motion for Relief from the Automatic Stay or, in the alternative, to dismiss Debtor's Chapter 11 Bankruptcy Petition filed in Bad Faith.

3. Attached hereto as "**Exhibit 1**" is a true copy of a Land Appraisal Report by the Heller Smith Appraisal Group, LLC, received by this firm from Two River in connection with the foreclosure of Block 117, Lot 36.01 in the Borough of Tinton Falls, New Jersey, more commonly known as 1046 Wayside Road, Tinton Falls, NJ 07724.

## **CERTIFICATION**

I certify that the above statements are true. I am aware that if any of the above statements are willfully false that I am subject to punishment.

By:    */s/ David B. Grantz*
       David B. Grantz

DATED: March 2, 2020