# LAND APPRAISAL REPORT

File No.   TRB19L001
Case No.  Sariotis

The purpose of this appraisal report is to provide the lender/client with an accurate appraisal and adequate supporting opinion of the market value of the subject property.

## CLIENT AND PROPERTY IDENTIFICATION

| | |
|---|---|
| Property Address | 1046 Wayside Road |
| City | Tinton Falls   State NJ   Zip Code 07712 |
| Borrower | George Sariotis |
| Owner of Public Record | George Sariotis   County Monmouth |
| Legal Description | Block 117  Lot 36.01 |
| Assessor's Parcel Number | 49-00117-0000-0036.01 |
| Tax Year | 2018   R.E. Taxes 4,097 |
| Neighborhood Name | Wayside   Map Reference HAG: 14 K-18   Census Tract 8048 |
| Special Assessments | NA |
| PUD [ ] Yes [ ] No   HOA $ NA   Per Year   Per Month |
| Property Rights Appraised [X] Fee Simple [ ] Leasehold [ ] Other (Describe) |
| Assignment Type [ ] Purchase Transaction [ ] Refinance Transaction [X] Other (describe) Asset valuation for loan loss mitigation |
| Lender/Client Two River Community Bank   Address 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724 |

## CONTRACT ANALYSIS

I [ ] did [ ] did not analyze the contract sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price: $ _____ Date of Contract _____ Is the property seller the owner of public record? [ ] Yes [ ] No Data Source(s): _____
Is there any financial assistance (loan charges, sale concessions, gift or down payment assistance, etc.) to be paid by any party on behalf of the borrower?
[ ] Yes [ ] No   If Yes, report the total dollar amount and describe items paid. $ _____

## NEIGHBORHOOD DESCRIPTION

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | | One-Unit Trends | | One-Unit Housing | | Present Land Use % | |
|---|---|---|---|---|---|---|---|
| Location | [ ] Urban [X] Suburban [ ] Rural | Property Values | [ ] Increasing [X] Stable [ ] Declining | Price $ (000) | Age (yrs) | One Unit | 85 % |
| Built-Up | [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply | [ ] Shortage [X] In Balance [ ] Over Supply | 195 Low 0 | | 2-4 Unit | 0 % |
| Growth | [ ] Rapid [X] Stable [ ] Slow | Marketing Time | [ ] Under 3 months [X] 3-6 mths [ ] Over 6 months | 735 High 85 | | Multi-family | 0 % |
| | | | | 585 Pred. 45 | | Commercial | 5 % |
| | | | | | | Wrkshp/Vac | 10 % |

Neighborhood Boundaries   Shafto Road north; Hope Road east; West Park Avenue south and the Garden State Parkway west.

| | Good | Average | Fair | Poor | | Good | Average | Fair | Poor |
|---|---|---|---|---|---|---|---|---|---|
| Convenience to Employment | [X] | | | | Property Compatibility | | [X] | | |
| Convenience to Shopping | [X] | | | | General appearance of properties | | [X] | | |
| Convenience to Primary Education | | [X] | | | Adequacy of Police/Fire Protection | | [X] | | |
| Convenience to Recreational Facilities | | [X] | | | Protection from Detrimental Conditions | | [X] | | |
| Employment Stability | | [X] | | | Overall appeal to market | | [X] | | |

Neighborhood Description:   The subject is located in the south eastern portions of Tinton Falls Boro in a mature neighborhood in proximity the GSP & nearby employment centers.  This residential market consists of a wide range of older & newer homes, farms, wetlands & preserved conservation areas. There is some vacant land available. Most new construction is limited to individual spot construction of razed older homes. Tract developments were observed to the far north and west of the subject.

Market Conditions (including support for the above conclusions):   Homes that are reasonably priced are still selling within 3 to 6 months. While the One-Unit Housing Trends notes that the marketing time is 3-6 months, the actual marketing time for homes which are reasonable priced is 1-6 months. The range in marketing time varies due to condition and initial asking price.  Foreclosures are on the rise over the past few years.  There are some bank owned and short sales listings and closed sales in the immediate area.  These properties due have some effect on market values, as some of these homes may compete with the subject property.

## SITE DESCRIPTION

| | |
|---|---|
| Dimensions: 142.21 x 286.02 x 140.33 x 290.26 | Area: 0.93 ac [ ] Acres [X] Sq. Ft. Shape Rectangular View Residential |
| Specific Zoning Classification R-1 S/F Residential | Zoning Description 40,000sf min lot, 150' frontage with city W&S |
| Zoning Compliance [X] Legal [ ] Legal Nonconforming (Grandfathered Use) [ ] No Zoning [ ] Illegal (Describe) Subdivision variance |
| Uses permitted under current zoning regulations Single family residential home |
| Highest and Best Use: The highest and best use of the subject as vacant and as improved is for single family development. |
| Describe any improvements None |
| Do present improvements conform to zoning? [X] Yes [ ] No   No Improvements (If *No*, Explain) |
| Present Use of Subject Site Vacant land/lot | Current or Proposed Ground Rent [ ] Yes [X] No If yes, $ |
| Topography: Level @ road grade | Size: Average for marketplace | Shape Mostly Rectangular | Drainage Proposed Adequate |
| Corner Lot [ ] Yes [X] No | Underground Utilities: [ ] Yes [X] No | Fenced? [ ] Yes [X] No If yes, type |
| Special Flood Hazard Area [ ] Yes [X] No FEMA Flood Zone X | FEMA Map # 34025C0189F | FEMA Map Date 09/25/2009 |

| Utilities | Public | Other | Provider or description | Off-Site Improvements | Type/Description | Public | Other |
|---|---|---|---|---|---|---|---|
| Electricity | [X] | | | Street Surface | Macadam | [X] | |
| Gas | [X] | | | Street Type/Influence | County | | |
| Water | [X] | | | Curb/Gutter | None | | |
| Sewer | [X] | | | Sidewalks | None | | |
| | | | | Street/Lights (Type) | Overhead-Utility Pole | [X] | |
| | | | | Alley | None | | |

