UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3466
David B. Grantz, Esq.
DGrantz@Meyner.com
*Attorneys for TwoRiver Community Bank*

IN RE:

GEORGE SARIOTIS

Debtor.

In Proceedings Under
Chapter 11 of the
United States Bankruptcy Code

Case No.: 19-32528 (MBK)

Hearing Date: March 5, 2020

Honorable Michael B. Kaplan, U.S.B.J.

## ORDER TO DISMISS PURSUANT TO 11 U.S.C § 1112(b)

The relief set forth on the following page 2 is **ORDERED**.

(Page 2)

Debtor:         George Sariotis
Case No.: 19-32528 (MBK)
Caption of Order: **ORDER DISMISSING PETITION FOR CAUSE PURSUANT TO 11 U.S.C. § 1112(b)**

---

Upon the motion of Secured Creditor Two River Community Bank ("**Two River**") for an Order dismissing Debtor George Sariotis' ("**Debtor**") Chapter 11 Petition for "cause" pursuant to 11 U.S.C. § 1112(b), or, alternatively, for relief from the automatic Stay (the "**Motion**"); and it appearing that the Court has jurisdiction over this matter; and it appearing that due notice of the Motion has been provided to Debtor and the Office of the United States Trustee; and the Court having considered the Motion, the opposition of Debtor and the Reply of Two River, and having conducted oral argument on March 5, 2020, after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that Two River's Motion seeking to dismiss Debtor's Chapter 11 Petition for "cause" pursuant to 11 U.S.C. § 1112(b) is **GRANTED**.