UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MEYNER AND LANDIS LLP
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3478
Matthew P. Dolan, Esq.
MDolan@meyner.com
Attorneys for TwoRiver Community Bank

In Re:

GEORGE SARIOTIS
                      Debtor

Case No.:            19-32528 (MBK)

Chapter:                   11

Adv. No.:

Hearing Date:

Judge:            Michael B. Kaplan

## CERTIFICATION OF SERVICE

1.    I, Kimolin Cooper-Miller:

☐ represent _____ in the this matter.

☒ am the secretary/paralegal for _Matthew P. Dolan_, who represents
_Two River Community Bank_ in the this matter.

☐ am the _____ in the this case and am representing myself.


2.    On _____March 20, 2020_____, I sent a copy of the following pleadings and/or documents
to the parties listed in the chart below.

Application of Creditor, Two River Community Bank, Pursuant to D.N.J. 9021-1 to Approve
a Consent Order Extending Bar Date to File Formal Proof Claim for Two River Community
Bank with Exhibit 1 attached and Certification of Consent.

3.    I certify under penalty of perjury that the above documents were sent using the mode of service
indicated.


Date:   _March 20, 2020_            _/s/ Kimolin Cooper-Miller_
                                     Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Timothy Newman, Esq.<br>Broege, Neuman, Fischer & Shaver LLC<br>25 Abe Voorhees Drive,<br>Manasquan, NJ 08736-3560 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Lauren Bielskie, Esq.<br>DOJ-UST<br>One Newark Center, Suite 211<br>Newark, NJ 07102 | Attorney for Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Aluma Systems Concrete<br>PO Box 91473<br>Chicago, IL 60693-1473 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| American Builders<br>1 American Way<br>Walden, NY 12586-2821 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
| --- | --- | --- |
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Avant LLC/Web Bank<br>222 N La Salle St<br>Chicago, IL 60601-1003 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Capital Accounts<br>Attn Bankruptcy Dept.<br>PO Box 140065<br>Nashville, TN 37214-0065 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hudson Insurance Company<br>Westerman Sheedy Keenan<br>333 Earle Ovington Blvd, Suite 702<br>Uniondale, NY  11553-3622 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Hudson Law Offices, PC<br>For Aluma Systems Concrete<br>900 Route 168 Ste C-2<br>Turnersville, NJ 08012-3233 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Jaeger Lumber and Supply Co Inc<br>1835 Swarthmore Ave<br>Lakewood, NJ 08701-4533 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |

* May account for service by fax or other means as authorized by the court through the issuance of an Order
Shortening Time.

*rev.8/1/15*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laura Egerman, Esq.<br>RAS Crane, LLC<br>Attorney for Secured Creditor<br>10700 Abbott's Bridge Road, Suite 170,<br>Duluth, GA 30097 | Attorneys for Selene Finance LP | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☒ Other _CM/ECF_____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| JPMCB Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| TCM Bank, N.A.<br>PO Box 31481<br>Tampa, FL 33631-3481 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Wells Fargo, N.A.<br>Attn: Bankruptcy<br>1 Home Campus #<br>MACX2303-01A<br>Des Moines, IA 50328-0001 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |
| Woodhaven Lumber & Millwork<br>200 James St<br>Lakewood, NJ 08701-4103 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br><span>(As authorized by the Court or by rule. Cite the rule if applicable.)</span> |

*rev.8/1/16*

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Aaron and Company<br>c/o Barry Portnoy, Registered Agent<br>30 Turner Place<br>Piscataway, New Jersey 08854 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dreyers Lumber & Hardware Inc.<br>20 Watchung Ave<br>Chatham, NJ 07928-2751 | | Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |