Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3478
Matthew P. Dolan, Esq.
MDolan@Meyner.com
Attorneys for Two River Community Bank

IN RE:

GEORGE SARIOTIS,

                         Debtor.

Case No.: 19-32528
Judge: Michael B. Kaplan

**CONSENT ORDER EXTENDING THE CLAIM BAR DATE FOR TWO RIVER COMMUNITY BANK TO MARCH 20, 2020**

Recommended Local Form:    ☐ Followed    ☐ Modified

The relief set forth on the following pages two and three is hereby **ORDERED**.

**DATED: March 20, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:            George Sariotis
Case No.:          19-32528
Caption of Order:  Consent Order Extending Claim Bar Date for Two River Community
                   Bank's Formal Proof of Claim

___

Upon the application of Secured Creditor Two River Community Bank ("Two River") by way of Consent pursuant to D.N.J. LBR 9021-1 for an extension of the Claim Bar Date to allow either an Amended Proof of Claim to be deemed timely filed as of March 20, 2020 or, alternatively, an extension of the Claim Bar Date for Two River to March 20, 2020 based on excusable neglect pursuant to FRBP 9006(b), and with the consent of debtor George Sariotis ("Debtor"), by and through his counsel, Broege, Neumann, Fischer & Shaver LLC (Timothy P. Neumann, Esq. appearing), for the entry of the within Consent Order, and upon notice to the Chapter 11 Trustee (through Counsel Lauren Bielskie, Esq.) and upon notice to the twenty largest unsecured Creditors of the Estate as identified in the Debtor's Schedules and all other parties who have filed a Notice of Appearance in this action and for good cause shown, it is hereby ORDERED that:

1. The proof of claim deadline shall be extended to deem Two River's formal proof of claim timely filed as of March 20, 2020.

2. This Order shall only affect the rights of the Debtor and/or the Trustee to object and/or challenge the timeliness of the Proof of Claim and shall not affect the rights of any of the aforementioned parties to challenge any other aspect of the Proof of Claim.

The parties, with the full authority of their respective clients, hereby consent to the form and substance of the within consent order:

| | |
|---|---|
| MEYNER AND LANDIS LLP<br>*Attorneys for Two River Community Bank* | BROEGE, NEUMANN, FISCHER &<br>SHAVER LLC<br>*Attorneys for George Sariotis, Debtor* |
| By: */s/ Matthew P. Dolan*<br>    Matthew P. Dolan | By: */s/ Timothy P. Neumann*<br>    Timothy P. Neumann |