**Order Filed on March 20, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3478
Matthew P. Dolan, Esq.
MDolan@Meyner.com
Attorneys for Two River Community Bank

IN RE:

GEORGE SARIOTIS,

Debtor.

Case No.: 19-32528
Judge: Michael B. Kaplan

**CONSENT ORDER EXTENDING THE CLAIM BAR DATE FOR TWO RIVER COMMUNITY BANK TO MARCH 20, 2020**

Recommended Local Form:  ☐ Followed  ☐ Modified

The relief set forth on the following pages two and three is hereby **ORDERED**.

**DATED: March 20, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

(Page 2)
Debtor:            George Sariotis
Case No.:          19-32528
Caption of Order:  Consent Order Extending Claim Bar Date for Two River Community
                   Bank's Formal Proof of Claim

___

Upon the application of Secured Creditor Two River Community Bank ("Two River") by way of Consent pursuant to D.N.J. LBR 9021-1 for an extension of the Claim Bar Date to allow either an Amended Proof of Claim to be deemed timely filed as of March 20, 2020 or, alternatively, an extension of the Claim Bar Date for Two River to March 20, 2020 based on excusable neglect pursuant to FRBP 9006(b), and with the consent of debtor George Sariotis ("Debtor"), by and through his counsel, Broege, Neumann, Fischer & Shaver LLC (Timothy P. Neumann, Esq. appearing), for the entry of the within Consent Order, and upon notice to the Chapter 11 Trustee (through Counsel Lauren Bielskie, Esq.) and upon notice to the twenty largest unsecured Creditors of the Estate as identified in the Debtor's Schedules and all other parties who have filed a Notice of Appearance in this action and for good cause shown, it is hereby ORDERED that:

    1.    The proof of claim deadline shall be extended to deem Two River's formal proof of claim timely filed as of March 20, 2020.

    2.    This Order shall only affect the rights of the Debtor and/or the Trustee to object and/or challenge the timeliness of the Proof of Claim and shall not affect the rights of any of the aforementioned parties to challenge any other aspect of the Proof of Claim.

The parties, with the full authority of their respective clients, hereby consent to the form and substance of the within consent order:

MEYNER AND LANDIS LLP  
*Attorneys for Two River Community Bank*

BROEGE, NEUMANN, FISCHER & SHAVER LLC  
*Attorneys for George Sariotis, Debtor*

By: */s/ Matthew P. Dolan*  
    Matthew P. Dolan

By: */s/ Timothy P. Neumann*  
    Timothy P. Neumann

```
                          United States Bankruptcy Court
                                District of New Jersey
```

In re:                                                                   Case No. 19-32528-MBK
George Sariotis                                                          Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3           User: admin              Page 1 of 1              Date Rcvd: Mar 20, 2020
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
db             George Sariotis,    1801 Pitney St,    Oakhurst, NJ   07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              David B. Grantz    on behalf of Creditor    Two River Community Bank dgrantz@meyner.com,
               ckelly@meyner.com
              Laura M. Egerman    on behalf of Creditor    Selene Finance LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Linda T. Snyder    on behalf of Creditor    Two River Community Bank lsnyder@meyner.com
              Matthew Patrick Dolan    on behalf of Creditor    Two River Community Bank mdolan@meyner.com
              Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7