In re: __George Sandy__                    Case No. __19-32528__
           Debtor                                   Reporting Period __1/31/20__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 787.18 | |
| **RECEIPTS** | | |
| Wages (Net) | 2520 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2400 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | 3439.10 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 920.29 | |
| Insurance | | |
| Auto Expense | 25.09 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 426.82 | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 1,372.20 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 1372.20 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1279.80 | |
| Cash - End of Month (Must equal reconciled bank statement) | 2066.98 | |

FORM MOR-1(INDV)
(9/99)

In re: George Gariotis, Debtor

Case No. 1932528
Reporting Period: 1/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _George Sirios_

Case No. _193 2528_
Reporting Period: _1/31/20_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     Date _1/31/20_
Signature of Debtor

_____     Date _____
Signature of Joint Debtor

_____     Date _____
Signature of Authorized Individual*

_____     _____
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

# AMBOY Bank

3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 12-18-2019 to 01-15-2020    Page 1 of 1
019 017 0-015-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

Temp-Return Service Requested

AMBY

001514 0.7800 AB 0.412    TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

We make IRA rollovers easy!
Get up to a $500 bonus for transfers

Plus, earn 1.61% APY on IRA Money Market
Stop by any branch or call 877.222.6269

## Free Personal Check Account    Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-18 | $0.00 |
| Deposits and other credits (+) | $787.18 |
| Withdrawals, checks and other debits (-) | $544.56 |
| Ending Balance on 01-15 | $242.62 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-18 | DEPOSIT | 787.18 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 93 | 12-26 | 159.91 | | | | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-07 | 16801239010620 NJ NATURALGAS EBILL | 384.65 | | | |



93  $159.91  12/26/2019

AMBY-002-001514-001-001-200116 001514 S07

17007747PAGE2



3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 01-16-2020 to 02-14-2020        Page 1 of 1
019 017 0-015-000-00000000

For customer service
or current rates
call: 732-591-2530

Temp-Return Service Requested

AMBY

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

001524 0.8670 AB 0.419        TR00008

Visit us at
www.amboybank.com

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

Amboy Bank helps you meet your savings goals!

Visit your local branch or go to amboybank.com
to see today's special offers.

## Free Personal Check Account

Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-15 | $242.62 |
| Deposits and other credits (+) | $4,289.61 |
| Withdrawals, checks and other debits (-) | $2,215.74 |
| Ending Balance on 02-14 | $2,316.49 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-22 | DEPOSIT | 2,400.00 | 01-28 | RETURNED CHECK# 101, SIGNATURE MISSING | 237.60 |
| 01-27 | DEPOSIT | 252.01 | 02-03 | DEPOSIT | 1,400.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 01-28 | 237.60 | 102* | 01-31 | 189.22 | 105 | 02-11 | 158.40 |
| 101 | 01-29 | 237.60 | 104 | 02-03 | 325.00 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-27 | 42696 - COSTCO GAS #0329 OCEAN NJ 0329013 042696 | 25.09 | 02-03 | 47603 - COSTCO GAS #0329 OCEAN NJ 0329013 047603 | 22.91 |
| 01-27 | 17489 - BJS WHOLESALE #0 OAKHURST NJ 00000000 017489 | 55.59 | 02-05 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 338.75 |
| 01-27 | 16568401 OPTIMUM 7866 CABLE PMNT | 183.51 | 02-10 | 25940 - BJS WHOLESALE #0 OAKHURST NJ 00000000 025940 | 63.74 |
| 01-27 | 3654704 DIRECTV DIRECTV | 251.08 | | | |
| 01-31 | JCP&L CHECK PYMT 0103 | 101.05 | 02-11 | 49303 - COSTCO GAS #0329 OCEAN NJ 0329013 049303 | 26.20 |





101   $237.60   1/28/2020



101   $237.60   1/29/2020



102   $189.22   1/31/2020

104   $325.00   2/3/2020

105   $158.40   2/11/2020

AMBY-002-001524-001-001-200215  001524  S04

17007747PAGE2