|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**MEYNER AND LANDIS LLP**<br>One Gateway Center, Suite 2500<br>Newark, New Jersey 07102<br>(973) 602-3466<br>David B. Grantz (DG1967)<br>Attorneys for Two River Community Bank | Order Filed on April 15, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>GEORGE SARIOTIS,<br><br>　　　　　　　　　Debtor. | Case No.: 19-32528<br>Chapter　11<br>Judge:　Michael B. Kaplan |

## ORDER VACATING STAY

Recommended Local Form:　☐ Followed　☒ Modified

The relief set forth on the following pages two and three is hereby **ORDERED**.

**DATED: April 15, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor: George Sariotis
Case No.: 19-32528
Caption of Order: Order Vacating Stay

---

Upon the motion of Secured Creditor Two River Community Bank ("Two River") under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain properties as hereinafter set forth, and on notice to debtor George Sariotis ("Debtor"), by and through his attorneys, Broege, Neumann, Fischer & Shaver LLC (Timothy Neumann, Esq., appearing), for the entry of the within Order, and for good cause shown, it is hereby ORDERED that:

1. The automatic stay is hereby vacated to permit Two River to reschedule the Sheriff's sale and sell real property (vacant land) known as 1046 Wayside Drive, Tinton Falls, New Jersey (Block 117, Lot 36.01), consisting of property foreclosed by a certain Foreclosure Judgment obtained in Superior Court of New Jersey, Chancery Division, Monmouth County, Docket Number F-026418-17; and it is further ordered

2. The automatic stay is hereby vacated (on a limited basis) to permit Two River to resume and/or file and/or prosecute through entry of Foreclosure Judgment and scheduling of Sheriff Sale in the Superior Court of New Jersey, Chancery Division, Monmouth County, (a) property commonly known as 61 Redwood Drive, Ocean Township, New Jersey (Block 150.06, Lot 14) (the "Redwood Property"), Docket Number F-02641-17 and (b) property commonly known as 1801 Pitney Street, Ocean Township, New Jersey (Block 33, Lot 105), Docket Number F-26403-17 (the "Pitney Property").

3. Prior to conducting either of the Sheriff sales of the Redwood Property and/or the Pitney Property and assuming that Debtor has utilized his two statutory adjournments pursuant to N.J.S.A. 2A:17-36, Two River shall move before this Court (on short notice) for an additional

Order permitting Two River relief from the automatic stay on written notice to Debtor in order to complete the Sheriff's Sales of the Redwood Property and Pitney Property.

      4.      The 14-day period in which this Order is stayed pursuant to Rule 4001(a)(3) is hereby waived and Two River may immediately resume its Foreclosure Actions.

      5.      The movant shall serve this Order on the Debtor and any other party who entered an appearance on the motion.