In re: _George Spiridis_
Debtor

Case No. _193 2528_
Reporting Period _2/29/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | ~~2065.78~~ 152242 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | 300.45 | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 3400.00 | |
| Other Income (attach schedule) | | |
| Total Receipts | 3700.45 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 773.83 | |
| Auto Expense | | |
| Lease Payments | 124.50 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | 720.- | |
| Charitable Contributions | 292.95 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 441.20 | |
| Total Ordinary Disbursements | 2349.48 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | 325.00 | |
| Total Reorganization Items | 325.00 | |
| **Total Disbursements (Ordinary + Reorganization)** | 2674.48 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1025.97 | |
| Cash - End of Month (Must equal reconciled bank statement) | ~~3092.93~~ 254887 | |

FORM MOR-1(INDV)
(9/99)

In re _George Sariots_
              Debtor

Case No. _193 2528_
Reporting Period: _2/29/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Take out - Resturant | 191.20 | |
| George Sariotis - check | 250.00 | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _George Smriotis_

Case No. _19 32528_
Reporting Period: _2/29/20_

MONTHLY OPERATING REPORT
(INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date _2/29/20_

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



**AMBOY** Bank
3590 U.S. Highway 9
Old Bridge, NJ  08857

For the period 01-16-2020 to 02-14-2020     Page 1 of 1
019 017 0-015-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

Temp-Return Service Requested

AMBY

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

001524 0.8670 AB 0.419          TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ 07755-2840

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

Amboy Bank helps you meet your savings goals!

Visit your local branch or go to amboybank.com
to see today's special offers.

## Free Personal Check Account

**Account number:  17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-15 | $242.62 |
| Deposits and other credits (+) | $4,289.61 |
| Withdrawals, checks and other debits (-) | $2,215.74 |
| Ending Balance on 02-14 | $2,316.49 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-22 | DEPOSIT | 2,400.00 | 01-28 | RETURNED CHECK# 101, SIGNATURE MISSING | 237.60 |
| 01-27 | DEPOSIT | 252.01 | 02-03 | DEPOSIT | 1,400.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 101 | 01-28 | 237.60 | 102* | 01-31 | 189.22 | 105 | 02-11 | 158.40 |
| 101 | 01-29 | 237.60 | 104 | 02-03 | 325.00 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-27 | 42696 - COSTCO GAS #0329 OCEAN NJ 0329013 042696 | 25.09 | 02-03 | 47603 - COSTCO GAS #0329 OCEAN NJ 0329013 047603 | 22.91 |
| 01-27 | 17489 - BJS WHOLESALE #0 OAKHURST NJ 00000000 017489 | 55.59 | 02-05 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 338.75 |
| 01-27 | 16568401 OPTIMUM 7866 CABLE PMNT | 183.51 | 02-10 | 25940 - BJS WHOLESALE #0 OAKHURST NJ 00000000 025940 | 63.74 |
| 01-27 | 3654704 DIRECTV DIRECTV | 251.08 | 02-11 | 49303 - COSTCO GAS #0329 OCEAN NJ 0329013 049303 | 26.20 |
| 01-31 | JCP&L CHECK PYMT 0103 | 101.05 | | | |

001524

S04

AMBY-002-001524-001-001-200215 001524
07755284001



101    $237.60    1/28/2020



101    $237.60    1/29/2020



102    $189.22    1/31/2020



104    $325.00    2/3/2020

105    $158.40    2/11/2020

AMBY-002-001524-001-001-200215  001524   S04

17007747PAGE2

 **AMBOY** Bank

3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period **02-15-2020 to 03-13-2020**     Page 1 of 2
019 017 0-015-000-00000000

 For customer service
or current rates
call: 732-591-2530

Temp-Return Service Requested

AMBY

 Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

001518 0.9980 AB 0.419          TR00010

Visit us at
www.amboybank.com

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ 07755-2840

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

AmboyBank.com is getting a makeover!

Keep an eye out for our new design
and improved user experience
coming this spring,
or visit AmboyBank.com/new for more details.

