Order Filed on April 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**MEYNER AND LANDIS LLP**
One Gateway Center, Suite 2500
Newark, New Jersey 07102
(973) 602-3466
David B. Grantz (DG1967)
Attorneys for Two River Community Bank

IN RE:

GEORGE SARIOTIS,

                Debtor.

Case No.: 19-32528
Chapter   11
Judge:    Michael B. Kaplan

## ORDER VACATING STAY

Recommended Local Form:   ☐ Followed   ☒ Modified

The relief set forth on the following pages two and three is hereby **ORDERED**.

**DATED: April 15, 2020**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

(Page 2)
Debtor:           George Sariotis
Case No.:         19-32528
Caption of Order: Order Vacating Stay

---

Upon the motion of Secured Creditor Two River Community Bank ("Two River") under Bankruptcy Code Section 362(a) for relief from the automatic stay as to certain properties as hereinafter set forth, and on notice to debtor George Sariotis ("Debtor"), by and through his attorneys, Broege, Neumann, Fischer & Shaver LLC (Timothy Neumann, Esq., appearing), for the entry of the within Order, and for good cause shown, it is hereby ORDERED that:

1. The automatic stay is hereby vacated to permit Two River to reschedule the Sheriff's sale and sell real property (vacant land) known as 1046 Wayside Drive, Tinton Falls, New Jersey (Block 117, Lot 36.01), consisting of property foreclosed by a certain Foreclosure Judgment obtained in Superior Court of New Jersey, Chancery Division, Monmouth County, Docket Number F-026418-17; and it is further ordered

2. The automatic stay is hereby vacated (on a limited basis) to permit Two River to resume and/or file and/or prosecute through entry of Foreclosure Judgment and scheduling of Sheriff Sale in the Superior Court of New Jersey, Chancery Division, Monmouth County, (a) property commonly known as 61 Redwood Drive, Ocean Township, New Jersey (Block 150.06, Lot 14) (the "Redwood Property"), Docket Number F-02641-17 and (b) property commonly known as 1801 Pitney Street, Ocean Township, New Jersey (Block 33, Lot 105), Docket Number F-26403-17 (the "Pitney Property").

3. Prior to conducting either of the Sheriff sales of the Redwood Property and/or the Pitney Property and assuming that Debtor has utilized his two statutory adjournments pursuant to N.J.S.A. 2A:17-36, Two River shall move before this Court (on short notice) for an additional

Order permitting Two River relief from the automatic stay on written notice to Debtor in order to complete the Sheriff's Sales of the Redwood Property and Pitney Property.

4. The 14-day period in which this Order is stayed pursuant to Rule 4001(a)(3) is hereby waived and Two River may immediately resume its Foreclosure Actions.

5. The movant shall serve this Order on the Debtor and any other party who entered an appearance on the motion.

```
                        United States Bankruptcy Court
                             District of New Jersey
```

In re:                                                          Case No. 19-32528-MBK
George Sariotis                                                 Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Apr 15, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2020.
db             George Sariotis,    1801 Pitney St,    Oakhurst, NJ  07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2020 at the address(es) listed below:
              David B. Grantz    on behalf of Creditor    Two River Community Bank dgrantz@meyner.com,
               ckelly@meyner.com
              Laura M. Egerman    on behalf of Creditor    Selene Finance LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Linda T. Snyder    on behalf of Creditor    Two River Community Bank lsnyder@meyner.com
              Matthew Patrick Dolan    on behalf of Creditor    Two River Community Bank mdolan@meyner.com
              Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7