In re: George Sariotis, Debtor

Case No. 19-32528
Reporting Period: 3/31/20 (4/18/20)

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1038.26 | |
| **RECEIPTS** | | |
| Wages (Net) | 660.04 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2446.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | 3106.04 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1253.18 | |
| Insurance | 189.92 | |
| Auto Expense | 79.76 | |
| Lease Payments | 473.96 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 316.24 | |
| Household Expenses | 565.42 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 507.14 515.37 | |
| Total Ordinary Disbursements | 3393.85 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 3393.85 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -287.81 | |
| Cash - End of Month (Must equal reconciled bank statement) | 750.45 | |

FORM MOR-1 (INDV)
(9/99)

In re: George Sariotis, Debtor

Case No. 19-32528
Reporting Period: 3/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Credit Card Payments    225.00 | | |
| Take out - Restaurant    78.37 (?) | | |
| 290.37 | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T) (9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Sharas

Case No. 19 32528
Reporting Period: 3/31/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor    Date 3/31/20

Signature of Joint Debtor    Date

Signature of Authorized Individual*    Date

Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

# AMBOY Bank

3590 U.S. Highway 9
Old Bridge, NJ 08857

**For the period 03-14-2020 to 04-15-2020**    Page 1 of 2
019 017 0-015-000-00000000

 For customer service
or current rates
call: 732-591-2530

**Temp-Return Service Requested**

AMBY

 Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857



001507 0.6400 AB 0.419    TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

Visit us at
www.amboybank.com

 Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

Amboy Bank would like to extend
a safe and healthy wish from our family to yours.

To check for updates during the COVID-19 situation,
please visit AmboyBank.com.

## Free Personal Check Account

**Account number:** 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-13 | $1,038.26 |
| Deposits and other credits (+) | $3,106.04 |
| Withdrawals, checks and other debits (-) | $3,393.85 |
| Ending Balance on 04-15 | $750.45 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-23 | DEPOSIT | 100.00 | 03-25 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 |
| 03-23 | DEPOSIT | 200.04 | 04-01 | DEPOSIT | 360.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 111 | 03-17 | 219.20 | 112 | 04-15 | 189.92 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-16 | 25057 - WEGMANS #009 OCEAN NJ 00000000 025057 | 31.19 | 03-30 | 92630 - TST* THE GALLEY ASBURY PARK NJ 55292630 092630 | 49.60 |
| 03-16 | 73203 - SICKLES MARKET LITTLE SILVER NJ 62273203 073203 | 65.80 | 03-30 | 96409 - BJS WHOLESALE #0 OAKHURST NJ 00000000 096409 | 145.44 |
| 03-17 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 311.31 | 03-30 | 4867159 DIRECTV DIRECTV | 201.05 |
| 03-17 | 17313472031520 NJ NATURALGAS EBILL | 406.35 | 03-31 | 0008 - GROSSMAN'S DELI OAKHURST NJ 00005772 000008 | 8.14 |
| 03-27 | 0189730 AMERICAN-WATER UTIL-PMNT | 144.25 | 03-31 | 49847 - COSTCO GAS #0329 OCEAN NJ 0329013 049847 | 21.39 |
| 03-30 | 0010 - GROSSMAN'S DELI OAKHURST NJ 00005772 000010 | 14.01 | 03-31 | 48623 - CVS/PHARMACY #10 OCEAN NJ 31003103 038585 | 23.38 |
| 03-30 | 90005 - ILLIANO'S CAFE 732-5422520 NJ 79017148 090005 | 43.61 | | | |

For the period 03-14-2020 to 04-15-2020

GEORGE SARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|------|-------------|--------|------|-------------|--------|
| 03-31 | 15219183632 BILLMATRIX BILLPAYFEE | 5.95 | 04-06 | 1352363228 CREDITCARD PYMNT PAYBYPHONE | 75.00 |
| 03-31 | 15219183631 INFINITI FINANCI BILL PAY | 468.00 | | | |
| 04-01 | 71535 - BJS WHOLESALE #0 OAKHURST NJ 00000000 071535 | 221.21 | 04-08 | 0007 - GROSSMAN'S DELI Oakhurst NJ 00005772 000007 | 8.14 |
| 04-03 | 0010 - GROSSMAN'S DELI OAKHURST NJ 00005772 000010 | 14.01 | 04-08 | 9069 - BJS WHOLESALE #0 OAKHURST NJ 00000000 009069 | 101.78 |
| 04-03 | 63400 - COSTCO GAS #0329 OCEAN NJ 0329013 063400 | 19.33 | 04-09 | 009939800605421 CAPITAL ONE MOBILE PMT | 60.00 |
| 04-06 | 58007 - COSTCO GAS #0329 OCEAN NJ 0329013 058007 | 17.11 | 04-10 | 50554 - COSTCO GAS #0329 OCEAN NJ 0329013 050554 | 21.93 |
| 04-06 | 8467 - CVS/PHARMACY #07 Oakhurst NJ 30718209 099644 | 47.00 | 04-10 | 40198076 Credit One Bank Payment | 90.00 |
| 04-06 | 56044 - TST* THE GALLEY ASBURY PARK NJ 58356044 056044 | 49.60 | 04-13 | 96713 - CBD FOR LIFE 732-5448295 NJ 75068880 096713 | 26.66 |
| 04-06 | 56594 - MR. SHRIMP BELMAR NJ 00000000 056594 | 57.00 | 04-13 | 90971 - TST* THE GALLEY ASBURY PARK NJ 58190971 090971 | 46.27 |
| | | | 04-13 | 16568401 OPTIMUM 7866 CABLE PMNT | 190.22 |