In re: **George Saniotis**
Debtor

Case No. **193 2528**
Reporting Period **4/30/20 – 5/18/20**

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 750.45 | |
| **RECEIPTS** | | |
| Wages (Net) | 2464.19 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2446.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 1200.00 | |
| Total Receipts | 6110.19 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1102.25 | |
| Insurance | 69.80 | |
| Auto Expense | 163.20 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 190.77 | |
| Medical Expenses | 740.75 | |
| Household Expenses | 1026.85 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 1225.20 | |
| Total Ordinary Disbursements | 4518.77 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 4518.77 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1591.42 | |
| Cash - End of Month (Must equal reconciled bank statement) | 2341.87 | |

FORM MOR-1(INDV)
(9/99)

In re **George Sarioty**, Debtor

Case No. 19-32528
Reporting Period: 4/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Stimulus Check | 1200.00 | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Return Payroll Check | 538.94 | |
| Bank Fee | 12.00 | 1225.20 |
| Take Out Food | 504.26 | |
| Credit Card Payment | 70.00 | |
| Cash 100.00 for Grandson Birthday | 100.00 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Sartoris

Case No. 193 2825
Reporting Period: 4/30/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor                   Date 4/30/20

_____
Signature of Joint Debtor             Date

_____
Signature of Authorized Individual*   Date

_____
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

**AMBOY Bank**
3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 04-16-2020 to 05-15-2020
019 017 0-015-000-00000000
Page 1 of 2

001518

AMBY

Temp-Return Service Requested

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

001518 0.7750 AB 0.419        TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

Amboy Bank works hard to provide our senior clients
with the tools to identify fraud before it happens.

If you would like more information on common scams
and the signs to look out for, or if you suspect a scam,
please call 800.942.6269 or visit AmboyBank.com/SeniorSafety.

### Free Personal Check Account    Account number: 17007747

#### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 04-15 | $750.45 |
| Deposits and other credits (+) | $6,110.19 |
| Withdrawals, checks and other debits (-) | $4,518.77 |
| Ending Balance on 05-15 | $2,341.87 |

#### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-16 | DEPOSIT  *Payroll* | 707.37 | 05-06 | DEPOSIT  *Stimulus* | 1,200.00 |
| 04-22 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 | 05-13 | DEPOSIT  *Payroll* | 538.94 |
| 04-28 | DEPOSIT  *Payroll* | 240.00 | 05-15 | DEPOSIT  *Payroll* | 538.94 |
| 05-06 | DEPOSIT  *Payroll* | 438.94 | | | |

#### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 113 | 05-04  *Glasses Med* | 380.00 ✓ | 115 | 04-29  *Food* | 400.00 ✓ | 117 | 05-11  *Birthday Gift* | 100.00 |
| 114 | 04-28  *Taxes* | 69.80 ✓ | 116 | 05-04  *Food Fed* | 100.00 ✓ | | | |

#### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-20 | 0019 - GROSSMAN'S DELI OAKHURST NJ 00005772 000019  *T/O* | 13.40 ✓ | 04-20 | 41387 - MR. SHRIMP BELMAR NJ 00000000 041387  *T/O* | 61.15 ✓ |
| 04-20 | 59295 - COSTCO GAS #0329 OCEAN NJ 0329013 059295  *Gas* | 20.04 | 04-21 | 58687 - COSTCO GAS #0329 OCEAN NJ 0329013 058687  *Gas* | 17.17 |
| 04-20 | 66482 - TST* THE GALLEY ASBURY PARK NJ 64366482 066482  *T/O* | 25.69 ✓ | 04-23 | 10015 - NINO JR'S OAKHURST NJ 04872115 010015  *Food* | 13.99 ✓ |
| 04-20 | 28840 - JACKS GOAL LINE LONG BRANCH NJ 00000000 028840  *T/O* | 31.62 | 04-24 | 84883 - 33 EAST CAR WASH OAKHURST NJ 92698160 084883  *Auto* | 19.14 |

