In re: __George Satriotis__   Case No. __19-32528__
       Debtor   Reporting Period __5/31/20__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2341.87 | |
| **RECEIPTS** | | |
| Wages (Net) | 1224.63 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2446.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 42.32 | |
|   Total Receipts | 3712.95 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 391.55 | |
| Insurance | 34.90 | |
| Auto Expense | 203.01 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 990.90 | |
| Medical Expenses | 445.91 | |
| Household Expenses | 421.47 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | ~~650~~ 824.12 | |
|   Total Ordinary Disbursements | ~~3137~~ 3311.86 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | 325.00 | |
| Other Reorganization Expenses (attach schedule) | | |
|   Total Reorganization Items | 325.00 ~~575.00~~ | |
| **Total Disbursements (Ordinary + Reorganization)** | 3636.50 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 76.15 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2417.96 | |

FORM MOR-1(INDV)
(9/99)

In re _George Gariots_    Case No. _193 2528_
　　　Debtor    Reporting Period: _5/30/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Refund | 42.32 | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Gift Birthday (sons) | 87.91 | |
| Checks order | 13.09 | |
| Credit Card Payment | 124.00 | |
| Take of Food | ~~425.97~~ | 824.12 |
| | 599.12 | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Sitriotis

Case No. 19 3 2528
Reporting Period: 5/31/20

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date 5/31/20

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



**AMBOY Bank**
3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 05-16-2020 to 06-15-2020
019 017 0-015-000-00000000
Page 1 of 2

Temp-Return Service Requested

AMBY

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

001513 0.7100 AB 0.419      TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

Small businesses are the backbone of our community.
To show our support, we've compiled a list of local businesses
who are open during this difficult time.
Visit AmboyBank.com for the complete list.

## Free Personal Check Account        Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 05-15 | $2,341.87 |
| Deposits and other credits (+) | $3,712.95 |
| Withdrawals, checks and other debits (-) | $3,636.86 |
| Ending Balance on 06-15 | $2,417.96 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-27 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 | 06-08 | DEPOSIT  Payroll ✓ | 1,224.63 |
| 05-28 | DEPOSIT  Refund | 42.32 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 118 | 05-19 | 840.58 | 120 | 05-28 | 325.00 | | | |
| 119 | 05-18 | 34.90 | 121 | 06-11 | 200.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-18 | 75505 - SQ *ROOK COFFEE gosq.com NJ 00000000 075505 | 3.69 | 05-18 | 20085 - TST* THE GALLEY ASBURY PARK NJ 61820085 020085 | 36.48 |
| 05-18 | 80759 - SQ *ROOK COFFEE gosq.com NJ 00000000 080759 | 3.74 | 05-18 | 72156 - MR. SHRIMP BELMAR NJ 00000000 072156 | 52.22 |
| 05-18 | 98474 - SQ *ROOK COFFEE gosq.com NJ 00000000 098474 | 3.91 | 05-20 | 1OVS91130223000 HARLAND CLARKE CHK ORDER | 13.09 |
| 05-18 | 74433 - 33 EAST CAR WASH OAKHURST NJ 92698160 074433 | 14.87 | 05-21 | 33197 - SQ *ROOK COFFEE gosq.com NJ 00000000 033197 | 3.69 |
| 05-18 | 56784 - COSTCO GAS #0329 OCEAN NJ 0329013 056784 | 22.89 | 05-21 | 63480 - COSTCO GAS #0329 OCEAN NJ 0329013 063480 | 28.13 |

