| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>Robertson, Anschutz, Schneid & Crane LLC<br>Attorneys for Secured Creditor<br>10700 Abbott's Bridge Rd., Suite 170<br>Duluth, GA 30097<br>Telephone No.: 973-575-0707 (local)<br>Telephone No.: 470-321-7112 (main)<br><br>Laura Egerman, Esq. (LE-8250) | |
| In Re:<br><br>**GEORGE SARIOTIS**,<br><br>    Debtor. | Case No.:   19-32528-MBK<br><br>Chapter:   11<br><br>Judge:   Michael B. Kaplan |

CERTIFICATION OF SERVICE

1. I, Laura Egerman, represent SELENE FINANCE, LP in this matter.

2. On July 23 2020, I caused a copy of the following pleadings and/or documents to the parties listed in the chart below: Notice of Motion for Relief from Automatic Stay, Certification in Support of Motion with Exhibits, Proposed Order, and Certification of Service.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

DATED: July 23, 2020

                            Robertson, Anschutz, Schneid & Crane LLC
                            Attorneys for Secured Creditor
                            10700 Abbott's Bridge Rd., Suite 170
                            Duluth, GA 30097
                            Telephone No.: 973-575-0707 (local)
                            Telephone No.: 470-321-7112 (main)

                            By:/s/ Laura Egerman
                            Laura Egerman, Esq.
                            NJ Bar ID: LE-8250
                            Email: legerman@rasnj.com

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Sariotis<br>1801 Pitney St<br>Oakhurst, NJ 07755-2840 | Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Timothy P. Neumann<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Attorney for Debtor | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Lauren Bielskie<br>DOJ-Ust<br>One Newark Center<br>Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>[x] Regular mail<br>☐ Certified Mail/RR<br>☐ E-mail<br>[x] Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |