UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
GEOFFREY P. NEUMANN, ESQ. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
geoff.neumann@gmail.com
*Attorneys for Debtor-in-Possession George Sariotis*

In Re:

**GEORGE SARIOTIS,**
              Debtor.

Chapter 11

Case No.: 19-32528

Judge: Michael B. Kaplan

### APPLICATION TO RETAIN BURKE & MANNA AS REAL ESTATE BROKERS FOR THE DEBTOR IN COMPLIANCE WITH D.N.J. LBR 2014(1)(a)

1. The applicant, George Sariotis, is the Debtor-in-Possession.

2. The applicant seeks to retain the following professional:

    Burke & Manna

3. The employment of the professional is necessary to market and sell the following property: 1801 Pitney Street, Oakhurst, NJ 07755 (the "Property") for the benefit of the Bankruptcy Estate.

4. The professional has been selected because of its familiarity in selling residential property in the area in which the Property is located.

5. Michael Manna shall market the Property for sale.

6. The proposed arrangement of 4% commission for compensation, including hourly rates, if applicable, is set forth in the accompanying certification and the executed listing agreement annexed thereto submitted herewith.

7. In the event the Debtor or any family member of the Debtor makes an offer to purchase the Property which results in the sale of the Property to the Debtors or any family member, <u>Michael Manna</u> shall not be entitled to a commission.

8. To the best of the applicant's knowledge, the professional's connection with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee is as follows:

   __X__   None
   _____   Describe Connection:

9. To the best of applicant's knowledge, the professional (check all that apply):

   __X__   Does not hold an adverse interest to the estate.
   __X__   Does not represent an adverse interest to the estate.
   __X__   Is a disinterested person under 11 U.S.C. § 101(14).
   __X__   Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e).
   _____   Other:

10. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows: 1801 Pitney Street, Oakhurst, NJ 07755.

WHEREFORE, the applicants respectfully request authorization to employ the professional to render services in accordance with this application, with compensation to be paid as an administrative expense in such amounts as the Court may hereafter determine and allow.

Dated: 8/10/2020          By: /s/ George Sariotis