UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

GEOFFREY P. NEUMANN, ESQ. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
geoff.neumann@gmail.com
*Attorneys for Debtor-in-Possession George Sariotis*

In Re:

**GEORGE SARIOTIS,**
             Debtor.

Chapter 11

Case No.: 19-32528

Judge: Michael B. Kaplan

Recommended Local Form:   __X__ Followed   _____ Modified

## CERTIFICATION OF PROFESSIONAL IN SUPPORT OF APPLICATION FOR RETENTION OF PROFESSIONAL

I, Michael Manna, being of full age, certify as follows:

1. I am seeking authorization to be retained as real estate broker for the Debtor.

2. My professional credentials include:

    I am a licensed real estate broker.

3. I am a member of or associated with the firm of:

    **Burke & Manna**
    **3408-A Sunset Avenue**
    **Ocean, NJ 07712**

4. The proposed arrangement for compensation, including hourly rates, if applicable is as follows:

    4% sales commission.

5. To the best of my knowledge, after reasonable and diligent investigation, my connection with the debtor, creditors, any party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

    __X__ None
    _____ Describe connection: N/A

6. To the best of my knowledge, after reasonable and diligent investigation, the connection of my firm, its members, shareholders, partners, associates, officers and/or employees with the debtor, creditors, any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, is as follows:

    __X__ None
    _____ Describe connection: N/A

7. To the best of my knowledge, my firm, its members, shareholders, partners, associates, officers and/or employees and I (check all that apply):

    __X__ Does not hold an adverse interest to the estate.
    __X__ Does not represent an adverse interest to the estate.
    __X__ Is a disinterested person under 11 U.S.C. § 101(14).
    __X__ Does not represent or hold any interest adverse to the debtor or the estate with respect to the matter for which she will be retained under 11 U.S.C. § 327(e).
    _____ Other: N/A

8. If the professional is an auctioneer: N/A

    A. A surety bond in accordance with D.N.J. LBR 2014-1(B)(2) is attached.

        _____ Yes      _____ No

    B. My qualifications and previous experience as an auctioneer include:

2

      C.    Have you or any other member of your firm ever been convicted of any criminal offense, other than motor vehicle violations? If yes, explain:

9. If the professional is an auctioneer, appraiser or realtor, the location and description of the property is as follows:

    1801 Pitney Street
    Oakhurst, NJ 07755

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 8/10/20                                /s/ Michael Manna