**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

GEOFFREY P. NEUMANN, ESQ. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
geoff.neumann@gmail.com
*Attorneys for Debtor-in-Possession George Sariotis*

| | |
|---|---|
| In Re: | Chapter 11 |
| **GEORGE SARIOTIS,** | Case No.:  19-32528 |
| Debtor. | Judge:  Michael B. Kaplan |

Recommended Local Form:    __X__ Followed    _____ Modified

**ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

Page 2
Debtor:  Geroge Sariotis
Case No:  19-32528 (MBK)
Adv. Pro. No.:
Caption of Order:  Order Authorizing Retention of Real Estate Broker

Applicant:        George Sariotis
Professional:     Burke & Manna

_____

Upon the applicant's request for authorization to retain the professional named above, it

is hereby ORDERED as follows:

1.      The applicant, George Sariotis, is authorized to retain the professional, Burke &

Manna to act as real estate broker for the Debtor.

2.      Compensation shall be paid in such amounts as may be allowed by the Court upon

proper application(s) therefore.

3.      The effective date of the retention is the date the application was filed with the

Court.