UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor-in-Possession
George Sariotis

In Re:

GEORGE SARIOTIS,

    Debtor.

Case No.: __19-32528__

Adv. Pro. No.: _____

Chapter: __11__

Hearing Date: __8/20/2020__

Judge: __MBK__

## ADJOURNMENT REQUEST

1. I, __Geoff Neumann__,

   ☒ am the attorney for: __the Debtor__,

   ☐ am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Motion for Stay Relief

   Current hearing date and time: August 20, 2020

   New date requested: September 24, 2020

   Reason for adjournment request: The Debtor seeks additional time for the bank to consider his proposed settlement of the motion.

2. Consent to adjournment:

   ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: August 13, 2020   s/ Geoffrey Neumann
                       Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 9/24/20 @ 10:00 am    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*