UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
TRENTON DIVISION

IN RE:                                                                            CASE NO.: 19-32528-MBK
                                                                                                         CHAPTER 11

**George Sariotis,**

   **Debtor.**

_____/

**REQUEST FOR SERVICE**

    **PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of U.S. BANK NATIONAL ASSOCIATION ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202**
**FAIRFIELD, NJ 07004**

                                       RAS Citron, LLC
                                       Authorized Agent for Secured Creditor
                                       130 Clinton Road, Suite 202
                                       Fairfield, NJ 07004
                                       Telephone: 470-321-7112

                                       By: /s/Laura Egerman
                                           Laura Egerman
                                           Email: legerman@rasnj.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 20, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GEORGE SARIOTIS
1801 PITNEY ST
OAKHURST, NJ 07755-2840

And via electronic mail to:

TIMOTHY P. NEUMANN
BROEGE, NEUMANN, FISCHER & SHAVER
25 ABE VOORHEES DRIVE
MANASQUAN, NJ 08736

U.S. TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

                                                  By: /s/Michael Pezzuto
                                                  Michael Pezzuto
                                                  Email: mpezzuto@rasflaw.com