**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Timothy P. Neumann, Esq. [TN6429]
BROEGE, NEUMANN, FISCHER & SHAVER, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
Tel: (732) 223-8484
Email: Timothy.neumann25@gmail.com

*Attorneys for Debtor/Debtor-in-Possession
George Sariotis*

In Re:

GEORGE SARIOTIS,

    Debtor.

Case No.: 18-32528/MBK

Chapter 11

Judge: Hon. Michael B. Kaplan

# CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann., am an attorney and member of the firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtor in this matter.

2. On August 20, 2020, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  August 20, 2020

                                              */s/ Geoffrey P. Neumann*
                                                Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ■ | Other: Certification of Service for Application to Retain Realtor |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 ATTN: Lauren Bielskie, Esq. | U.S. Trustee | ☐ Hand-delivered<br><br>☐ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Two River Community Bank 1250 State Route 35 Middletown, NJ 07748-2013 | Secured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meyner & Landis 1 Gateway Ctr Fl 25 Newark, NJ 07102-5320 | Counsel for secured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Laura Egerman, Esq. RAS CITRON, LLC 130 CLINTON ROAD, SUITE 202 FAIRFIELD, NJ 07004 | Counsel for secured creditor US Bank | ☐ Hand-delivered<br><br>☐ Regular mail |

| | | |
|---|---|---|
| | | ☐ Certified mail/RR<br><br>■ E-mail<br><br>■ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Aluma Systems Concrete<br>PO Box 91473<br>Chicago, IL 60693-1473 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| American Builders<br>1 American Way<br>Walden, NY 12586-2821 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Amex<br>PO Box 981537<br>El Paso, TX 79998-1537 | Unsecured Creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| | | |
|---|---|---|
| Avant LLC/Web Bank<br>222 N La Salle St<br>Chicago, IL 60601-1003 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Capital Accounts<br>Attn Bankruptcy Dept<br>PO Box 140065<br>Nashville, TN 37214-0065 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Discover Fin Svcs LLC<br>PO Box 15316<br>Wilmington, DE 19850-5316 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Dreyers Lumber & Hardward Inc.<br>20 Watchung Ave<br>Chatham, NJ 07928-2751 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____ |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Hudson Insurance Company<br>Westerman Sheehy Keenan<br>333 Earle Ovington Blvd<br>Ste 702<br>Uniondale, NY 11553-3622 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jaeger Lumber and Supp Ly Co Inc.<br>1835 Swarthmore Ave.<br>Lakewood, NJ 08701-4533 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Joseph Fazio Wall LLC<br>5001 Routes 33 & 34<br>Farmingdale, NJ 07727 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail |

| | | |
|---|---|---|
| | | ☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Jpmcb Card<br>PO Box 15369<br>Wilmington, DE 19850-5369 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of New jersey<br>Div of Taxation<br>Bk Se PO Box 245<br>Trenton, NJ 08602-0245 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| State of Nj Student As<br>4 Quakerbridge Plz<br>Trenton, NJ 08619-1241 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TCM Bank, N.A.<br>PO Box 31481<br>Tampa, FL 33631-3481 | Unsecured creditor | ☐ Hand-delivered<br><br>■ Regular mail<br><br>☐ Certified mail/RR<br><br>☐ E-mail<br><br>☐ Notice of Electronic Filing (NEF)<br><br>☐ Other _____ |

| | | |
|---|---|---|
| | | (As authorized by the Court or by rule. Cite the rule if applicable.) |
| Woodhaven Lumber & Millwork<br>200 James St.<br>Lakewood, NJ 08701-4103 | Unsecured creditor | □ Hand-delivered<br><br>■ Regular mail<br><br>□ Certified mail/RR<br><br>□ E-mail<br><br>□ Notice of Electronic Filing (NEF)<br><br>□ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |