# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF NEW JERSEY

IN RE:                                §
                                      §    CASE NO. 19-32528-MBK
GEORGE SARIOTIS                       §
    DEBTOR                            §

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Specialized Loan Servicing, LLC** | Selene Finance LP |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

**Specialized Loan Servicing LLC**
**8742 Lucent Blvd, Suite 300**
**Highlands Ranch, Colorado 80129**

Court Claim # (if known): 8-1
Amount of Claim: $135,889.33
Date Claim Filed: 01/31/2020

Phone: **(800) 315-4757**
Last Four Digits of Acct #: **xxxxxx1161**

Phone:
Last Four Digits of Acct.#: 6299

Name and Address where transferee payments should be sent (if different from above):

Specialized Loan Servicing, LLC
PO Box 636007
Littleton, Colorado 80163

Phone:
Last Four Digits of Acct #: **xxxxxx1161**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Natalie E. Lea                         Date:        08/20/2020
    Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Bonial & Associates, P.C.<br>14841 Dallas Parkway<br>Suite 425<br>Dallas, Texas 75254<br>Telephone: (972) 643-6600<br>POCInquiries@BonialPC.com<br>Authorized Agent for Creditor<br><br>In Re:<br><br>George Sariotis<br><br>Debtor. | Case No : 19-32528-MBK<br><br>Chapter: 11<br><br>Adv. No.:_____<br><br>Hearing Date: _____ at _____<br><br>Judge: Michael B. Kaplan |

### CERTIFICATION OF SERVICE

1. I, <u>Natalie E. Lea</u> :

    ☑ represent the <u>Creditor</u> in this matter.

    ☐ am the secretary/paralegal for _____, who represents the

    _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On <u>08/20/202</u>0 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    - Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

| | |
|---|---|
| 08/20/2020<br>Date | /s/ Natalie E. Lea<br>Signature |

TRANSFER OF CLAIM - CERTIFICATE OF SERVICE                                    5123-N-2819

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Sariotis<br>1801 Pitney St<br>Oakhurst, NJ 07755-2840 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule. Cite the rule if applicable. *) |
| Timothy P. Neumann<br>Broege, Neumann, Fischer & Shaver<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>timothy.neumann25@gmail.com | Debtor's Attorney | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Other: NEF, per D.N.J LBR 5005-1<br>  (As authorized by the Court or by rule. Cite the rule if applicable.*) |

\*    May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.