| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>GEOFFREY P. NEUMANN, ESQ. [59702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736<br>(732) 223-8484<br>geoff.neumann@gmail.com<br>*Attorneys for Debtor-in-Possession George Sariotis* | Order Filed on August 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**GEORGE SARIOTIS,**<br>　　　　　　　　　Debtor. | Chapter 11<br><br>Case No.: 19-32528<br><br>Judge: Michael B. Kaplan |

| |
|---|
| Recommended Local Form:　　　__X__ Followed　　　_____ Modified |

### ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 21, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

Page 2
Debtor: Geroge Sariotis
Case No: 19-32528 (MBK)
Adv. Pro. No.:
Caption of Order: Order Authorizing Retention of Real Estate Broker

Applicant:       George Sariotis
Professional:    Burke & Manna

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1. The applicant, George Sariotis, is authorized to retain the professional, Burke & Manna to act as real estate broker for the Debtor.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.