Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 19–32528–MBK
        Chapter: 11
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  George Sariotis
  1801 Pitney St
  Oakhurst, NJ 07755–2840

Social Security No.:
  xxx–xx–3126

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on August 21, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 47 – 40
Order Granting Application to Employ Burke & Manna as Realtor(Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2020. (ckk)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2020
JAN: ckk

                                        Jeanne Naughton
                                        Clerk