Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

    Case No.: 19−32528−MBK
    Chapter: 11
    Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Sariotis
   1801 Pitney St
   Oakhurst, NJ 07755−2840

Social Security No.:
   xxx−xx−3126

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

    Please be advised that on August 21, 2020, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 47 − 40
Order Granting Application to Employ Burke & Manna as Realtor(Related Doc # 40). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 8/21/2020. (ckk)

    Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: August 21, 2020
JAN: ckk

                                          Jeanne Naughton
                                          Clerk

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 19-32528-MBK
George Sariotis                                                 Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Aug 21, 2020
                              Form ID: orderntc      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
r              +Burke & Manna Real Estate Agency,    3408-A Sunset Avenue,    Ocean, NJ 07712-3972

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              David B. Grantz    on behalf of Creditor    Two River Community Bank dgrantz@meyner.com,
               ckelly@meyner.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Selene Finance LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Linda T. Snyder    on behalf of Creditor    Two River Community Bank lsnyder@meyner.com
              Matthew Patrick Dolan    on behalf of Creditor    Two River Community Bank mdolan@meyner.com
              Timothy P. Neumann    on behalf of Debtor George   Sariotis timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8