**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

GEOFFREY P. NEUMANN, ESQ. [59702019]
BROEGE, NEUMANN, FISCHER & SHAVER, L.L.C.
25 Abe Voorhees Drive
Manasquan, NJ 08736
(732) 223-8484
geoff.neumann@gmail.com
*Attorneys for Debtor-in-Possession George Sariotis*

**Order Filed on August 21, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

**GEORGE SARIOTIS,**
                Debtor.

Chapter 11

Case No.: 19-32528

Judge: Michael B. Kaplan

Recommended Local Form:    __X__ Followed    _____ Modified

**ORDER AUTHORIZING RETENTION OF REAL ESTATE BROKER**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: August 21, 2020**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2
Debtor: Geroge Sariotis
Case No: 19-32528 (MBK)
Adv. Pro. No.:
Caption of Order: Order Authorizing Retention of Real Estate Broker

Applicant:      George Sariotis
Professional:   Burke & Manna

Upon the applicant's request for authorization to retain the professional named above, it is hereby ORDERED as follows:

1. The applicant, George Sariotis, is authorized to retain the professional, Burke & Manna to act as real estate broker for the Debtor.

2. Compensation shall be paid in such amounts as may be allowed by the Court upon proper application(s) therefore.

3. The effective date of the retention is the date the application was filed with the Court.

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 19-32528-MBK
George Sariotis                                                        Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 21, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2020.
db             George Sariotis,    1801 Pitney St,    Oakhurst, NJ  07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2020 at the address(es) listed below:
              David B. Grantz    on behalf of Creditor    Two River Community Bank dgrantz@meyner.com,
               ckelly@meyner.com
              Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Laura M. Egerman    on behalf of Creditor    Selene Finance LP bkyecf@rasflaw.com,
               bkyecf@rasflaw.com;legerman@rasnj.com
              Lauren Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
              Linda T. Snyder    on behalf of Creditor    Two River Community Bank lsnyder@meyner.com
              Matthew Patrick Dolan    on behalf of Creditor    Two River Community Bank mdolan@meyner.com
              Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com,
               btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 8