In re: George Samotis
Debtor

Case No. 19-32528
Reporting Period 6/30/20

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2417.96 | |
| **RECEIPTS** | | |
| Wages (Net) | 526.68 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2446 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | 5390.64 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 939.43 | |
| Insurance | 400.00 | |
| Auto Expense | 177.05 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 273.64 | |
| Medical Expenses | 901.37 | |
| Household Expenses | 787.25 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 773.37 | |
| Total Ordinary Disbursements | 4252.06 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | — | |
| Total Disbursements (Ordinary + Reorganization) | 4252.06 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1138.58 | |
| Cash - End of Month (Must equal reconciled bank statement) | 1138.58 | |

FORM MOR-1(INDV)
(9/99)

In re __George Sarridis__          Case No. __193-2528__
       Debtor                       Reporting Period: __6/30/20__

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Take Out        443.71 | | |
| Credit Card Payment  203 | | |
| Donation          20.0 | | |
| Birthday         106.61 | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re **George Saridis**     Case No. **193-2528**
Reporting Period: **6/30/20**

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____     Date **7/16/20**
Signature of Debtor

_____     Date _____
Signature of Joint Debtor

_____     Date _____
Signature of Authorized Individual*

_____     _____
Printed Name of Authorized Individual     Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

**AMBOY Bank**
3590 U.S. Highway 9
Old Bridge, NJ 08857

Temp-Return Service Requested

AMBY

001519 0.7750 AB 0.419        TR00008

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ 07755-2840

For the period 06-16-2020 to 07-15-2020    Page 1 of 2
019 017 0-015-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

For 22 years in a row, Amboy Bank
has been voted "The Best Bank in Central NJ"

Vote for us again this year
and enter our Summer Fun contest
to win a fun giveaway
at AmboyBank.com/SummerFun

## Free Personal Check Account        Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 06-15 | $2,417.96 |
| Deposits and other credits (+) | $2,972.68 |
| Withdrawals, checks and other debits (-) | $4,252.06 |
| Ending Balance on 07-15 | $1,138.58 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-16 | DEPOSIT | 526.68 | 06-24 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 122 | 06-16 | 200.00 | 124 | 06-29 | 400.00 | 126 | 07-10 | 360.00 |
| 123 | 06-19 | 200.00 | 125 | 06-30 | 200.00 | 127 | 07-08 | 150.00 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 06-16 | 56403 - SQ *ROOK COFFEE gosq.com NJ 00000000 056403 | 3.69 | 06-19 | 75470 - SQ *ROOK COFFEE gosq.com NJ 00000000 075470 | 3.69 |
| 06-17 | 72456 - SQ *ROOK COFFEE gosq.com NJ 00000000 072456 | 3.69 | 06-19 | 4468 - BJS WHOLESALE #0 OAKHURST NJ 00000000 004468 | 109.04 |
| 06-17 | 93966 - TARGET PLUS 763-440-5234 MN 00000000 093966 | 106.61 | 06-22 | 5901 - SQ *ROOK COFFEE gosq.com NJ 00000000 005901 | 3.69 |
| 06-17 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 251.22 | 06-22 | 84732 - SQ *ROOK COFFEE gosq.com NJ 00000000 084732 | 3.69 |
| 06-18 | 47377 - 33 EAST CAR WASH OAKHURST NJ 92698160 047377 | 24.47 | 06-22 | 5618 - SQ *ROOK COFFEE gosq.com NJ 00000000 005618 | 4.29 |
| 06-18 | 67650 - COSTCO GAS #0329 OCEAN NJ 0329013 067650 | 26.44 | 06-22 | 56526 - WINRED* TRUMP MA HTTPSWINRED.C VA 00000000 056526 | 10.00 |

