In re: **George Sariotis**, Debtor

Case No. 19-32528
Reporting Period: July 31 2020

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 1138.58 | |
| **RECEIPTS** | | |
| Wages (Net) | 800.00 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2446.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | 3246.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1408.61 | |
| Insurance | 259.72 | |
| Auto Expense | 324.16 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | 100.00 | |
| Medical Expenses | 205.84 | |
| Household Expenses | 656.17 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 496.35 | |
| Total Ordinary Disbursements | | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | — | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 3450.85 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -204.85 | |
| Cash - End of Month (Must equal reconciled bank statement) | 933.73 | |

FORM MOR-1(INDV)
(9/99)

In re **George Sariolis**
Debtor

Case No. 19-32528
Reporting Period: 7/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Take Out | 309.35 | |
| Credit Card Payment | 177.00 | |
| Donation | 10.00 | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Satiotis

Case No. 193 2528
Reporting Period: 7/31/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  8/17/20

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



**AMBOY Bank**  
3590 U.S. Highway 9  
Old Bridge, NJ 08857

Temp-Return Service Requested

AMBY

For the period 07-16-2020 to 08-14-2020    Page 1 of 2  
019 017 0-015-000-00000000

For customer service  
or current rates  
call: 732-591-2530

Write to:  
Amboy Bank  
3590 U. S. Highway 9  
Old Bridge, NJ 08857

Visit us at  
www.amboybank.com

Amboy 24  
(Telephone Banking)  
call 1-877-24AMBOY

001523  0.7800  AB  0.419        TR00008

GEORGE SARIOTIS  
DEBTOR IN POSSESSION  
1801 PITNEY STREET  
OAKHURST      NJ 07755-2840

For 22 years in a row, Amboy Bank  
has been voted "The Best Bank in Central NJ"

Vote for us again this year  
and enter our Summer Fun contest  
to win a fun giveaway  
at AmboyBank.com/SummerFun

## Free Personal Check Account        Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 07-15 | $1,138.58 |
| Deposits and other credits (+) | $3,246.00 |
| Withdrawals, checks and other debits (-) | $3,450.85 |
| Ending Balance on 08-14 | $933.73 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-22 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 | 08-13 | DEPOSIT | 800.00 |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 128 | 07-17 | 100.00 | 130 | 07-31 | 60.00 | 132 | 08-07 | 69.80 |
| 129 | 07-27 | 100.00 | 131 | 08-03 | 206.00 | 133 | 08-07 | 189.92 |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 07-16 | 67022 - SQ *ROOK COFFEE gosq.com NJ 00000000 067022 | 3.69 | 07-20 | 44230 - MR. SHRIMP BELMAR NJ 00000000 044230 | 61.00 |
| 07-16 | 72301 - COSTCO GAS #0329 OCEAN NJ 0329013 072301 | 27.94 | 07-21 | 37410 - SQ *ROOK COFFEE gosq.com NJ 00000000 037410 | 3.69 |
| 07-16 | 36694 - REYNAS MEXICAN R NEPTUNE NJ 75073924 036694 | 28.59 | 07-21 | 24230 - SQ *ROOK COFFEE gosq.com NJ 00000000 024230 | 3.69 |
| 07-16 | 9253 - BJS WHOLESALE #0 OAKHURST NJ 00000000 009253 | 256.91 | 07-21 | 18966 - WINRED* TRUMP MA HTTPSWINRED.C VA 00000000 018966 | 10.00 |
| 07-20 | 37211 - SQ *ROOK COFFEE gosq.com NJ 00000000 037211 | 4.29 | 07-23 | 7992 - SQ *ROOK COFFEE gosq.com NJ 00000000 007992 | 3.69 |
| 07-20 | 0024 - GROSSMAN'S DELI OAKHURST NJ 00005772 000024 | 12.93 | 07-23 | 48223 - SQ *ROOK COFFEE gosq.com NJ 00000000 048223 | 3.69 |

