| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | **Order Filed on September 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>George Sariotis,<br><br>Debtor. | Case No.: 19-32528 (MBK)<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

**ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

George Sariotis

Chapter 11 Case No.: 19-32528 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

_____

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that the debtor, George Sariotis ("Debtor"), shall file a Plan and Disclosure Statement by December 2, 2020; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by December 2, 2020, the case will automatically convert to a case under chapter 7 without further notice; and it is further

**ORDERED** that the Debtor shall comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, including with regards to the filing of monthly operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.