| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>UNITED STATES DEPARTMENT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>ANDREW R. VARA<br>UNITED STATES TRUSTEE, REGIONS 3 & 9<br>Lauren Bielskie, Esq.<br>One Newark Center, Suite 2100<br>Newark, NJ 07102<br>Telephone: (973) 645-3014<br>Fax: (973) 645-5993<br>Email: Lauren.Bielskie@usdoj.gov | **Order Filed on September 11, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In re:<br><br>George Sariotis,<br><br>Debtor. | Case No.: 19-32528 (MBK)<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

**ORDER REQUIRING DEBTOR TO FILE A PLAN AND DISCLOSURE STATEMENT**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 11, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(Page 2)**

George Sariotis

Chapter 11 Case No.: 19-32528 (MBK)

**Order Requiring Debtor to File a Plan and Disclosure Statement**

___

This matter, having been brought before the Court for a Status Conference, and the Court having found cause for the entry of the within Order, it is hereby:

**ORDERED** that the debtor, George Sariotis ("Debtor"), shall file a Plan and Disclosure Statement by December 2, 2020; and it is further

**ORDERED** that if the Debtor fails to file a Plan and Disclosure Statement by December 2, 2020, the case will automatically convert to a case under chapter 7 without further notice; and it is further

**ORDERED** that the Debtor shall comply with the Operating Guidelines for Chapter 11 Debtors issued by the Office of the United States Trustee, including with regards to the filing of monthly operating reports and payment of the required quarterly fees to the United States Trustee pursuant to 28 U.S.C. § 1930.

United States Bankruptcy Court
District of New Jersey

In re:  
George Sariotis  
    Debtor

Case No. 19-32528-MBK  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Sep 11, 2020  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 13, 2020.  
db        George Sariotis,   1801 Pitney St,   Oakhurst, NJ  07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 13, 2020        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 11, 2020 at the address(es) listed below:  
        David B. Grantz   on behalf of Creditor   Two River Community Bank dgrantz@meyner.com, ckelly@meyner.com  
        Laura M. Egerman   on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Laura M. Egerman   on behalf of Creditor   Selene Finance LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com  
        Lauren Bielskie   on behalf of U.S. Trustee   U.S. Trustee lauren.bielskie@usdoj.gov  
        Linda T. Snyder   on behalf of Creditor   Two River Community Bank lsnyder@meyner.com  
        Matthew Patrick Dolan   on behalf of Creditor   Two River Community Bank mdolan@meyner.com  
        Timothy P. Neumann   on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

    TOTAL: 8