| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>RAS Citron, LLC<br>130 Clinton Road, Lobby B, Suite 130<br>Fairfield, NJ 07004<br>Telephone: 973-575-0707<br>Attorneys for Secured Creditor<br><br>Laura Egerman, Esq. (LE-8250) | Order Filed on September 21, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey<br><br><br><br>Case No.: 19-32528-MBK |
| In Re:<br><br>**GEORGE SARIOTIS,**<br><br>    Debtor. | Chapter 11<br><br>Hearing Date: September 24, 2020<br><br>Judge: Michael B. Kaplan |

## CONSENT ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AS TO
## 1801 PITNEY STREET, OAKHURST, NEW JERSEY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: September 21, 2020**

　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Michael B. Kaplan
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

THIS MATTER having come before the Court on the Motion for Relief from the Automatic Stay (the "Motion") (Docket #39) filed by RAS Citron, LLC, counsel for Secured Creditor, SPECIALIZED LOAN SERVICING, LLC ("Secured Creditor"), as to the real property commonly known as 1801 PITNEY STREET, OAKHURST, NEW JERSEY 07755 (the "Property"), and Geoffrey Neumann, Esq., representing the debtor GEORGE SARIOTIS (the "Debtor"), and the parties agreeing to the entry of the Order settling the Objection, and for good cause shown; it is ORDERED AND DECREED as follows:

1. This order shall be incorporated in and become a part of any Chapter 11 Plan of Reorganization in the herein matter.

2. Secured Creditor shall retain its first mortgage lien on the Property and none of its rights are being modified.

3. The parties hereby agree that Debtor shall make adequate protection payments to Secured Creditor in the amount of $1,211.47 each, beginning on October 15, 2020. Payments should be sent to the following address:

   Specialized Loan Servicing, LLC
   P.O. Box 636007
   Littleton, Colorado 80163
   Account #: XXXX751161

4. Debtor must complete the sale of the Property within twelve (12) months of the date of this Order.

5. If any adequate protection payment is not made within fifteen (15) days of its due date and/or the sale of the Property is not completed as provided by the deadline set forth in this order, such failure shall constitute a default of this Order. Upon default Secured Creditor shall be entitled to file an Affidavit of Default. Upon filing of an Affidavit of Default the Court shall, without further hearing, enter an order terminating the automatic stay, after which Secured Creditor shall be allowed to proceed with any and all non-bankruptcy remedies provided under state law or the existing loan documents, without any further or other order, notice, or proceeding of this Court. Debtor agrees not to interfere with Secured Creditor's rights and remedies upon default. .

6. In consideration of the aforementioned, Secured Creditor's Motion for Relief can be marked as resolved.

7. The parties agree that this Consent Order in no way alters, amends, or invalidates any applicable bankruptcy remedies afforded to them.

8. Facsimile signatures shall be valid as original signatures and this Consent Order may be executed in counterparts.

The undersigned hereby consent to the form and entry of the foregoing order.

| | |
|---|---|
| BROEGE, NEUMANN, FISCHER & SHAVER | RAS CITRON, LLC |
| _____ | /s/ Laura Egerman_____ |
| Geoffrey Neumann, Esq. | Laura Egerman, Esq. |
| *Attorney for Debtor* | *Attorney for Secured Creditor* |
| Date: 9/18/20 | Date: 09/18/2020 |

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 19-32528-MBK
George Sariotis                                                                 Chapter 11
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin             Page 1 of 1              Date Rcvd: Sep 21, 2020
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2020.
db             George Sariotis,    1801 Pitney St,    Oakhurst, NJ 07755-2840

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2020                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2020 at the address(es) listed below:

    David B. Grantz    on behalf of Creditor    Two River Community Bank dgrantz@meyner.com, ckelly@meyner.com
    Laura M. Egerman    on behalf of Creditor    SPECIALIZED LOAN SERVICING, LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Laura M. Egerman    on behalf of Creditor    Selene Finance LP bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Laura M. Egerman    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com
    Lauren  Bielskie    on behalf of U.S. Trustee    U.S. Trustee lauren.bielskie@usdoj.gov
    Linda T. Snyder    on behalf of Creditor    Two River Community Bank lsnyder@meyner.com
    Matthew Patrick Dolan    on behalf of Creditor    Two River Community Bank mdolan@meyner.com
    Timothy P. Neumann    on behalf of Debtor George  Sariotis timothy.neumann25@gmail.com, btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com
    U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                 TOTAL: 9