In re: _George SAriotis_
　　　　　　Debtor

Case No. _193 2528_
Reporting Period _8/31/20_

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
( This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 933.73 | |
| **RECEIPTS** | | |
| Wages (Net) | | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 2446.00 | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 3,379.73 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | PARKTEN 996.57 | |
| Auto Expense | 91.58 | |
| Lease Payments | 561.26 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 780.23 | |
| Household Expenses | 234.18 | |
| Charitable Contributions | 10.0 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 466.75 | |
| Total Ordinary Disbursements | 3132.57 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 3132.57 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -686.57 | |
| Cash - End of Month (Must equal reconciled bank statement) | 247.16 | |

FORM MOR-1(INDV)
(9-99)

In re George Smidis
Debtor

Case No. 193 2528
Reporting Period: 8/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Taxes** | | |
| | | |
| | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Take out          314.75 | | |
| Credit card Paum  1520 | | |
| 466.75 | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Santos

Case No. 193 2528
Reporting Period: 8/31/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)
File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report
are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  9/20/20

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)



**AMBOY Bank**

3590 U.S. Highway 9
Old Bridge, NJ 08857

For the period 08-15-2020 to 09-15-2020    Page 1 of 2
019 017 0-015-000-00000000

☎ For customer service
or current rates
call: 732-591-2530

001534

AMBY    **Temp-Return Service Requested**

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

001534 0.6400 AB 0.419    TR00008

**GEORGE SARIOTIS**
**DEBTOR IN POSSESSION**
**1801 PITNEY STREET**
**OAKHURST    NJ 07755-2840**

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

**For 22 years in a row, Amboy Bank**
**has been voted "The Best Bank in Central NJ"**

**Vote for us again this year**
**and enter our Summer Fun contest**
**to win a fun giveaway**
**at AmboyBank.com/SummerFun**

## Free Personal Check Account

**Account number:  17007747**

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 08-14 | $933.73 |
| Deposits and other credits (+) | $2,446.00 |
| Withdrawals, checks and other debits (-) | $3,132.57 |
| Ending Balance on 09-15 | $247.16 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-26 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 | | | |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 08-17 | 41278 - SQ *ROOK COFFEE gosq.com NJ 00000000 041278 | 3.35 | 08-21 | 24304 - SQ *ROOK COFFEE gosq.com NJ 00000000 024304 | 3.69 |
| 08-17 | 10315 - SQ *ROOK COFFEE gosq.com NJ 00000000 010315 | 3.69 | 08-21 | 86777 - WINRED* TRUMP MA HTTPSWINRED.C VA 00000000 086777 | 10.00 |
| 08-17 | 71358 - APPLE.COM/BILL 866-712-7753 CA 00000000 071358 | 6.39 | 08-21 | 29074 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 029074 | 37.52 |
| 08-17 | 65811 - COSTCO GAS #0329 OCEAN NJ 0329013 065811 | 19.71 | 08-24 | 1338 - SQ *ROOK COFFEE gosq.com NJ 00000000 001338 | 3.69 |
| 08-17 | 28733 - TST* THE GALLEY ASBURY PARK NJ 98628733 028733 | 58.22 | 08-24 | 27939 - SQ *ROOK COFFEE gosq.com NJ 00000000 027939 | 3.69 |
| 08-18 | 78123 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 078123 | 4.84 | 08-24 | 65746 - SQ *ROOK COFFEE gosq.com NJ 00000000 065746 | 4.29 |
| 08-18 | 78046 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 078046 | 32.68 | 08-24 | 0019 - GROSSMAN'S DELI OAKHURST NJ 00005772 000019 | 8.84 |
| 08-19 | FORD MOTOR CREDI CHECKPMTPA 0134 | 551.26 | 08-25 | 11458 - SQ *ROOK COFFEE gosq.com NJ 00000000 011458 | 3.69 |
| 08-21 | 9622 - SQ *ROOK COFFEE gosq.com NJ 00000000 009622 | 3.69 | 08-25 | 71367 - COSTCO GAS #0329 OCEAN NJ 0329013 071367 | 21.20 |

S05

AMBY-002-001534-001-001-200916  001534
07755284001

**GEORGE SARIOTIS**

## Free Personal Check Account                    Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|------|-------------|--------|
| 08-26 | 3539 - SQ *ROOK COFFEE gosq.com NJ 00000000 003539 | 3.69 |
| 08-27 | AHC3015109 AETNA HEALTH INS INS PYMT | 284.88 |
| 08-28 | 95981 - SQ *ROOK COFFEE gosq.com NJ 00000000 095981 | 3.69 |
| 08-28 | 81009 - BJS WHOLESALE #0 OAKHURST NJ 00000000 081009 | 144.68 |
| 08-31 | 1284 - APPLE.COM/BILL 866-712-7753 CA 00000000 001284 | 0.99 |
| 08-31 | 70614 - SQ *ROOK COFFEE gosq.com NJ 00000000 070614 | 3.69 |
| 08-31 | 80685 - SQ *ROOK COFFEE gosq.com NJ 00000000 080685 | 3.69 |
| 08-31 | 64114 - COSTCO GAS #0329 OCEAN NJ 0329013 064114 | 23.35 |
| 08-31 | 3041 - TST* THE GALLEY ASBURY PARK NJ 98603041 003041 | 45.15 |
| 08-31 | 52095 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 052095 | 226.04 |
| 08-31 | 67438 - CVS/PHARMACY #07 OAKHURST NJ 00000000 067438 | 375.62 |
| 08-31 | 19145 74667 CREDITCARD PYMNT PAYBYPHONE | 152.00 |
| 08-31 | 16568401 OPTIMUM 7866 CABLE PMNT | 201.08 |
| 09-01 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 468.26 |
| 09-08 | 84598 - APPLE.COM/BILL 866-712-7753 CA 00000000 084598 | 5.99 |
| 09-08 | 806532 - AMAZON.COM*MU480 SEATTLE WA 00000101 621CV57Y4KOP | 18.22 |
| 09-08 | 23000 - HUDDYS INN COLTS NECK NJ 56023000 023000 | 52.00 |
| 09-10 | 4342 - CBD FOR LIFE 732-5448295 NJ 75068880 004342 | 121.73 |
| 09-14 | 20959 - APPLE.COM/BILL 866-712-7753 CA 00000000 020959 | 6.39 |
| 09-14 | 82088 - APPLE.COM/BILL 866-712-7753 CA 00000000 082088 | 6.39 |
| 09-14 | 77084 - COSTCO GAS #0329 OCEAN NJ 0329013 077084 | 27.32 |
| 09-14 | 53293 - THEPOURHOUSE SHREWSBURY NJ 78154388 053293 | 52.00 |
| 09-14 | 50019 - THE BAR ROOM DEAL NJ 78739662 050019 | 54.00 |
| 09-14 | 78343 - BJS WHOLESALE #0 OAKHURST NJ 00000000 078343 | 71.28 |