In re: George Sariotis, Debtor

Case No. 19-32528
Reporting Period: 9/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 247.16 | |
| **RECEIPTS** | | |
| Wages (Net) Wendlemot | 2070.00 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 2446.00 | |
| Other Income (attach schedule) | 400.00 | |
| Total Receipts | 4,916.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1211.47 | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 1136.15 | |
| Auto Expense | | |
| Lease Payments | 78.90 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | | |
| Household Expenses | 610.84 | |
| Charitable Contributions | 168.91 | |
| Alimony and Child Support Payments | 10.00 | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | | |
| Total Ordinary Disbursements | 1047.08 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | 326.07 | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 4589.42 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 326.58 | |
| Cash - End of Month (Must equal reconciled bank statement) | 573.74 | |

FORM MOR-1(INDV)
(9-99)

In re: George Sviridis, Debtor

Case No. 19-32528
Reporting Period: 9/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| From Wife | 400.00 | |
| **Other Taxes** | | |
| **Other Ordinary Disbursements** | | |
| Food | 388.45 | |
| Take out | 144.39 | |
| To wife for car payment | 200.00 | |
| Credit Card Payments | 228.95 | |
| Birthday Present | 85.29 | |
| | 1047.08 | |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9/99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Santos

Case No. 19-2528
Reporting Period: 9/30/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

Signature of Debtor [signed]   Date 10/20/20

Signature of Joint Debtor   Date

Signature of Authorized Individual*   Date

Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

For the period 09-16-2020 to 10-15-2020    Page 1 of 2
019 017 0-015-000-00000000

📞 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

💻 Visit us at
www.amboybank.com

📞 Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755-2840

### Annual Food Drive

We will be collecting for local food banks
throughout the month of November.
Drop off your donations at your local branch.
to win a fun giveaway

## Free Personal Check Account            Account number:  17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 09-15 | $247.16 |
| Deposits and other credits (+) | $4,916.00 |
| Withdrawals, checks and other debits (-) | $4,589.42 |
| Ending Balance on 10-15 | $573.74 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 09-18 | DEPOSIT | 400.00 | 09-23 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 09-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 09-23 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,446.00 |
| 09-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 09-30 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 09-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 10-07 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 09-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 10-14 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 09-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 135 | 09-22 Home | 118.02 ✓ | 138 | 10-01 usJT | 326.07 ✓ | 142 | 10-09 BobRo Foodwkr | 200.00 ✓ |
| 136 | 09-28 Med | 69.80 ✓ | 139* | 09-25 Fod | 65.00 ✓ | 143 | 10-08 GAS | 50.00 ✓ |
| 137 | 09-28 Dr | 28.25 ✓ | 141 | 10-02 Fod bar | 200.00 ✓ | | | |

*Indicates a gap in check number sequence

## GEORGE SARIOTIS

### Free Personal Check Account     Account number: 17007747

**Withdrawals and Other Debits**

| Date | Description | | Amount | Date | Description | | Amount |
|---|---|---|---|---|---|---|---|
| 09-21 | 53014 - WINRED* TRUMP MA HTTPSWINRED.C VA 00000000 053014 | Donn | 10.00 ✓ | 09-28 | 11913 - THEPOURHOUSE SHREWSBURY NJ 78154388 011913 | TO | 48.00 ✓ |
| 09-21 | 62767 - COSTCO GAS #0329 OCEAN NJ 0329013 062767 | Gas | 28.90 ✓ | 09-28 | 75853 - CBD FOR LIFE 732-5448295 NJ 75068880 075853 | med | 136.65 ✓ |
| 09-21 | 47508 - TST* THE GALLEY ASBURY PARK NJ 01547508 047508 | TO | 35.64 ✓ | 09-28 | AHC3015109 AETNA HEALTH INS INS PYMT | med | 284.88 ✓ |
| 09-21 | 81475 - SXM*SIRIUSXM.COM 888-635-514 NY 00000000 081475 | home | 37.52 ✓ | 09-29 | 98614 - APPLE.COM/BILL 866-712-7753 CA 00000000 098614 | Item | 0.99 ✓ |
| 09-21 | 79721 - CVS/PHARMACY #07 OAKHURST NJ 00000000 079721 | med | 53.92 ✓ | 09-29 | 63220 - SQ *ROOK COFFEE Oakhurst NJ 00000000 063220 | TO | 8.58 ✓ |
| 09-22 | 40198076 Credit One Bank Payment | CC Pmt | 127.00 ✓ | 09-29 | 75664 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 075664 | Util | 201.05 ✓ |
| 09-23 | PAYMENTUSCORP_I PAYMENTUS BILLPAY | | 1.95 ✓ | 09-30 | 1918898397 CREDITCARD PYMNT PAYBYPHONE | CCP | 100.00 ✓ |
| 09-23 | AMERICAN WATER AMERICAN WATER E BILLPAY | Utile | 132.60 ✓ | 10-05 | 16568401 OPTIMUM 7866 CABLE PMNT | util | 180.67 ✓ |
| 09-23 | 18671509092120 NJ NATURALGAS EBILL | Utile | 350.54 ✓ | 10-08 | 81247 - APPLE.COM/BILL 866-712-7753 CA 00000000 081247 | from | 5.99 ✓ |
| 09-25 | 0031 - GROSSMAN'S DELI OAKHURST NJ 00005772 000031 | TO | 19.17 ✓ | 10-09 | SPECIALIZED LOAN CHECKPAYMT 0140 | mortage | 1,211.47 ✓ |
| 09-25 | 7675 - BJS WHOLESALE #0 OAKHURST NJ 00000000 007675 | Food | 123.45 ✓ | 10-13 | 7456 - APPLE.COM/BILL 866-712-7753 CA 00000000 007456 | Item | 6.39 ✓ |
| 09-28 | 16522 - LA SCARPETTA WEST LONG BRA NJ 01956903 016522 | TO | 33.00 ✓ | 10-13 | 18788 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 018788 | Utile | 271.29 ✓ |
| 09-28 | 8750 - CVS/PHARMACY #07 Oakhurst NJ 30718207 076664 | med | 37.34 ✓ | 10-14 | 261270 - AMAZON.COM*MK8WQ SEATTLE WA 00000101 6WD5FDE7DC5Q | Birthday Present | 85.29 ✓ |