In re: George Sariotis  
Debtor

Case No. 19 32528  
Reporting Period: 9/?/?? – 10/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CON'T)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 573.74 | |
| **RECEIPTS** | | |
| Wages (Net) Unemployment | 2580.00 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 4892.00 | |
| Other Income (attach schedule) | 40.40 | |
| Total Receipts | 7512.40 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1211.47 | |
| Other Secured Note Payments | | |
| Utilities | 889.97 | |
| Insurance | 445.86 | |
| Auto Expense | 47.42 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 480.30 | |
| Household Expenses | 942.70 | |
| Charitable Contributions | 1416.69 | |
| Alimony and Child Support Payments | 20.00 | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 610.72 | |
| Total Ordinary Disbursements | 6060.13 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 6060.13 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 1452.27 | |
| Cash - End of Month (Must equal reconciled bank statement) | 2026.01 | |

FORM MOR-1(INDV)  
(9-99)

In re: George Smidis, Debtor

Case No. 19-32528
Reporting Period: 9/31/20 – 10/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** <br> Rebate 5.50 ⎫ 40.40 <br> Returned Ck 34.90 ⎭ | | |
| **Other Taxes** | | |
| **Other Ordinary Disbursements** <br> Credit Card Paymnts 237 ⎫ <br> Take Out 245.87 ⎬ 610.7 <br> Grand Child Birthday Pres 127.90 ⎭ | | |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CONT)
(9 99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Santos

Case No. 193 2528
Reporting Period: 6/31/20  10/31/20

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Debtor                                              Date  11/23/20

_____
Signature of Joint Debtor                                        Date

_____
Signature of Authorized Individual*                              Date

_____
Printed Name of Authorized Individual                            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

019 017 B-030-000-00000011

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

☎ Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0
000 0000 0000 0000 0000 0000 0000 0000 0000 0000 0

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST         NJ 07755

### YOU'VE DONE IT AGAIN!

Thanks to you, Amboy Bank has been voted
"The Best Bank" for the 23rd year in a row.

## Free Personal Check Account          Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 10-15 | $573.74 |
| Deposits and other credits (+) | $7,512.40 |
| Withdrawals, checks and other debits (-) | $6,060.13 |
| Ending Balance on 11-30 | $2,026.01 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ | 11-12 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |
| 10-23 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 1,200.00 ✓ | 11-18 | DEPOSIT - Rebate | 5.50 ✓ |
| | | | 11-18 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |
| 10-28 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,446.00 ✓ | 11-25 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |
| | | | 11-25 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,446.00 ✓ |
| 10-29 | RETURNED CHECK# 144, SIGNATURE MISSING | 34.90 ✓ | | | |
| 11-02 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ | | | |
| 11-04 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 144 | 10-29 Ins med | 34.90 ✓ | 147* | 11-04 House Ins | 445.96 ✓ | 154 | 11-20 House | 40.00 ✓ |
| 144 | 10-30 Ins med | 34.90 ✓ | 149* | 11-09 Ins House | 120.00 ✓ | 155 | 11-23 House | 30.00 ✓ |
| 145 | 10-26 House | 200.00 ✓ | UT(il) 151* | 11-17 House | 112.70 ✓ | 156 | 11-23 House | 90.00 ✓ |
| 146 | 11-19 R+M | 453.16 ✓ | 153 | 11-18 House | 50.00 ✓ | | | |

