Form 195 − ntchrgdsclstat

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 19−32528−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Sariotis
   1801 Pitney St
   Oakhurst, NJ 07755−2840

Social Security No.:
   xxx−xx−3126

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING ON DISCLOSURE STATEMENT

   A Disclosure Statement was filed by George Sariotis on December 2, 2020 , pursuant to Fed. R. Bankr. P. 3016.

   The Court shall conduct a hearing as to the adequacy of such statement before Honorable Michael B. Kaplan on :

Date:            January 7, 2021
Time:            10:00 AM
Location:        Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Copies of the Disclosure Statement have been provided to the United States Trustee, the attorney and Chairman of the Creditors Committee, if any, the Trustee, if any, and the Securities and Exchange Commission. A copy is also on file with the Clerk of the United States Bankruptcy Court and may be reviewed during regular business hours.

   Objections to the Disclosure Statement shall be in writing and filed with the Clerk of the Bankruptcy Court and served upon the attorney and the Chairman of the Creditors Committee, if any, no later than 14 days before the date of the hearing scheduled above.

   To request copies of the Disclosure Statement, contact the proponent of the Disclosure Statement at:

Timothy P. Neumann
Broege, Neumann, Fischer & Shaver
25 Abe Voorhees Drive
Manasquan, NJ 08736
732−223−8484


Dated: December 3, 2020
JAN: ghm

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
George Sariotis  
    Debtor(s)

Case No. 19-32528-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Dec 03, 2020     Form ID: 195     Total Noticed: 44

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| r | + | Burke & Manna Real Estate Agency, 3408-A Sunset Avenue, Ocean, NJ 07712-3972 |
| cr | + | Selene Finance LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| cr | #+ | Two River Community Bank, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518598847 | | Aluma Systems Concrete, PO Box 91473, Chicago, IL 60693-1473 |
| 518598848 | | American Builders, 1 American Way, Walden, NY 12586-2821 |
| 518625040 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518598849 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 518653230 | | Dreyers Lumber & Hardward Inc., 20 Watchung Ave, Chatham, NJ 07928-2751 |
| 518598854 | + | Hudson Law Offices, PC, For Aluma Systems Concrete, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 518609980 | | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518598855 | | Jaeger Lumber and Supp Ly Co Inc, 1835 Swarthmore Ave, Lakewood, NJ 08701-4533 |
| 518598856 | + | Joseph Fazio Wall L Lc, 5001 Routes 33 & 34, Farmingdale, NJ 07727-3621 |
| 518631419 | + | Joseph Fazzio-Wall, LLC, Attn Kathleen R Wall, Esq, 2640 Highway 70, Suite 9A, Manasquan NJ 08736-2611 |
| 518598858 | | Kathleen R. Wall, Esq., Atty for Joseph Fazzio-Wall LLC, PO Box A, Manasquan, NJ 08736-0631 |
| 518598859 | | Marvel & Maloney, Attys for Woodhaven Lumber, PO Box 727, Neptune, NJ 07754-0727 |
| 518598860 | | Mellinger Sanders Kartzman LLC, 101 Gibraltar Dr Ste 2F, Morris Plains, NJ 07950-1287 |
| 518598861 | | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5320 |
| 518598863 | | NJ Attorney General, Division of Law Richard J Hughes Justice, 25 Market St, Trenton, NJ 08611-2148 |
| 518598862 | | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 518653232 | | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518653233 | | Ronald J Nelson, Esq, re Dreyer Lmber & Hardware, 162 Washington Valley Rd Ste 207, Warren, NJ 07059-7100 |
| 518607511 | + | Selene Finance LP, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518932536 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518598865 | | State of New jersey, Div of Taxation Bk Se P O, PO Box 245, Trenton, NJ 08602-0245 |
| 518598866 | | State of Nj Student As, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 518931791 | + | U.S. BANK NATIONAL ASSOCIATION, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518598869 | | Wells Fargo, Attn Bankruptcy, 1 Home Campus # MACX2303-01A, Des Moines, IA 50328-0001 |
| 518695501 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518598870 | | Woodhaven Lumber & Millwork, 200 James St, Lakewood, NJ 08701-4103 |
| 518629797 | + | Woodhaven Lumber and Millwork, Inc., Marvel & Maloney, POB 727, Neptune, NJ 07754-0727 |

TOTAL: 31

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 03 2020 22:04:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 03 2020 22:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |

Case 19-32528-MBK    Doc 64    Filed 12/05/20    Entered 12/06/20 00:21:45    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 195 | Total Noticed: 44 |

| | | | | |
|---|---|---|---|---|
| smg | | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 03 2020 22:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518598850 | | Email/Text: bk@avant.com | Dec 03 2020 22:06:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 518598851 | | Email/Text: bankruptcy@usecapital.com | Dec 03 2020 22:06:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 518598852 | | Email/Text: bankruptcy@usecapital.com | Dec 03 2020 22:06:00 | Capital Accounts, Attn Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 518607779 | | Email/Text: mrdiscen@discover.com | Dec 03 2020 22:03:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518598853 | | Email/Text: mrdiscen@discover.com | Dec 03 2020 22:03:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518598857 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 03 2020 23:07:59 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 518691560 | + | Email/Text: bkteam@selenefinance.com | Dec 03 2020 22:04:00 | SELENE FINANCE, LP, 9990 RICHMOND AVE SUITE 400 SOUTH, HOUSTON, TX 77042-4546 |
| 518598864 | | Email/Text: bkteam@selenefinance.com | Dec 03 2020 22:04:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 518632767 | + | Email/Text: tcm.bk@icba.tcmbank.com | Dec 03 2020 22:06:00 | TCM Bank, NA, 2701 N Rocky Point Dr, Suite 700, Tampa, FL 33607-5936 |
| 518598867 | | Email/Text: tcm.bk@icba.tcmbank.com | Dec 03 2020 22:06:00 | Tcm Bank NA, PO Box 31481, Tampa, FL 33631-3481 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518615103 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518653231 | * | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5320 |
| 518932537 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518598868 | ## | Two River Community Bank, 1250 State Route 35, Middletown, NJ 07748-2013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 3 of 3 |
| Date Rcvd: Dec 03, 2020 | Form ID: 195 | Total Noticed: 44 |

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor Two River Community Bank dgrantz@meyner.com  ckelly@meyner.com |
| Laura M. Egerman | on behalf of Creditor Selene Finance LP bkyecf@rasflaw.com  bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor SPECIALIZED LOAN SERVICING  LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda T. Snyder | on behalf of Creditor Two River Community Bank lsnyder@meyner.com |
| Matthew Patrick Dolan | on behalf of Creditor Two River Community Bank mdolan@meyner.com |
| Timothy P. Neumann | on behalf of Debtor George Sariotis timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9