UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

George Sariotis

Case No.: 19-32528

Hearing Date: January 7, 2021

Judge: Michael B. Kaplan

# ORDER AND NOTICE ON DISCLOSURE STATEMENT

The relief set forth on the following page is hereby **ORDERED**.

DATED: December 3, 2020

/s/ Michael B. Kaplan
Judge, United States Bankruptcy Court

The Court having noted that a Plan and Disclosure Statement have been filed by _____Timothy P. Neumann_____ as attorney(s) for the _____debtor_____ and for good cause shown, it is

ORDERED that pursuant to the provisions of Bankruptcy Rule 3017 (a), hearing on the adequacy of the Disclosure Statement shall be held before the Honorable _____Michael B. Kaplan_____ at the following time and place:

| | |
|---|---|
| DATE AND TIME: | January 7, 2021 @ 10:00 p.m. |
| COURTROOM: | Courtroom No. 8 |
| PLACE: | Clarkson S. Fisher Courthouse |
| | 402 East State Street |
| | Trenton, NJ 08608 |

ORDERED that notice of said hearing shall be sent by the Clerk of the Bankruptcy Court in accordance with the provisions of Bankruptcy Rule 3017 (a) at least 28 days prior to the hearing date. Written objections to the adequacy of the Disclosure Statement shall be filed with the Clerk of this Court and served upon counsel for the Debtor, Counsel for the Creditor's Committee and upon the United States Trustee no later than 14 days prior to the hearing before this Court, unless otherwise directed by the court; and it is further

ORDERED that copies of the Disclosure Statement and Plan, together with copies of this Notice and Order, shall be served by the proponent of the Disclosure Statement and Plan on the Debtor, United State Trustee, Counsel for the Creditor's Committee, and the Securities and Exchange Commission.  Such copies shall also be provided by the proponent to any party in interest, upon written request; and it is further

ORDERED that no creditor or other party in interest shall be heard in opposition to the adequacy of the Disclosure Statement without good cause, unless such party shall have served and filed such objection within the aforementioned time and effected service upon the parties named above.

*rev.12/1/09*

United States Bankruptcy Court
District of New Jersey

In re:  
George Sariotis  
    Debtor(s)

Case No. 19-32528-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 2  
Date Rcvd: Dec 03, 2020     Form ID: pdf903     Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020     Signature:     /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor Two River Community Bank dgrantz@meyner.com ckelly@meyner.com |
| Laura M. Egerman | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Selene Finance LP bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda T. Snyder | on behalf of Creditor Two River Community Bank lsnyder@meyner.com |
| Matthew Patrick Dolan | on behalf of Creditor Two River Community Bank mdolan@meyner.com |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 03, 2020 | Form ID: pdf903 | Total Noticed: 1 |

Timothy P. Neumann
    on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 9