| |
|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br>         Geoff.neumann@gmail.com<br>*Attorneys for Debtor/Debtor-in-Possession*<br>*George Sariotis* |
| In Re:<br><br>GEORGE SARIOTIS,<br><br>     Debtors. |

Case No.: 19-32528

Chapter 11

Judge: Hon. Michael B. Kaplan

# CERTIFICATION OF SERVICE

1. I, Geoffrey P. Neumann, Esq., am an associate attorney employed by the law firm of Broege, Neumann, Fischer & Shaver, LLC, the attorney representing the Debtor in this matter.

2. On January 8, 2021, I sent a copy of the documents and/or pleadings enumerated on Schedule A appended hereto to the parties listed in Schedule B appended hereto.

3. I certify under penalty of perjury that the above documents were sent to the parties enumerated on Schedule B.

Date: January 8, 2021

                                             */s/     Geoffrey P. Neumann*
                                                    Geoffrey P. Neumann

# SCHEDULE A

| Served | Document/Pleading |
|---|---|
| ☐ | Notice of Motion for: |
| ☐ | Supporting Certification/Application |
| ☐ | Objection to Claim |
| ☐ | Supporting Certification/ |
| ☐ | Opposing Certification |
| ☐ | Proposed Order |
| ☐ | Brief/Memorandum of Law |
| ☐ | Summons |
| ☐ | Complaint |
| ☐ | Answer |
| ☐ | Answer and Counterclaim |
| ☐ | Monthly Fee Statement |
| ☐ | Fee Application |
| ■ | Other: FIRST MODIFIED PLAN AND DISCLOSURE STATEMENT WITH BALLOTS FOR VOTING CREDITORS |

# SCHEDULE B

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Lauren Bielskie, Esq.<br>Office of the US Trustee<br>One Newark Center<br>Newark, NJ 07102 | Attorney for U.S. Trustee | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Meyner & Landis, LLP<br>One Gateway Center<br>Suite 2500<br>Newark, NJ 07102<br>ATTN: Mathew Dolan, Esq.<br>         David Grantz, Esq. | Counsel for Secured Creditor Two Rivers Community Bank | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Laura Egerman, Esq.<br>RAS Citron, LLC<br>130 Clinton Road<br>Lobby B, Suite 202<br>Fairfield, NJ \| 07004 | Counsel for Secured Creditor Specialized Loan Servicing, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>■ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Infiniti Financial Services<br>PO Box 660366<br>Dallas, TX 75266-0366 | Secured Creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name/Address | Role | Method of Service |
|---|---|---|
| American Express National Bank<br>c/o Becket & Lee, LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Joseph Fazzio-Wall, LLC<br>c/o Kathleen Wall, Esq.<br>2640 Highway 70, Suite 9A<br>Manasquan, NJ 08736 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |
| Woodhaven Lumber<br>c/o Marvel & Maloney<br>PO Box 727<br>Neptune, NJ 07753 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule.<br>Cite the rule if applicable.) |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| TCM Bank, N.A.<br>2701 N. Rocky Point Drive<br>Suite 700<br>Tampa, FL 33607 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Wells Fargo Bank, N.A.<br>PO Box 10438, MAC F8235-02F<br>Des Moines, IA 50306-0438 | Unsecured creditor | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| George Sariotis<br>1801 Pitney St.<br>Oakhurst, NJ 07755 | Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>■ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| N J U S Attorney Peter Rodino Fed Bld 970 Broad St Ste 700 Newark, NJ 07102-2534 | Representing IRS | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| U S Attorney General U S Dept of Justice 950 Pennsylvania Ave NW Washington, DC 20530-0009 | Representing IRS | ☐ Hand-delivered<br>■ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |