| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>DISTRICT OF NEW JERSEY<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel.: (732) 223-8484<br>Email: timothy.neumann25@gmail.com<br>         geoff.neumann@gmail.com<br>*Attorneys for Debtor/Debtor-in-possession* | |
| In Re:<br><br>GEORGE SARIOTIS,<br><br>    Debtor. | Case No.: 19-32528<br><br>Chapter 11<br><br>Hearing Date: February 18, 2021<br><br>Judge: Michael B. Kaplan |

**CERTIFICATION REGARDING BALLOTS CAST REGARDING FIRST MODIFIED PLAN OF REORGANIZATION FILED BY GEORGE SARIOTIS**

I, Geoffrey P. Neumann, Esq., hereby certify as follows:

1. George Sariotis (the "Debtor") is the debtor in a Chapter 11 bankruptcy case. On December 2, 2019 (the "Petition Date"), the Debtor filed a petition (the "Chapter 11 Proceedings") under Chapter 11 of the United States Bankruptcy Code, 11 U.S.C. § 101 et seq. ("Bankruptcy Code").

2. On December 31, 2020, the Debtor filed his First Modified Plan of Liquidation (the "Plan").

3. The Plan divides the creditors and equity security holders of the Debtor into six (6) separate classes as set forth in the following table:

1

| CLASS | Claim Description | Impaired | Treatment |
|---|---|---|---|
| 1 | Secured Claim of Specialized Loan Servicing, LLC ("SLS"), in the amount of $135,889.33, secured by a first mortgage on real property commonly known as 1801 Pitney Street, Oakhurst, New Jersey. | YES | The Debtor and Secured Creditor have entered into an agreement whereby SLS has agreed to accept monthly adequate protection payments of $1,211.47 from the Debtor. The Debtor has further agreed to sell the property by September 21, 2021. |
| 2 | Secured Claim of Two River Community Bank is classified as an omnibus claim in the amount of $1,295,355.40 secured by: a second, third, fourth, and fifth mortgage on real property commonly known as 1801 Pitney Street, Ocean Township, New Jersey; a first, second, and third mortgage on real property commonly known as 61 Redwood Drive, Ocean Township, New Jersey; and a first and second mortgage on real property known as 1046 Wayside Road, Tinton Falls, New Jersey (collectively the "Properties"). | YES | The Debtor shall market and sell each of the Properties with a closing date no later than September 21, 2021. On account of its mortgages and/or foreclosure proceedings, Secured Creditor shall be paid in order of priority, principal, interest, late charges, and allowable counsel fees. To the extent the net proceeds are insufficient to pay any of the mortgages in full, the unpaid balances shall be reclassified as unsecured. In the event the Debtor is unsuccessful in the marketing and sale of any of the properties, Secured Creditor shall be free to proceed with remedies allowable by state law. The holder of the Claim(s) in this Class shall retain its prepetition lien(s), and all rights of the holder of the Claim(s) in this Class, to the extent not inconsistent with the Plan shall remain as set forth in the prepetition loan documents and as provided by applicable |

|   |   |   | non-bankruptcy law.[1] |
|---|---|---|---|
| 3 | Secured Claim of Infiniti Financial Services in the amount of $14,040.00. | NO | The creditor filed a secured claim. This not a secured claim. The Debtor is simply co-signor on spouse's auto lease. This claim will be reclassified as unsecured and paid by Debtor's spouse in accordance with the lease terms. |
| 4 | Secured Claim Joseph Fazio-Wall, LLC in the amount of $14,930.01. | YES | There are liens on the property that are superior to the liens of this creditor. This claim will be modified to an unsecured claim pursuant to 506(a) and (d) and the lien shall be void. |

| CLASS # | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|
| 5 | Unsecured claims not entitled to priority totaling approximately $36,199.86. | YES | The holders of the Allowed Claims in this Class shall be paid a total of $302 per month distributed pro rata (approximately 50% of Allowed Class 5 Claims), payable over a period of 5 years: commencing on the Effective Date and continuing every year thereafter until the payments have been paid in full. |

---

[1] The deadlines listed in the Debtor's treatment of Class 2 Secured Creditor, Two River Community Bank is modified via stipulation docketed on February 12, 2021.

| CLASS | DESCRIPTION | IMPAIRED (Y/N) | TREATMENT |
|---|---|---|---|
| 6 | Debtor's ownership interests in his assets. | NO | The Debtor shall retain ownership of his assets except to the extent provided in the Plan. |

4. Two River Community Bank, a Class 2 creditor sent a ballot. Its ballot accepted the Plan. Exhibit "A".

5. American Express, a Class 5 creditor sent a ballot. Its ballot accepted the Plan. Exhibit "B".

6. Woodhaven Lumber & Millwork, a Class 5 creditor sent a ballot. Its ballot accepted the Plan. Exhibit "C".

I have read the statements of fact set forth above. I certify that said statements are true. I am aware that if any of said statements made are willfully false, I am subject to punishment.

Dated: February 14, 2021             /s/ Geoffrey P. Neumann
                                     Geoffrey P. Neumann