Are the utilities and off-site improvements typical for the market? [X] Yes [ ] No   If No, describe:
Are there any adverse site conditions or external factors (easements, encroachments, environmental conditions, land uses, etc.)? [ ] Yes [X] No If Yes, describe
No survey or title document were supplied to the appraiser for review.  There are no known adverse easements, encroachments, or otherwise unfavorable on-site conditions.  It is noted that all towns have different side yard and setback requirements for the main dwelling as well as for any outbuildings.  It is beyond the scope of this assignment, and beyond the expertise of the appraiser to research all site requirements.
Site Comments:  The parcel was previously subdivided of a larger parcel known as block 117 lots 36 & 37. The subject site is known as Block 117 Lot 36.01.  NOTE: 1048 Wayside Road is the existing newer home located behind the subject site which is known as block 117 lot 37.01.  EXTERNAL OBSOLESCENCE: external (location) obsolescence will be considered in this appraisal report. This fact is due to its proximity along a well traveled secondary roadway and proximity to the Garden State Parkway (GSP). Wayside Rd acts as a secondary thoroughfare through the neighborhood and connects several other roads. At time of inspection, there was a moderate amount of passing traffic observed. However, during peak rush hours traffic flow increases significantly along with the corresponding noise levels. Also, the site is located a few hundred feet east of the GSP. While this heavily traveled highway can not be seen from the subject site its clearly audible. These factors are mentioned for informational purposes as they will have a direct affect impact on the subject's overall marketability and value.

**LAND APPRAISAL REPORT**

File No. 
Case No.    TRB19L001
Sariotis

| | | | | |
|---|---|---|---|---|
| There are | 7 | comparable sites currently offered for sale in the subject neighborhood ranging in price from $ | 65,000 | to $ 399,000 |
| There are | 3 | comparable sites sold in the past 12 months in the subject neighborhood ranging in price from $ | 120,100 | to $ 615,000 |

## COMPARABLE SALES

| FEATURE | SUBJECT | COMPARABLE #1 | COMPARABLE #2 | COMPARABLE #3 |
|---|---|---|---|---|
| Address | 1046 Wayside Road | 40 Shark River Rd | 71 Squankum Rd | 61 Squankum Rd |
| City and Zip Code | Tinton Falls, NJ 07712 | Tinton Falls, NJ 07753 | Tinton Falls, NJ 07724 | Tinton Falls, NJ 07724 |
| Proximity to Subject | | 3.46 miles S | 1.86 miles NW | 1.86 miles NW |
| Data Sources | | MOMLS#21707775 | Private Sale | Private Sale |
| Verification Sources | Public Tax Records | Assessor/Public Tax Recs | Assessor/Public Tax Recs | Assessor/Public Tax Recs |
| Sale Price | $ | $ 133,000 | $ 165,000 | $ 150,000 |
| Price/ Per Acre | $ 0.00 | $ 211,111 | $ 305,556 | $ 294,118 |
| Date of Sale (MO/DA/YR) | | 10/24/2017 | 06/01/2018 | 04/25/2018 |
| Days on Market | 0 | 29+- | Unkn | Unkn |
| Financing Type | None | Cash | Cash | Cash |
| Concessions | None | None Noted | Unkn | Unkn |
| Location | Resid/Busy Rd/GSP/Avg- | ComBldg/BsyRd/Fair | +13,300 Adj.ToFreeway/Avg- | 0 Adj.ToFreeway/Avg- | 0 |
| Property Rights Appraised | Fee Simple | Fee Simple | Fee Simple | Fee Simple |
| Site Size | 0.93 ac | 0.63 ac | +7,500 | 0.54 ac | +9,750 | 0.51 ac | +10,500 |
| View | Residential | Residential | Residential | Residential |
| Topography | Level @ road grade | Level @ RD grade | Level @ RD grade | Level @ RD grade |
| Available Utilities | Elec/Gas/CityW&S | Elec/Gas/CityW&S | Elec/Gas/CityW&S | Elec/Gas/CityW&S |
| Street Frontage | 142' | 124' | 90' | 90' |
| Street Type | County | Township | Township | Township |
| Water Influence | None | None | None | None |
| Fencing | None | None | None | None |
| Improvements | Vacant lot | Vacant lot | Vacant lot | Vacant lot |
| Zoning | R-1 S/F Resid. | R-2 S/F Resid. | R-3 S/F Resid. | R-3 S/F Resid. |
| Other Items: | Approved.Bldg.Lot | Approved.Bldg.Lot | Approved.Bldg.Lot | Approved.Bldg.Lot |
| Net Adjustments (Total, in $) | | X + - $ 20,800 | X + - $ 9,750 | X + - $ 10,500 |
| Adjusted sales price of the | | Net=16% $ | Net=6% $ | Net=7% $ |
| comparable sales (in $) | | Gross=16% $ 153,800 | Gross=6% $ 174,750 | Gross=7% $ 160,500 |

The Appraiser has researched the transfer history of the subject property for the past 3 years and the listing history of the subject for the past 12 months prior to the effective date of this appraisal.