## Free Personal Check Account          Account number:  17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-14 | $2,316.49 |
| Deposits and other credits (+) | $2,970.46 |
| Withdrawals, checks and other debits (-) | $4,248.69 |
| Ending Balance on 03-13 | $1,038.26 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-21 | DEPOSIT | 300.45 | 03-06 | DEPOSIT | 400.00 |
| 02-28 | DEPOSIT | 2,000.00 | 03-13 | DEPOSIT | 270.01 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 106 | 02-18 | 250.00 | 108 | 03-02 | 189.92 | 110 | 03-04 | 500.00 |
| 107 | 02-20 | 280.00 | 109 | 03-02 | 34.30 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-18 | 46091 - COSTCO GAS #0329 OCEAN NJ 0329013 046091 | 33.21 | 02-21 | 17291 - THE SITTING DUCK LONG BRANCH NJ 09059058 017291 | 39.00 |
| 02-18 | 81879 - TST* THE GALLEY ASBURY PARK NJ 24281879 081879 | 41.58 | 02-24 | 27361 - COSTCO GAS #0329 OCEAN NJ 0329013 027361 | 15.88 |
| 02-18 | 60834 - CVS/PHARMACY #07 OAKHURST NJ 00000000 060834 | 57.53 | 02-24 | 820366 - Wal-Mart Super C NEPTUNE NJ 51420044 005394420488 | 21.24 |
| 02-18 | 10008 - ILLIANO'S CAFE EATONTOWN NJ 79017138 010008 | 110.68 | 02-24 | 78250 - BJS WHOLESALE #0 OAKHURST NJ 00000000 078250 | 29.41 |
| 02-18 | 40783 - BJS WHOLESALE #0 OAKHURST NJ 00000000 040783 | 119.75 | 02-24 | 41942 - BJS WHOLESALE #0 OAKHURST NJ 00000000 041942 | 32.52 |
| 02-20 | 21943 - USPS PO 33603007 OAKHURST NJ 00000000 021943 | 26.35 | 02-26 | 16568401 OPTIMUM 7866 CABLE PMNT | 176.29 |

AMBY·002·001518·001·001·200314  001518
07755284001

001518

S06

For the period 02-15-2020 to 03-13-2020

GEORGE SARIOTIS

## Free Personal Check Account

**Account number:  17007747**

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 02-26 | 9648891 DIRECTV DIRECTV | 258.79 ✓ | 03-05 | 18005920 MINNESOTA LIFE FLEX PAY | 1,251.00 |
| 02-28 | 45870 - COSTCO GAS #0329 OCEAN NJ 0329013 045870 | 23.30 ✓ | 03-09 | 552041 - Wal-Mart Store FREEHOLD NJ 32360026 006810351320 | 65.62 |
| 03-02 | 70767 - TST* THE GALLEY ASBURY PARK NJ 18070767 070767 | 94.85 | 03-10 | 006939801109352 CAPITAL ONE MOBILE PMT | 60.00 |
| 03-02 | 38825 - CVS/PHARMACY #07 OAKHURST NJ 00000000 038825 | 421.66 | 03-11 | 1878641907 CREDITCARD PYMNT PAYBYPHONE | 65.00 |
| 03-05 | 52310 - COSTCO GAS #0329 OCEAN NJ 0329013 052310 | 29.55 | 03-13 | 59718 - COSTCO GAS #0329 OCEAN NJ 0329013 059718 | 21.26 |

AMBY-002-001518-001-001-200314  001518    S06



106   $250.00   2/18/2020

107   $280.00   2/20/2020





108   $189.92   3/2/2020

109   $34.30   3/2/2020



110   $500.00   3/4/2020

17007747PAGE3

In re: _George Sandy_
      Debtor

Case No. _193 2528_

Reporting Period _1/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | ~~738~~ 242.62 | |
| **RECEIPTS** | | |
| Wages (Net) | 252.01 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2400.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | 0 |
| Total Receipts | ~~2652~~ | 2652.01 |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 920.29 | |
| Insurance | | |
| Auto Expense | 25.09 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 426.82 | |
| Household Expenses | | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 1,372.20 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 1372.20 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 1279.80 | |
| Cash - End of Month (Must equal reconciled bank statement) | ~~2060~~ 1572.42 | |