# Free Personal Check Account

GEORGE SARIOTIS

Account number: 170077147

For the period 04-16-2020 to 05-15-2020

## Withdrawals and Other Debits (cont.)

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 04-27 | 60079 - COSTCO GAS #0329 OCEAN NJ | 16.78 Gas | | 05-06 | 12588 - CVS/PHARMACY #07 Oakhurst NJ 3071820407024 | 48.80 Med |
| 04-27 | 0076 - WHAT ABOUT A BAG OCEAN TOWNSHI NJ 000074570000076 032901300600790 | 18.20 Food | | 05-06 | 39428 - AGI*EXT SERV PLA 866-671-7991 GA00000000039428 | 166.26 Website Renewal |
| 04-27 | 48608 - CBD FOR LIFE 732-5448295 NJ | 35.00 Med | | 05-07 | 52965 - SQ *ROOK COFFEE gosq.com NJ | 3.40 T/o |
| 04-27 | 46152 - HUDDYS INN COLTS NECK NJ 3564615204152 | 35.00 T/o | | 05-07 | 29777 - MR. SHRIMP BELMAR NJ 000000000 0529650000000 | 41.00 T/o |
| 04-27 | 30001 - THE BAR ROOM DEAL NJ 7873966203001 | 47.00 T/o | | 05-08 | RETURN OF DEPOSITED ITEM 0277 | 538.94 Returned Check Payer |
| 04-27 | 48607 - CBD FOR LIFE 732-5448295 NJ 750889084607 | 48.33 Med | | 05-08 | 60853 - COSTCO GAS #0329 OCEAN NJ 032901306085 | 17.93 Gas |
| 04-27 | 1102 - BJS WHOLESALE #0 OAKHURST 750889084607 | 124.29 Food | | 05-08 | RETURNED ITEM CHARGE | 12.00 Returned Check |
| 04-28 | 5904 - COSTCO GAS #0329 OCEAN NJ 0000000011022 | 16.90 Gas | | 05-11 | 92590 - SQ *ROOK COFFEE gosq.com NJ 00000000002590 | 3.91 T/o |
| 04-29 | 99394645 DIRECTV DIRECTV 032901305904 | 201.05 Util | | 05-11 | 70048 - LESLIES POOLMART EATONTOWN NJ 0000000007004 | 24.51 Hoveen Repairs |
| 04-30 | 82289 - SQ *ROOK COFFEE 877-417-4551 NJ 00000000082289 | 14.55 Food | | 05-11 | 87090 - TST* THE GALLEY ASBURY PARK NJ 7118870908709 | 32.89 T/o |
| 04-30 | 31694 - MR. SHRIMP BELMAR NJ 00000000000000 03169 | 17.58 T/o | | 05-11 | 0002 - ILLIANO'S CAFE 732-5422520 NJ 7901713800002 | 50.16 T/o |
| 04-30 | 22512 - NEW JERSEY UROLO EATONTOWN NJ 0001000102251 | 205.67 Med | | 05-11 | 49952 - BJS WHOLESALE #0 OAKHURST | 170.34 Food |
| 05-04 | 0026 - GROSSMAN'S DELI OAKHURST NJ 000057720000026 | 14.45 T/o | | 05-12 | 69188 - COSTCO GAS #0329 OCEAN NJ 0000000004995 | 18.55 Gas |
| 05-04 | 52394 - COSTCO GAS #0329 OCEAN NJ 032901305239 | 22.80 Gas | | 05-12 | 17725057051120 NJ NATURALGAS EBILL | 394.19 Util |
| 05-04 | 18073 - APPLEBEES 88294 TINTON FALLS NJ 018073 | 34.00 T/o | | 05-13 | 25740 - TST* THE GALLEY ASBURY PARK NJ 5792575402574 | 37.00 T/o |
| 05-04 | 47777 - TST* THE GALLEY ASBURY PARK NJ 80447977 | 59.06 T/o | | 05-13 | 1000123566999 FIRSTENERGY OPCO FE | 327.20 |
| 05-04 | 13567966688 CREDITCARD PYMNT | 70.00 C/c | | 05-13 | 1656840101 OPTIMUM 7866 CABLE PYMT NJ 5792575402574 | 179.81 Util |
| 05-05 | 47106 - COSTCO GAS #0329 OCEAN NJ 032901304710 | 13.89 Gas | | 05-14 | 26306 - SQ *ROOK COFFEE gosq.com NJ 000000002630 | 3.91 T/o |
| 05-05 | 10266 - STABILITYPRO.COM 888-557-6242 AZ 03704064 010266 | 22.950 Med | | 05-14 | 82371 - SICKLES MARKET LITTLE SILVER NJ 4618237108237 | 185.43 Food |
| 05-06 | 0003 - GROSSMAN'S DELI OAKHURST NJ 00000577200003 | 9.13 T/o | | 05-15 | 57152 - SQ *ROOK COFFEE gosq.com NJ 00000000057152 | 3.91 T/o |

AMBY - 002 - 001518 - 001 - 001 - 200516  001518  S04

113   $380.00   5/4/2020

114   $69.80   4/28/2020



115   $400.00   4/29/2020

116   $100.00   5/4/2020



117   $100.00   5/11/2020