For the period 05-16-2020 to 06-15-2020

## GEORGE SARIOTIS

### Free Personal Check Account

Account number: 17007747

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 05-22 | 32124 - SQ *ROOK COFFEE gosq.com NJ 00000000 032124 | 3.69 | 06-05 | 64684 - COSTCO GAS #0329 OCEAN NJ 0329013 064684 | 24.44 |
| 05-22 | 91390 - CBD FOR LIFE 732-5448295 NJ 75068880 091390 | 131.48 | 06-08 | 8015 - SQ *ROOK COFFEE gosq.com NJ 00000000 008015 | 4.29 |
| 05-26 | 39578 - SQ *ROOK COFFEE gosq.com NJ 00000000 039578 | 3.69 | 06-08 | 22667 - SQ *ROOK COFFEE gosq.com NJ 00000000 022667 | 4.29 |
| 05-26 | 57105 - SQ *ROOK COFFEE gosq.com NJ 00000000 057105 | 3.69 | 06-08 | 0011 - GROSSMAN'S DELI OAKHURST NJ 00005772 000011 | 12.24 |
| 05-26 | 90350 - SQ *ROOK COFFEE gosq.com NJ 00000000 090350 | 3.69 | 06-08 | 98022 - APPLEBEES 882964 732-9351158 NJ 01 098022 | 32.82 |
| 05-26 | 8895 - THEPOURHOUSE SHREWSBURY NJ 78154388 008895 | 44.00 | 06-08 | 9853 - CVS/PHARMACY #07 Oakhurst NJ 30718209 093495 | 47.00 |
| 05-26 | 40005 - THE BAR ROOM DEAL NJ 78739662 040005 | 49.00 | 06-08 | 10757 - WOODYS OCEAN GRI TINTON FALLS NJ 51910757 010757 | 47.50 |
| 05-26 | 51326 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 051326 | 201.05 | 06-09 | 2302 - LESLIES POOLMART EATONTOWN NJ 00000000 002302 | 150.32 |
| 05-27 | 71691 - COSTCO GAS #0329 OCEAN NJ 0329013 071691 | 25.16 | 06-10 | 64752 - SQ *ROOK COFFEE gosq.com NJ 00000000 064752 | 4.29 |
| 05-29 | 4230 - CVS/PHARMACY #07 OAKHURST NJ 00000000 004230 | 174.98 | 06-10 | 64827 - COSTCO GAS #0329 OCEAN NJ 0329013 064827 | 26.30 |
| 06-01 | 68323 - SQ *ROOK COFFEE gosq.com NJ 00000000 068323 | 3.69 | 06-10 | 46978 - SPIRITS UNLIMITE PT PLEAS BCH NJ 44246978 046978 | 30.91 |
| 06-01 | 39370 - TST* THE GALLEY ASBURY PARK NJ 86139370 039370 | 8.26 | 06-10 | 30091 - TUZZIO'S ITALIAN 7322229614 NJ 00000000 030091 | 46.36 |
| 06-01 | 52560 - COSTCO GAS #0329 OCEAN NJ 0329013 052560 | 22.97 | 06-10 | 17848 - NRASTORE_NFS_FUL 888-607-6007 VA 00000000 017848 | 57.00 |
| 06-01 | 39362 - TST* THE GALLEY ASBURY PARK NJ 86139362 039362 | 37.00 | 06-10 | 85091 - CBD FOR LIFE 732-5448295 NJ 75068880 085091 | 92.45 |
| 06-01 | 60017 - ILLIANO'S CAFE EATONTOWN NJ 79017148 060017 | 50.01 | 06-10 | 73038 - BJS WHOLESALE #0 OAKHURST NJ 00000000 073038 | 221.47 |
| 06-01 | 1360783078 CREDITCARD PYMNT PAYBYPHONE | 60.00 | 06-11 | 21372 - SQ *ROOK COFFEE gosq.com NJ 00000000 021372 | 3.69 |
| 06-01 | 40198076 Credit One Bank Payment | 64.00 | 06-11 | 0048 - GROSSMAN'S DELI OAKHURST NJ 00005772 000048 | 13.38 |
| 06-02 | 95658 - SQ *ROOK COFFEE gosq.com NJ 00000000 095658 | 3.69 | 06-12 | 17854 - SQ *ROOK COFFEE gosq.com NJ 00000000 017854 | 3.69 |
| 06-03 | 74467 - 33 EAST CAR WASH OAKHURST NJ 92698160 074467 | 14.87 | 06-15 | 12141 - SQ *ROOK COFFEE gosq.com NJ 00000000 012141 | 4.29 |
| 06-03 | 55031 - TST* THE GALLEY ASBURY PARK NJ 66655031 055031 | 37.20 | 06-15 | 65302 - COSTCO GAS #0329 OCEAN NJ 0329013 065302 | 23.38 |
| 06-04 | 20991 - SQ *ROOK COFFEE gosq.com NJ 00000000 020991 | 3.69 | 06-15 | 18785 - WOODYS OCEAN GRI TINTON FALLS NJ 52818785 018785 | 67.25 |
| 06-04 | 16568401 OPTIMUM 7866 CABLE PMNT | 190.50 | | | |

| Check # | Amount | Date | Payee |
|---|---|---|---|
| 118 | $840.58 | 5/19/2020 | Nick Saffioti |
| 119 | $34.90 | 5/18/2020 | SilverScript Ins Co |
| 120 | $325.00 | 5/28/2020 | US Trustees |
| 121 | $200.00 | 6/11/2020 | George Sariotis |