For the period 06-16-2020 to 07-15-2020

GEORGE SARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Note | Amount | Date | Description | Note | Amount |
|---|---|---|---|---|---|---|---|
| 06-22 | 53331 - COSTCO GAS #0329 OCEAN NJ 0329013 053331 | Auto | 17.18 ✓ | 07-01 | 50672 - BJS WHOLESALE #0 OAKHURST NJ 00000000 050672 | Food | 128.21 ✓ |
| 06-22 | 22420 - BJS WHOLESALE #0 OAKHURST NJ 00000000 022420 | Med | 39.34 ✓ | 07-02 | 71314 - SQ *ROOK COFFEE gosq.com NJ 00000000 071314 | To | 3.69 ✓ |
| 06-22 | 21877 - THEPOURHOUSE SHREWSBURY NJ 78154388 021877 | To | 44.00 ✓ | 07-02 | 99192 - 33 EAST CAR WASH OAKHURST NJ 92698160 099192 | Auto | 18.61 ✓ |
| 06-22 | 98243 - TST* THE GALLEY ASBURY PARK NJ 93298243 098243 | To | 49.53 ✓ | 07-03 | 19428 - SQ *ROOK COFFEE gosq.com NJ 00000000 019428 | Food To | 3.69 ✓ |
| 06-22 | 33645 - HAMMACHER SCHLEM 800-233-4800 OH 00000000 033645 | Med Shoes | 81.90 ✓ | 07-06 | 38177 - SQ *ROOK COFFEE gosq.com NJ 00000000 038177 | To | 3.69 ✓ |
| 06-23 | 56792 - SQ *ROOK COFFEE gosq.com NJ 00000000 056792 | To | 3.69 ✓ | 07-06 | 76119 - SQ *ROOK COFFEE gosq.com NJ 00000000 076119 | To | 3.69 ✓ |
| 06-24 | 66008 - TST* THE GALLEY ASBURY PARK NJ 70666008 066008 | To | 60.63 ✓ | 07-06 | 10586 - SQ *ROOK COFFEE gosq.com NJ 00000000 010586 | To | 4.29 ✓ |
| 06-24 | 42637 - NBW*NEW BALANCE 800-595-9138 MO 00000000 042637 | Med Sneakers | 87.49 ✓ | 07-06 | 0051 - GROSSMAN'S DELI OAKHURST NJ 00005772 000051 | To | 13.59 ✓ |
| 06-25 | 1640 - SQ *ROOK COFFEE gosq.com NJ 00000000 001640 | To | 3.69 ✓ | 07-06 | 66352 - COSTCO GAS #0329 OCEAN NJ 0329013 066352 | Auto | 15.50 ✓ |
| 06-25 | 2666099 AMERICAN-WATER UTIL-PMNT | Util | 203.12 ✓ | 07-06 | 29445 - TST* THE GALLEY ASBURY PARK NJ 89529445 029445 | To | 54.49 ✓ |
| 06-25 | 100012356661 FIRSTENERGY OPCO FE ECHECK | Util | 279.99 ✓ | 07-06 | 40198076 Credit One Bank Payment | Credit | 100.00 ✓ |
| 06-26 | 58609 - COSTCO GAS #0329 OCEAN NJ 0329013 058609 | Auto | 23.65 ✓ | 07-06 | 1898896107 CREDITCARD PYMNT PAYBYPHONE | Credit Card | 103.00 ✓ |
| 06-26 | 14222 - CVS/PHARMACY #07 OAKHURST NJ 00000000 014222 | Med | 58.83 ✓ | 07-07 | 57249 - SQ *ROOK COFFEE gosq.com NJ 00000000 057249 | To | 3.69 ✓ |
| 06-26 | 46365 - CBD FOR LIFE 732-5448295 NJ 75068880 046365 | Med | 141.99 ✓ | 07-07 | 94803 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 094803 | Util | 205.10 ✓ |
| 06-29 | 70939 - SQ *ROOK COFFEE gosq.com NJ 00000000 070939 | To | 3.69 ✓ | 07-08 | 14278 - SQ *ROOK COFFEE gosq.com NJ 00000000 014278 | To | 3.35 ✓ |
| 06-29 | 23450 - SQ *ROOK COFFEE gosq.com NJ 00000000 023450 | To | 3.69 ✓ | 07-10 | 68912 - SQ *ROOK COFFEE gosq.com NJ 00000000 068912 | To | 3.69 ✓ |
| 06-29 | 81503 - SQ *ROOK COFFEE gosq.com NJ 00000000 081503 | To | 4.29 ✓ | 07-13 | 68694 - SQ *ROOK COFFEE gosq.com NJ 00000000 068694 | To | 3.69 ✓ |
| 06-29 | 2822 - WINRED* TRUMP MA HTTPSWINRED.C VA 00000000 002822 | Don | 10.00 ✓ | 07-13 | 15388 - SQ *ROOK COFFEE gosq.com NJ 00000000 015388 | To | 4.29 ✓ |
| 06-29 | 0009 - GROSSMAN'S DELI OAKHURST NJ 00005772 000009 | To | 15.42 ✓ | 07-13 | 71453 - COSTCO GAS #0329 OCEAN NJ 0329013 071453 | Auto | 28.16 ✓ |
| 06-29 | 13546 - TST* THE GALLEY ASBURY PARK NJ 93813546 013546 | To | 44.43 ✓ | 07-13 | 62539 - CVS/PHARMACY #07 Oakhurst NJ 30718202 022096 | Med | 29.28 ✓ |
| 06-29 | 0004 - ILLIANO'S CAFE EATONTOWN NJ 79017148 000004 | To | 71.00 ✓ | 07-13 | 18474 - CBD FOR LIFE 732-5448295 NJ 75068880 018474 | Med | 102.54 ✓ |
| 06-29 | 63083 - eReplacementpart 866-3229842 FL 00000007 063083 | Repairs TM | 73.64 ✓ | 07-14 | 52238 - SQ *ROOK COFFEE gosq.com NJ 00000000 052238 | To | 3.69 ✓ |
| 06-30 | 71907 - SQ *ROOK COFFEE gosq.com NJ 00000000 071907 | To | 3.69 ✓ | 07-15 | 49860 - SQ *ROOK COFFEE gosq.com NJ 00000000 049860 | To | 3.69 |
| 07-01 | 56138 - COSTCO GAS #0329 OCEAN NJ 0329013 056138 | Auto | 23.04 ✓ | | | | |

AMBY-002-001519-001-001-200716  001519  S06

| Check # | Amount | Date |
|---|---|---|
| 122 | $200.00 | 6/16/2020 |
| 123 | $200.00 | 6/19/2020 |
| 124 | $400.00 | 6/29/2020 |
| 125 | $200.00 | 6/30/2020 |
| 126 | $360.00 | 7/10/2020 |
| 127 | $150.00 | 7/8/2020 |