**GEORGE SARIOTIS**

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Annotation | Amount | Date | Description | Annotation | Amount |
|---|---|---|---|---|---|---|---|
| 07-24 | 46537 - AVON PAVILION 732-2786685 NJ 00000000 046537 | Food | 100.00 ✓ | 08-03 | 27407 - SQ *ROOK COFFEE gosq.com NJ 00000000 027407 | To | 4.29 ✓ |
| 07-27 | 95609 - SQ *ROOK COFFEE gosq.com NJ 00000000 095609 | To | 3.69 ✓ | 08-03 | 0012 - GROSSMAN'S DELI OAKHURST NJ 00005772 000012 | To | 15.29 ✓ |
| 07-27 | 68556 - SQ *ROOK COFFEE gosq.com NJ 00000000 068556 | To | 3.69 ✓ | 08-03 | 10441 - MJS NEPTUNE NJ 00817472 010441 | To | 45.00 ✓ |
| 07-27 | 0006 - GROSSMAN'S DELI OAKHURST NJ 00005772 000006 | To | 16.00 ✓ | 08-04 | 9987 - CVS/PHARMACY #07 Oakhurst NJ 30718207 078145 | Med | 9.59 ✓ |
| 07-27 | 69668 - COSTCO GAS #0329 OCEAN NJ 0329013 069668 | Auto | 20.80 ✓ | 08-05 | 72327 - SQ *ROOK COFFEE gosq.com NJ 00000000 072327 | To | 3.69 ✓ |
| 07-27 | 27728 - 33 EAST CAR WASH OAKHURST NJ 92698160 027728 | Auto | 22.88 ✓ | 08-07 | 37008 - SQ *ROOK COFFEE gosq.com NJ 00000000 037008 | To | 3.69 ✓ |
| 07-27 | 44822 - CVS/PHARMACY #07 Oakhurst NJ 30718209 093446 | Med | 48.00 ✓ | 08-07 | 40198076 Credit One Bank Payment | cc | 77.00 ✓ |
| 07-27 | 1904389867 CREDITCARD PYMNT PAYBYPHONE | cc | 100.00 ✓ | 08-10 | 54062 - SQ *ROOK COFFEE gosq.com NJ 00000000 054062 | To | 3.69 ✓ |
| 07-28 | 43344 - SQ *ROOK COFFEE gosq.com NJ 00000000 043344 | To | 3.69 ✓ | 08-10 | 17677 - SQ *ROOK COFFEE gosq.com NJ 00000000 017677 | To | 3.69 ✓ |
| 07-28 | 56679 - HAMMACHER SCHLEM 800-233-4800 OH 00000000 056679 | Med | 96.90 ✓ | 08-10 | 78585 - SQ *ROOK COFFEE gosq.com NJ 00000000 078585 | To | 3.69 ✓ |
| 07-28 | 57588 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 057588 | Util | 197.00 ✓ | 08-10 | 3509 - SQ *ROOK COFFEE gosq.com NJ 00000000 003509 | To | 3.69 ✓ |
| 07-28 | 18263873072520 NJ NATURALGAS EBILL | Util | 200.00 ✓ | 08-10 | 19724 - APPLE.COM/BILL 866-712-7753 CA 00000000 019724 | Household | 5.99 ✓ |
| 07-29 | 70482 - CBD FOR LIFE 732-5448295 NJ 75068880 070482 | Med | 51.35 ✓ | 08-10 | 75023 - COSTCO GAS #0329 OCEAN NJ 0329013 075023 | Auto | 19.90 ✓ |
| 07-30 | 77624 - SQ *ROOK COFFEE gosq.com NJ 00000000 077624 | To | 3.69 ✓ | 08-10 | 27329 - TST* THE GALLEY ASBURY PARK NJ 99227329 027329 | To | 48.16 ✓ |
| 07-30 | 16568401 OPTIMUM 7866 CABLE PMNT | Util | 390.17 ✓ | 08-11 | 4734 - SQ *ROOK COFFEE gosq.com NJ 00000000 004734 | To | 3.69 ✓ |
| 07-30 | 100012356661 FIRSTENERGY OPCO FE ECHECK | Util | 621.44 ✓ | 08-12 | 92820 - SQ *ROOK COFFEE gosq.com NJ 00000000 092820 | To | 3.69 ✓ |
| 07-31 | 70494 - COSTCO GAS #0329 OCEAN NJ 0329013 070494 | Auto | 26.64 ✓ | 08-12 | 94357 - APPLE.COM/BILL 866-712-7753 CA 00000000 094357 | House | 6.39 ✓ |
| 08-03 | 82111 - SQ *ROOK COFFEE gosq.com NJ 00000000 082111 | To | 3.69 ✓ | 08-13 | 56589 - Amazon Prime*MF0 Amzn.com/bill WA 00000000 056589 | Household | 126.88 ✓ |
| 08-03 | 74278 - SQ *ROOK COFFEE gosq.com NJ 00000000 074278 | To | 3.69 ✓ | 08-14 | 66354 - SQ *ROOK COFFEE gosq.com NJ 00000000 066354 | To | 3.69 ✓ |



128  $100.00  7/17/2020
129  $100.00  7/27/2020
130  $60.00  7/31/2020
131  $206.00  8/3/2020
132  $69.80  8/7/2020
133  $189.92  8/7/2020

17007747PAGE3