*Indicates a gap in check number sequence

**GEORGE SARIOTIS**

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 10-19 | 14978 - APPLE.COM/BILL 866-712-7753 Hom CA 00000000 014978 | 6.39 | 11-16 | 0133 - WHAT ABOUT A BAG OCEAN TO TOWNSHI NJ 00007457 000133 | 13.00 |
| 10-19 | 40198076 Credit One Bank Payment CC | 75.00 | 11-16 | 13278 - TST* THE GALLEY ASBURY TO PARK NJ 95913278 013278 | 28.03 |
| 10-21 | 3915 - WINRED* TRUMP MA pol HTTPSWINRED.C VA 00000000 003915 | 10.00 | 11-16 | 77552 - THEPOURHOUSE SHREWSBURY TO NJ 78154388 077552 | 50.00 |
| 10-21 | 84084 - SXM *SIRIUSXM.COM Hom 888-635-5144 NY 00000000 084084 | 37.52 | 11-16 | 29864 - BJS WHOLESALE #0 OAKHURST No food NJ 00000000 029864 | 95.06 |
| 10-22 | 43001 - TST* DEAL LAKE B LOCH Dinner ARBOUR NJ 76643001 043001 | 83.31 | 11-16 | 145758 - AMAZON.COM *204JH Birthday prest SEATTLE WA 00000101 717QN0FPO7B0 | 127.90 |
| 10-23 | 1926028127 CREDITCARD PYMNT CC PAYBYPHONE | 162.00 | 11-16 | SPECIALIZED LOAN CHECKPAYMT mort 0148 | 1,211.47 |
| 10-26 | 90257 - 33 EAST CAR WASH OAKHURST R+M NJ 92698160 090257 | 27.14 | 11-17 | 14564 - APPLE.COM/BILL 866-712-7753 Ho CA 00000000 014564 | 6.39 |
| 10-26 | 90195 - CVS/PHARMACY #07 med OAKHURST NJ 00000000 090195 | 54.97 | 11-17 | JCP&L CHECK PYMT 0152 util | 224.51 |
| 10-27 | AHC3015109 AETNA HEALTH INS INS Insmed PYMT | 284.88 | 11-23 | 50260 - WINRED* TRUMP MA Don HTTPSWINRED.C VA 00000000 050260 | 10.00 |
| 10-28 | 81165 - COSTCO GAS #0329 OCEAN NJ Auto 0329013 081165 | 24.83 | 11-23 | 5621 - TST* THE GALLEY ASBURY TO PARK NJ 94005621 005621 | 36.57 |
| 10-29 | 57242 - APPLE.COM/BILL 866-712-7753 Hom CA 00000000 057242 | 0.99 | 11-23 | 95384 - SXM *SIRIUSXM.COM Hom 888-635-5144 NY 00000000 095384 | 37.52 |
| 10-29 | 67702 - BJS WHOLESALE #0 OAKHURST Home NJ 00000000 067702 | 122.70 | 11-23 | 67088 - CVS/PHARMACY #07 med OAKHURST NJ 00000000 067088 | 62.99 |
| 10-30 | 45371 - CVS/PHARMACY #07 Oakhurst NJ med 30718219 199493 | 27.90 | 11-23 | 29752 - HUDDYS INN COLTS NECK NJ Dinner 55429752 029752 | 72.00 |
| 11-02 | 94240 - TST* THE GALLEY ASBURY TO PARK NJ 99094240 094240 | 29.22 | 11-27 | 80246 - COSTCO GAS #0329 OCEAN NJ Auto 0329013 080246 | 22.59 |
| 11-06 | 16568401 OPTIMUM 7866 CABLE PMNT util | 190.26 | 11-27 | 74251 - BJS WHOLESALE #0 OAKHURST home toiletries NJ 00000000 074251 | 129.08 |
| 11-09 | 38313 - APPLE.COM/BILL 866-712-7753 Hom CA 00000000 038313 | 5.99 | 11-27 | AHC3015109 AETNA HEALTH INS INS Ins PYMT | 284.88 |
| 11-09 | 80035 - ILLIANO'S CAFE EATONTOWN House Dinner NJ 79017138 080035 | 80.00 | 11-30 | 92090 - APPLE.COM/BILL 866-712-7753 CA 00000000 092090 | 0.99 |
| 11-09 | 50941 - MR. SHRIMP BELMAR NJ House Dinner 00000000 050941 | 92.00 | 11-30 | 41545 - THEPOURHOUSE SHREWSBURY TO NJ 78154388 041545 | 41.00 |
| 11-12 | 32366 - APPLE.COM/BILL 866-712-7753 Home CA 00000000 032366 | 6.39 | 11-30 | 10018 - THE BAR ROOM DEAL NJ TO 78739662 010018 | 48.00 |
| 11-12 | 39436 - CBD FOR LIFE 732-5448295 NJ med 75068880 039436 | 63.98 | 11-30 | 1295 - CBD FOR LIFE 732-5448295 NJ med 75068880 001295 | 93.30 |
| 11-13 | 70009 - LA DOLCE VITA BELMAR NJ Dinner House 79320763 070009 | 110.36 | 11-30 | 47429 - DTV*DIRECTV SERV util 800-347-3288 CA 00000000 047429 | 262.79 |
| 11-13 | 19026054111120 NJ NATURALGAS util EBILL | 94.61 | | | |

| Check # | Amount | Date |
|---|---|---|
| 144 | $34.90 | 10/29/2020 |
| 144 | $34.90 | 10/30/2020 |
| 145 | $200.00 | 10/26/2020 |
| 146 | $453.16 | 11/19/2020 |
| 147 | $445.96 | 11/4/2020 |
| 149 | $120.00 | 11/9/2020 |

Check 144: Pay to Silver Script Ins Co, $34.90, dated 10/22/20, memo "11/1/20 Payment", George Sariotis, 1801 Pitney Street, Oakhurst, NJ 07755, Amboy Bank

Check 145: Pay to George Sariotis, $200.00, dated 10/29/20, memo "Food"

Check 146: Pay to Safety Pod Services LLC, $453.16, dated 11/9/20, memo "Oper 2020"

Check 147: Pay to Humana Ins Co., $445.96, dated 10/30/20, memo "Any D598186-02"

Check 149: Pay to George Sariotis, $120.00, dated 11/2/20



151  $112.70  11/17/2020
151  $112.70  11/17/2020
153  $50.00  11/18/2020
153  $50.00  11/18/2020
154  $40.00  11/20/2020
154  $40.00  11/20/2020
155  $30.00  11/23/2020
155  $30.00  11/23/2020
156  $90.00  11/23/2020
156  $90.00  11/23/2020