The appraiser has also researched the transfer and listing history of the comparable sales for the past 12 months.

The appraiser's research ☐ Did ☒ Did Not  reveal any prior sales or transfers of the subject property for the three years prior to the effective date of the appraisal

Data Sources:  Public Tax Records & Monmouth-Ocean MLS

The appraiser's research ☐ Did ☒ Did Not  reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.

Data Sources:  Public Tax Records & Monmouth-Ocean MLS

The appraiser's research ☐ Did ☒ Did Not  reveal any prior listings of the subject property or comparable sales for the year prior to the effective date of the appraisal.

Data Sources:  Public Tax Records & Monmouth-Ocean MLS.

| Listing/Transfer History | Transfer/Sale (ONLY) of | Listing and Transfer history of | Listing and Transfer history of | Listing and Transfer history of |
|---|---|---|---|---|
| (if more than two,  use comments | Subject in past 36 months: | Comp 1 past 12 months | Comp 2 past 12 months | Comp 3 past 12 months |
| section or an addendum) | $ 200,000   06/23/2014 | $ | $ | $ |
| | | $ | $ | $ |

| Subject Property is Currently Listed for Sale? | ☐ Yes | ☒ No | Data Source: | | |
|---|---|---|---|---|---|
| Current Listing History | List Date | List Price | Days on Market | Data Source |
| | | $ | | |

| Subject Property has been listed within the last 12 Months? | ☐ Yes | ☒ No | Data Source: | | |
|---|---|---|---|---|---|
| 12 Month Listing History | List Date | List Price | Days on Market | Data Source |
| | | $ | | |
| | | $ | | |

Comments on Prior Sales/Transfers and Current and Prior Listings:  Unless otherwise noted "directly" above there is no known transfer of the subject in the past 36 months or the comparable sales in the past 12 months. The subject property transferred on 06/23/2014 for $200,000 book 90710 page 32100. This was a non-arms length corporate transfer between related parties (father & son).

Summary of the Sales Comparison Approach:  All available sales are within the in general surrounding market and were considered in this appraisal report as well as the subject's final value estimate. This appraiser fully realizes there are inherent lack of more recent sales, and all sales are somewhat distant from the subject. However they are among some of the most recent arms-length sales in the last 36+- months as verified by the tax assessors office. Comp 1 backs-up to and is located directly across the street from local commercial and storage buildings and parking lot. Comps 2 & 3 are in proximity to State Highway 18 and a nearby overpass.  Comp 4 is located along a busy thru-street and across the street from a park on its adjoining parking lot. Active listing 5 is situated along a quieter section of Hockhockson and was adjusted downward accordingly. The lot adjustment reflects about $25,000 per acre for differences greater than 0.25+- acre.

The opinion of market value noted below is lower than previous appraisal reports completed for the client. This is based on the most recent data available with updated sales from the last 12+ months. The adjusted value range was selected for the subjects final value estimate takes into consideration current economic conditions, interest rates and a continue slowed down in the housing market. Also taken into consideration is lot size and location. Since no one sale truly stands out as the most predominant indicator of value, weight and emphasis is being equally in all closed sales.

Reconciliation Comments:  The three approaches to value were also considered in this report, however the sales comparison approach is considered the only & most appropriate approach of estimating market value, reflecting the direct actions of buyers & sellers in the market among an essentially comparable class of properties.  The cost and income approaches to market value are not applicable or necessary to produce a creditable report.

This appraisal is made  ☒ *as-is*  ☐  Subject to the following conditions or inspections:

Based on a complete visual inspection of the subject site and those improvements upon said site, defined scope of work, statement of assumptions and limiting conditions and appraiser's certification, my (our) opinion of market value, as defined, of the real property that is the subject of this report is:

Opinion of Market Value: $  160,000  as of:  06/20/2019  , which is the date of inspection and the effective date of this appraisal.

Hill Appraisal Group, LLC

File No.    TRB19L001
Case No. Sariotis

# LAND APPRAISAL REPORT

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of Homeowner's Association (HOA)?  ☐ Yes  ☐ No  Unit type(s) _____  ☐ Detached  ☐ Attached

Provide the following information for PUDs ONLY if the developer/builder of the HOA and the subject property is an attached dwelling unit.

Legal name of project: _____

Total number of phases: _____  Total number of units: _____  Total number of units sold: _____

Total number of units rented: _____  Total number of units for sale: _____  Data source(s): _____

Was the project created by the conversion of an existing building(s) into a PUD?  ☐ Yes  ☐ No  If yes, date of conversion: _____

Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No  Data Sources: _____

Are the units, common elements and recreation facilities complete?  ☐ Yes  ☐ No  If no, describe the status of completion.

Describe common elements and recreational facilities: _____

## CERTIFICATIONS AND LIMITING CONDITIONS

This report form is designed to report an appraisal of a parcel of land which may have some minor improvements but is not considered to be an "improved site". All improvements are considered to be of relatively minor value impact on the overall value of the site. This report is not designed to report on an "improved site" where significant value is derived from the improvements. This appraisal report form many be used for single family, multi-family sites and may be included within a PUD development. This appraisal report is subject to the  following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions and certifications. Modifications, additions, or deletions to the intended use, intended user, definitions of market value, or assumptions or limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing educations or membership in an appraisal organizations are permitted.