FORM MOR-1(INDV)
(9/99)

In re_George Gariotis_
  Debtor

Case No._1932528_
Reporting Period:_1/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re _George Sarias_

Case No. _193 2528_

Reporting Period: _1/31/20_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date _1/31/20_

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



**△ AMBOY**
**Bank**

3590 U.S. Highway 9
Old Bridge, NJ  08857

For the period 12-18-2019 to 01-15-2020    Page 1 of 1
019 017 0-015-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

Temp-Return Service Requested

AMBY

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

001514 0.7800 AB 0.412        TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ 07755-2840

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

We make IRA rollovers easy!
Get up to a $500 bonus for transfers

Plus, earn 1.61% APY on IRA Money Market
Stop by any branch or call 877.222.6269

## Free Personal Check Account                     Account number:  17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-18 | $0.00 |
| Deposits and other credits (+) | $787.18 |
| Withdrawals, checks and other debits (-) | $544.56 |
| Ending Balance on 01-15 | $242.62 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-18 | DEPOSIT | 787.18 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 93 | 12-26 | 159.91 | | | | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 01-07 | 16801239010620 NJ NATURALGAS EBILL | 384.65 | | | |





George Snriolts
732-531-6726
Oakhurst #07757
0093
DATE 12/19/19

PAY TO THE
ORDER OF    P C Richard                    $ 159.91

One thousand Fifty Nine and 91/100                    DOLLARS

AMBOY
Amboy National Bank

FOR Repair Dishwasher

93   $159.91   12/26/2019

AMBY-002-001514-001-001-200116  001514   S07



**AMBOY Bank**

3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 01-16-2020 to 02-14-2020          Page 1 of 1
019 017 0-015-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

AMBY

Temp-Return Service Requested



001524 0.8670 AB 0.419          TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ 07755-2840

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

**Amboy Bank helps you meet your savings goals!**

**Visit your local branch or go to amboybank.com
to see today's special offers.**

## Free Personal Check Account          Account number:  17007747

### Account Balance Summary

| | |
|---|---:|
| Beginning Balance on 01-15 | $242.62 |
| Deposits and other credits (+) | $4,289.61 |
| Withdrawals, checks and other debits (-) | $2,215.74 |
| Ending Balance on 02-14 | $2,316.49 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 01-22 | DEPOSIT | 2,400.00 | 01-28 | RETURNED CHECK# 101, SIGNATURE MISSING | 237.60 |
| 01-27 | DEPOSIT | 252.01 | 02-03 | DEPOSIT | 1,400.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---:|---|---|---:|---|---|---:|
| 101 | 01-28 | 237.60 | 102* | 01-31 | 189.22 | 105 | 02-11 | 158.40 |
| 101 | 01-29 | 237.60 | 104 | 02-03 | 325.00 | | | |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---:|---|---|---:|
| 01-27 | 42696 - COSTCO GAS #0329 OCEAN NJ 0329013 042696 | 25.09 | 02-03 | 47603 - COSTCO GAS #0329 OCEAN NJ 0329013 047603 | 22.91 |
| 01-27 | 17489 - BJS WHOLESALE #0 OAKHURST NJ 00000000 017489 | 55.59 | 02-05 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 338.75 |
| 01-27 | 16568401 OPTIMUM 7866 CABLE PMNT | 183.51 | 02-10 | 25940 - BJS WHOLESALE #0 OAKHURST NJ 00000000 025940 | 63.74 |
| 01-27 | 3654704 DIRECTV DIRECTV | 251.08 | 02-11 | 49303 - COSTCO GAS #0329 OCEAN NJ 0329013 049303 | 26.20 |
| 01-31 | JCP&L CHECK PYMT 0103 | 101.05 | | | |

AMBY-002-001524-001-001-200215 001524
07755284001

S04
001524
001524



101   $237.60   1/28/2020

101   $237.60   1/29/2020





102   $189.22   1/31/2020

104   $325.00   2/3/2020



105   $158.40   2/11/2020

AMBY-002-001524-001-001-200215 001524   S04

17007747PAGE2