**SCOPE OF WORK:**   The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the subject site and any limited improvements, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research verify and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions and conclusions in this appraisal report.

**INTENDED USE:** The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

**INTENDED USER:** The intended user of this report is the lender/client identified within the appraisal report.

**DEFINITION OF MARKET VALUE:**   The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller each acting prudently and knowledgeably, and assuming the price is not affected  by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and passing of title from the seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what they consider their own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in United States dollars or in terms of financial arrangements comparable thereto and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale. ( Source OCC, OTS, FRS, & FDIC joint regulations published June 7, 1994)

*Adjustments to the comparables must be made for special or creative concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition of law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing concessions based on the appraiser's judgment.

**STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS:**   The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1.  The appraiser will not be responsible for matters of a legal nature that affect the subject property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2.  The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

3.  The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

4.  The appraiser has noted in this appraisal report any adverse conditions (such as the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing this appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the subject property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties express or implied. The appraiser will not be responsible for any such conditions that do exist or for the engineering or testing that might be required to discover whether such conditions do exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal must not be considered as an environmental assessment of the property.

**APPRAISER'S CERTIFICATION:**   The Appraiser certifies and agrees that:

1.  I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2.  I performed a complete visual inspection of the subject site and any limited improvements. I have reported the information in factual and specific terms. I identified and reported deficiencies of the subject site that could affect the utility of the site and its usefulness as a building lot(s).

3.  I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Practice that were adopted and promulgated by the Appraisal Standards Board of the Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4.  I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them unless indicated elsewhere within this report as there are no or very limited improvements and these approaches to value are not deemed necessary for credible results and/or reliable indicators of value for this appraisal assignment.

5.  I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6.  I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year to the date of the sales of the comparable sale, unless otherwise indicated in this report.

7.  I selected and used comparable sales that are locally, physically, and functionally the most similar to the subject property.

8.  I have not used comparable sales that were the result of combining multiple transactions into one reported sale.

9.  I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I have verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property and comparable sales.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

File No.  TRB19L001
Case No.  Sariotis

# LAND APPRAISAL REPORT

## CERTIFICATION AND LIMITING CONDITIONS (CONTINUED)

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable source that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with the respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants or the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or attainment of a specific result or occurrence of a specific subsequent event (such as approval of a of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

21. The lender/client may disclose or distribute this appraisal report to: the borrower, another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media.)

22. I am aware that any disclosure of distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniforms Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrowers, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or bother under the provisions of Title 18, United States Code, Section 1001, et seq., or similar laws.

**SUPERVISORY APPRAISER'S CERTIFICATION:**  The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is accepted to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards or Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic signature", as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| | | |
|---|---|---|
| Signature | | Signature |
| Name | Ross W. Smith II | Name |
| Company Name | Heller Smith Appraisal Group, LLC | Company Name |
| Company Address | 41 A Park Avenue | Company Address |
| | Hazlet, NJ 07730 | |
| Telephone Number | 732-270-6935 | Telephone Number |
| Email Address | hellersmith@verizon.net | Email Address |
| Date of Signature and Report | 06/22/2019 | Date of Signature |
| Effective Date of Appraisal | 06/20/2019 | State Certification # |
| State Certification # | 42RC00018900 | or State License # |
| or State License # | | State |
| or Other (describe) | State # | Expiration Date of Certification or License |
| State | NJ | |
| Expiration Date of Certification or License | 12/31/2019 | |

**SUBJECT PROPERTY**

ADDRESS OF PROPERTY APPRAISED
1046 Wayside Road
Tinton Falls, NJ 07712

APPRAISED VALUE OF SUBJECT PROPERTY $  160,000

LENDER/CLIENT
Name          Two River Community Bank
Company Name      Two River Community Bank
Company Address      766 Shrewsbury Ave
Tinton Falls NJ 07724 Tinton Falls, NJ 07724
Email Address      sbyrd@tworiverbank.com

☐ Did not inspect subject property
☐ Did inspect exterior of subject property from street
Date of Inspection
☐ Did inspect interior and exterior of subject property
Date of Inspection

**COMPARABLE SALES**
☐ Did not inspect exterior of comparable sales from street
☐ Did inspect exterior of comparable sales from street
Date of Inspection

File No.   TRB19L001
Case No.   Sariotis

## LAND APPRAISAL REPORT

### COMPARABLE SALES

| FEATURE | SUBJECT | COMPARABLE # 4 | | COMPARABLE # 5 | | COMPARABLE # 6 | |
|---|---|---|---|---|---|---|---|
| Address | 1046 Wayside Road | 20 Hockhockson Rd | | 201 Hockhockson Rd | | | |
| City and Zip Code | Tinton Falls, NJ 07712 | Tinton Falls, NJ 07724 | | Tinton Falls, NJ 07724 | | | |
| Proximity to Subject | | 1.95 miles NW | | 2.48 miles NW | | | |
| Data Sources | | Private Sale | | MOMLS#21921973 | | | |
| Verification Sources | Public Tax Records | Assessor/Public Tax Recs | | Assessor/Public Tax Recs | | | |
| Sale Price | $ | $ | 137,000 | $ | 175,000 | $ | |
| Price/ Per Acre | $          0.00 | $   114,167 | | $   218,750 | | $ | |
| Date of Sale (MO/DA/YR) | | 06/21/2018 | 0 | Active | -8,750 | | |
| Days on Market | 0 | Unkn | | 23+- | | | |
| Financing Type | None | Cash | | Active Listing | | | |
| Concessions | None | Unkn | | None Noted | | | |
| Location | Resid/Busy Rd/GSP/Avg- | Resid/Thru-Strt/Avg- | 0 | Resid/Thru-Strt/Avg | -5,000 | | |
| Property Rights Appraised | Fee Simple | Fee Simple | | Fee Simple | | | |
| Site Size | 0.93 ac | 1.20 ac | -6,750 | 0.80 ac | 0 | | |
| View | Residential | Residential | | Residential | | | |
| Topography | Level @ road grade | Level @ road grade | | Level @ RD grade | | | |
| Available Utilities | Elec/Gas/City/W&S | Elec/Gas/City/W&S | | Elec/Gas/City/W&S | | | |
| Street Frontage | 142' | 55' | +20,000 | 150' | 0 | | |
| Street Type | County | Township | | Township | | | |
| Water Influence | None | None | | None | | | |
| Fencing | None | None | | None | | | |
| Improvements | Vacant lot | Vacant lot | | Vacant lot | | | |
| Zoning | R-1 S/F Resid. | R-2 S/F Resid. | | R-1 S/F Resid. | | | |
| Other Items: | Approved.Bldg.Lot | Approved.Bldg.Lot | | Approved.Bldg.Lot | | | |
| Net Adjustments (Total, in $) | | X + - $ | 13,250 | + X - $ | -13,750 | + - $ | 0 |
| Adjusted sales price of the | | Net=10% | | Net=-8% | | Net=0% | |
| comparable sales in ($) | | Gross=20% $ | 150,250 | Gross=8% $ | 161,250 | Gross=0% $ | 0 |
| Listing/Transfer History | Transfer/Sale (ONLY) of | Listing and Transfer history of | | Listing and Transfer history of | | Listing and Transfer history of | |
| (if more than two, use comments | Subject in past 36 months: | Comp 4 in past 12 months | | Comp 5 in past 12 months | | Comp 6 in past 12 months | |
| section or an addendum) | $ | $ | | $ | | $ | |
| | $ | $ | | $ | | $ | |

Comments on Prior Sales/Transfers and Current and Prior Listings:   Comp #4 above is back on the market, MLS #21904824. Listed on 02/05/2019 for $250,000 reduced to $195,000 and currently under contract of sale dated 05/24/2019. Pending sales price not disclosed, unknown as of the date of inspection.

Comp #5 above had a total reported acreage (public tax records and MLS) of 1.77 acres. Based on the appraisers calculations and comments from the realtor, more than half of the site was affected by restricted wetlands which limited the usable acreage of the property. We have estimated 0.80+- acres usable uplands which is reflected in the grid above.

Summary of the Sales Comparison Approach:  See previous comments...

Heller Smith Appraisal Group, LLC
## COMMENT ADDENDUM

File No.    TRB19L001
Case No. Sariotis

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower   George Sariotis | | | | | | |
| Property Address    1046 Wayside Road | | | | | | |
| City   Tinton Falls | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client   Two River Community Bank | | Address  766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724 | | | | |

## *GENERAL COMMENTS*

### SCOPE OF WORK
The appraiser attempted to obtain an adequate amount of information in the normal course of business regarding the subject and comparable properties. Some of the standardized responses, especially those in which the appraiser has not had the opportunity to verify personally or measure, could mistakenly imply greater precision and reliability in the data than is factually correct or typical in the normal course of business.  Examples include condition and quality ratings as well as comparable sales and listing data.  Not every element of the subject property was viewable and comparable property data was generally obtained from third-party sources, i.e. MLS. Consequently, this information should be considered an "estimate" unless otherwise noted by the appraiser. Reference:  USPAP 2018-2019: Scope of Work Rule; Advisory Opinion 24: Normal Course of Business.

The final market value estimated is also predicated on the assumption that the property is free from any potential environmental hazards such as asbestos; urea-formaldehyde foam insulation or other potentially hazardous materials.

### INTENDED USER / CLIENT:
The Intended User of this appraisal report is the Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

### SQUARE FOOTAGE COMMENTS:
The square footage of the subject lot was taken directly from review of the tax map attached. A copy of the survey was not provided to the appraiser review. The square footage of the comparable lot sizes were obtained directly from Public Tax records and was relied upon in this report.

### LISTING HISTORY COMMENTS:
As per the Monmouth-Ocean MLS the subject property has not been listed for sale in the last 12 months. See attached prior listing history.

Heller Smith Appraisal Group, LLC

## SUBJECT PHOTO ADDENDUM

File No.    TRB19L001
Case No.  Sariotis

| Borrower | George Sariotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1046 Wayside Road | | | | | | |
| City  Tinton Falls | | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0 | | | |



**FRONT OF
SUBJECT PROPERTY**
1046 Wayside Road
Tinton Falls, NJ 07712



INTENTIONALLY LEFT BLANK

**REAR OF
SUBJECT PROPERTY**

Intentionally Left Blank



**STREET SCENE**

Facing north

Heller Smith Appraisal Group, LLC

## SUBJECT PHOTO ADDENDUM

File No.    TRB19L001
Case No. Sariotis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | George Sariotis | | | | | | |
| Property Address | 1046 Wayside Road | | | | | | |
| City Tinton Falls | | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0 | | | |



Alternate front view



Alternate front view



Alternate street scene
Facing south

Borrower  George Sariotis
Property Address  1046 Wayside Road
City  Tinton Falls          County          Monmouth          State   NJ   Zip Code   07712
Lender/Client  Two River Community Bank          Address   766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0



Case No. Sariotis

Borrower   George Sariotis
Property Address  1046 Wayside Road
City  Tinton Falls                    County                    Monmouth          State     NJ     Zip Code        07712
Lender/Client   Two River Community Bank                  Address   766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0



Case No. Sariotis

Borrower   George Sariotis
Property Address  1046 Wayside Road
City  Tinton Falls                County             Monmouth              State   NJ   Zip Code      07712
Lender/Client  Two River Community Bank              Address  766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0



Case No.  Sariotis

Borrower   George Sariotis
Property Address   1046 Wayside Road
City   Tinton Falls                County                    Monmouth            State   NJ   Zip Code      07712
Lender/Client   Two River Community Bank            Address   766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724



Heller Smith Appraisal Group, LLC

File No.   TRB19L001
Case No.   Sariotis



ABOVE: **Comparable Sale #1**
**Tax Map**

BELOW: **Comparable Sale #1**
**Aerial View**



Heller Smith Appraisal Group, LLC

File No.  TRB19L001
Case No.  Sariotis



ABOVE: **Comparable Sale #2**
**Tax Map**

BELOW: **Comparable Sale #2**
**Aerial View**



Heller Smith Appraisal Group, LLC

File No.    TRB19L001
Case No.    Sariotis



ABOVE: **Comparable Sale #3**
**Tax Map**

BELOW: **Comparable Sale #3**
**Aerial View**



Heller Smith Appraisal Group, LLC

File No.    TRB19L001
Case No.    Sariotis



ABOVE:    **Comparable #4**
**Tax Map**

BELOW:    **Comparable #4**
**Aerial View**



Heller Smith Appraisal Group, LLC

File No.    TRB19L001
Case No.    Sariotis



ABOVE:    **Comparable #5**
**Tax Map**

BELOW:    **Comparable #5**
**Aerial Map**



**LOCATION MAP ADDENDUM**

File No.    TRB19L001
Case No.  Sariotis

| | | | | |
|---|---|---|---|---|
| Borrower | George Sariotis | | | |
| Property Address | 1046 Wayside Road | | | |
| City  Tinton Falls | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0772 |



Heller Smith Appraisal Group, LLC
## FLOOD MAP ADDENDUM

File No.    TRB19L001
Case No.    Sariotis

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | George Sariotis | | | | | |
| Property Address | 1046 Wayside Road | | | | | |
| City | Tinton Falls | County | Monmouth | State | NJ | Zip Code 07712 |
| Lender/Client | Two River Community Bank | | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724 | |



### Flood Map Legends

**Flood Zones**

- Areas inundated by 500-year flooding
- Areas outside of the 100 and 500 year flood plains
- Areas inundated by 100-year flooding
- Areas inundated by 100-year flooding with velocity hazard
- Floodway areas
- Floodway areas with velocity hazard
- Areas of undetermined but possible flood hazard
- Areas not mapped on any published FIRM

### Flood Zone Determination

SFHA (Flood Zone):  Out
Within 250 ft. of multiple flood zones?  No
Community:  340318
Community Name:  **TINTON FALLS, BOROUGH OF**
Zone: X    Panel: 34025C 0189F    Panel Date: 09/25/2009
FIPS Code: 34025    Census Tract: 8048.00

This Report is for the sole benefit of the Customer that ordered and paid for the Report and is based on the property information provided by that Customer. That Customer's use of this Report is subject to the terms agreed to by that Customer when accessing this product. No third party is authorized to use or rely on this Report for any purpose. THE SELLER OF THIS REPORT MAKES NO REPRESENTATIONS OR WARRANTIES TO ANY PARTY CONCERNING THE CONTENT, ACCURACY OR COMPLETENESS OF THIS REPORT INCLUDING ANY WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. The seller of this Report shall not have any liability to any third party for any use or misuse of this Report.

Heller Smith Appraisal Group, LLC
**ZONING LOCATION MAP**

File No.   TRB19L001
Case No. Sariotis

| Borrower | George Sariotis | | | | | | |
|---|---|---|---|---|---|---|---|
| Property Address | 1046 Wayside Road | | | | | | |
| City  Tinton Falls | | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | | | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07 |



File No. Sariotis-001
Case No.  Sariotis

| | | | | | | |
|---|---|---|---|---|---|---|
| Borrower | George Sariotis | | | | | |
| Property Address | 1046 Wayside Road | | | | | |
| City | Tinton Falls | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | | Address | 766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724 | | |

History for MLS # 21228962     1048 Wayside Rd, Tinton Falls, NJ 07712     $299,000

| + | MLS # | Status | Price | % Change | Date | DOM | Address |
|---|---|---|---|---|---|---|---|
| − | 21228962 | Expired | $299,000 | 0.0% | 04/13/2013 | 242 | 1048 Wayside Rd |
| + | | Status | $299,000 | | 04/14/2013 | | |
| + | | New | $299,000 | | 08/14/2012 | 242 | |
| − | 21138055 | Expired | $299,000 | 49.5% | 04/13/2012 | 183 | 1048 Wayside Rd |
| + | | Status | $299,000 | | 04/14/2012 | | |
| + | | Price Change | $299,000 | -8.0% | 12/29/2011 | 106 | |
| + | | New | $325,000 | | 10/13/2011 | 183 | |
| − | 20920263 | Closed | $200,000 | -29.8% | 11/18/2009 | 138 | 1048 Wayside Rd |
| + | | Status | $200,000 | | 11/18/2009 | | |
| + | | Price Change | $200,000 | -21.6% | 11/18/2009 | | |
| + | | Status | $255,000 | | 10/12/2009 | | |
| + | | Selling Member | $255,000 | | 10/12/2009 | | |
| + | | New | $255,000 | | 05/22/2009 | 138 | |
| − | 20747422 | Expired | $285,000 | -40.0% | 05/20/2009 | 547 | 1048 Wayside Rd |
| + | | Status | $285,000 | | 05/21/2009 | | |
| + | | Price Change | $285,000 | -18.1% | 03/05/2009 | 76 | |
| + | | Price Change | $348,000 | -12.6% | 10/22/2008 | 210 | |
| + | | Price Change | $398,000 | -13.3% | 03/11/2008 | 435 | |
| + | | New | $459,000 | | 11/20/2007 | 547 | |
| − | 10027208 | Expired | $475,000 | -26.9% | 10/28/2006 | 577 | 1048 Wayside Rd |
| + | | Status | $475,000 | | 10/02/2007 | | |
| + | | Status | $475,000 | | 04/20/2006 | 191 | |
| + | | Selling Member | $475,000 | | 04/20/2006 | 191 | |
| + | | Price Change | $475,000 | -9.5% | 01/13/2006 | 287 | |
| + | | Price Change | $525,000 | -19.2% | 09/14/2005 | 409 | |
| + | | New | $650,000 | | 03/30/2005 | 577 | |
| − | 2311746 | Expired | $650,000 | | 04/22/2004 | 363 | 1048 Wayside Rd |
| + | | Status | $650,000 | | 04/23/2004 | | |
| + | | Selling Member | $650,000 | | 04/23/2004 | | |
| + | | Status | $650,000 | | 10/21/2003 | 184 | |
| + | | Status | $650,000 | | 10/18/2003 | 187 | |
| + | | Selling Member | $650,000 | | 10/18/2003 | 187 | |
| + | | New | $650,000 | | 04/22/2003 | 366 | |

Case No.  Sariotis

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Borrower | George Sariotis | | | | | | |
| Property Address | 1046 Wayside Road | | | | | | |
| City  Tinton Falls | | County | | Monmouth | State  NJ | Zip Code | 07712 |
| Lender/Client  Two River Community Bank | | | | Address  766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 07724 | | | |

---

**21228962  Land/Lots**      **1048 Wayside Rd, Tinton Falls, NJ 07712**      **LP:$299,000** Private Copy

*

| | |
|---|---|
| Status: | Expired  04/13/2013 |
| Property Sub-Type: | Residential Land |
| County: | Monmouth |
| Municipality: | Tinton Falls (TIN) |
| Area/Section: | None |
| Complex/Subdivision: | None |
| Tax ID#: | 4900117000000036 |
| Elementary School: | |
| Middle School: | |
| High School: | |
| Other Elementary: | |
| Other High: | |

| | |
|---|---|
| % Bldg Coverage: | |
| Acreage: | |
| Farm Assessed: | No |
| For Lease: | No |
| Lot Dimensions: | |
| Zoning: | Residential |
| Min Lot Area (Zoning): | |
| Min Lot Ftg (Zoning): | |
| Minimum Bldg Sz (SqFt): | |
| Minimum Lots P/Acre: | |
| Property Type: | Land/Lots |
| Waterfront: | No |
| Waterview: | No |
| Directions: | Take wycoff road to Wasside road. The property is on the left hand side. |

1 Acre of subdivided land. Flat lot with utilites at the street.

| | | | |
|---|---|---|---|
| Asmnt - Improvements: | Asmnt - Total: | Special Assessment: | Tax Year: |
| Asmnt - Land: | Deed Restricted: | Tax ID#:  4900117000000036 | Taxes: |

| | |
|---|---|
| Electric: At Street | Financing: |
| Gas: At Street | Water/Sewer: Public Sewer at Street; Public Water at Street |
| Lot Description: Cleared; Level; Subdividable | |
| Out Buildings: None | |

| | | | |
|---|---|---|---|
| Listing Office: 2381 Burke&Manna Real Estate Agency | Office: 732-455-5420 | Seller Discl: None | LD-EX: 08/14/2012 - 04/13/2013 |
| Listing Member: 32284 Michael Manna | Cell:732-689-2517 | Owner: Individual(s) | Days On Market: 242 |
| | Primary: 732-455-5420 | Possession: At Closing | |
| VRC: No | | Add'l Showing Inst: | |
| Agency: SD Typ: Exclusive Right To Sell | | | |
| SAC: 0 BAC: 2.5 TBC: 0 | | | |
| Showing: Vacant | | | |

## APPRAISAL COMPLIANCE ADDENDUM

File No.    TRB19L001
Case No.  Sariotis

| Borrower/Client | George Sariotis | | | | | |
|---|---|---|---|---|---|---|
| Address | 1046 Wayside Road | | | | Unit No. | |
| City | Tinton Falls | County | Monmouth | State | NJ | Zip Code | 07712 |
| Lender/Client | Two River Community Bank | | | | | |

This Appraisal Compliance Addendum is included to ensure this appraisal report meets all USPAP 2014 requirements.

### APPRAISAL AND REPORT IDENTIFICATION

This Appraisal Report is one of the following types:

[X] Appraisal Report — This report was prepared in accordance with the requirements of the Appraisal Report option of USPAP Standards Rule 2-2(a).

[ ] Restricted Appraisal Report — This report was prepared in accordance with the requirements of the Restricted Appraisal Report option of USPAP Standards Rule 2-2(b). The intended user of this report is limited to the identified client. This is a Restricted Appraisal Report and the rationale for how the appraiser arrived at the opinions and conclusions set forth in the report may not be understood properly without the additional information in the appraiser's workfile.

INTENDED USER: The Intended User of this appraisal report is the Client.  The Intended Use is to evaluate the property that is the subject of this appraisal for a mortgage finance transaction, subject to the stated Scope of Work, purpose of the appraisal, reporting requirements of this appraisal report form, and Definition of Market Value.  No additional Intended Users are identified by the appraiser.

### ADDITIONAL CERTIFICATIONS

I certify that, to the best of my knowledge and belief:

· The statements of fact contained in this report are true and correct.

· The reported analyses, opinions, and conclusions are limited only by the reported assumptions and are my personal, impartial, and unbiased professional analyses, opinions, and conclusions.

· Unless otherwise indicated, I have no present or prospective interest in the property that is the subject of this report and no personal interest with respect to parties involved

· Unless otherwise indicated, I have performed no services, as an appraiser or in any other capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment.

· I have no bias with respect to the property that is the subject of this report or the parties involved with this assignment.

· My engagement in this assignment was not contingent upon developing or reporting predetermined results.

· My compensation for completing this assignment is not contingent upon the development or reporting of a predetermined value or direction in value that favors the cause of the client, the amount of the value opinion, the attainment of a stipulated result, or the occurrence of a subsequent event directly related to the intended use of this appraisal.

· My analyses, opinions, and conclusions were developed and this report has been prepared, in conformity with the Uniform Standards of Professional Appraisal Practice that were in effect at the time this report was prepared.

· Unless otherwise indicated, I have made a personal inspection of the property that is the subject of this report.

· Unless otherwise indicated, no one provided significant real property appraisal assistance to the person(s) signing this certification (if there are exceptions, the name of each individual providing significant real property appraisal assistance is stated elsewhere in this report).

· This report has been prepared in accordance with Title XI of FIRREA as amended, and any implementing regulations.

### PRIOR SERVICES

[ ] I have NOT  performed services, as an appraiser or in another other capacity, regarding the property that is the subject of the report within the three-year period immediately preceding acceptance of this assignment.

[X] I HAVE performed services, as an appraiser or in another capacity, regarding the property that is the subject of this report within the three-year period immediately preceding acceptance of this assignment. Those services are described in the comments below.

### PROPERTY INSPECTION

· [X] HAVE  made a personal inspection of the property that is the subject of this report.

· [ ] I  have NOT  made a personal inspection of the property that is the subject of this report.

### APPRAISAL ASSISTANCE

Unless otherwise noted, no one provided significant real property appraisal assistance to the person signing this certification. If anyone did provide significant assistance, they are hereby identified along with a summary of the extent of the assistance provided in the report.

I have made a personal inspection of the property that is the subject of this report as it relates to the and scope of work.

### ADDITIONAL COMMENTS

Additional USPAP related issues requiring disclosure and/or any state mandated requirements:
USPAP - DISCLOSURE OF PREVIOUS APPRAISAL ASSIGNMENTS:  I (we) have preformed a previous service regarding the property which is the subject of this report in the last three years. A prior inspection and appraisal of the subject property was conducted on 12/20/2018, 12/07/2017, 06/21/2017, 03/23/2017, 11/25/2011, 10/29/2009.

### MARKETING TIME AND EXPOSURE TIME FOR THE SUBJECT PROPERTY

[ ] A reasonable marketing time for the subject property is _____ day(s) utilizing market conditions pertinent to the appraisal assignment.

[X] A reasonable exposure time for the subject property is   270+  day(s).

### APPRAISER

SUPERVISORY APPRAISER (ONLY IF REQUIRED)

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature | Signature |
| Name   Ross W. Smith II | Name |
| Date of Signature   06/22/2019 | Date of Signature |
| State Certification #  42RC00018900 | State Certification # |
| or State License # | or State License # |
| State   NJ | State |
| Expiration Date of Certification or License  12/31/2019 | Expiration Date of Certification or License |
| | Supervisory Appraiser Inspection of Subject Property: |
| Effective Date of Appraisal  06/20/2019 | [ ] Did Not  [ ] Exterior Only from street  [ ] Interior and Exterior |

Produced by ClickFORMS Software 800-622-8727

Case No. Sariotis

Borrower  George Sariotis
Property Address  1046 Wayside Road
City  Tinton Falls          County                  Monmouth          State   NJ   Zip Code    07712
Lender/Client   Two River Community Bank        Address   766 Shrewsbury Ave, Tinton Falls NJ 07724 Tinton Falls, NJ 0

**CLIENT REQUESTED COPY**
State of New Jersey
New Jersey Office of the Attorney General
Division of Consumer Affairs

THIS IS TO CERTIFY THAT THE
Real Estate Appraisers Board

HAS CERTIFIED

ROSS W. SMITH II
967 RIVERBROOK COURT
TOMS RIVER NJ  08753-4490

FOR PRACTICE IN NEW JERSEY AS A(N):  Cert Residential Appraiser

11/13/2017  TO  12/31/2019          42RC00018900
VALID                              LICENSE/REGISTRATION/CERTIFICATION #

CLIENT COPY                        CLIENT COPY
Signature of Licensee/Registrant/Certificate Holder     ACTING DIRECTOR