| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Timothy P. Neumann, Esq. [TN6429]<br>Geoffrey P. Neumann, Esq. [059702019]<br>BROEGE, NEUMANN, FISCHER & SHAVER, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736<br>Tel: (732) 223-8484<br>Email: Timothy.neumann25@gmail.com<br>        Geoff.neumann@gmail.com<br>*Attorneys for Debtor/Debtor-in-Possession*<br>*George Sariotis* | |
| In Re:<br><br>GEORGE SARIOTIS,<br><br>    Debtor. | Case No.: 19-32528<br><br>Chapter 11<br><br>Judge: Hon. Michael B. Kaplan |

## CLASS V BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF LIQUIDATION FILED BY GEORGE SARIOTIS

1. GEORGE SARIOTIS filed a First Modified Plan of Liquidation and Disclosure Statement dated December 31, 2020, (the "Plan") for the Debtor in this case. By this ballot you will vote to accept or reject this Plan.

2. On February 18, 2021 at 11:30a.m. the Court will hold a hearing on whether to confirm the Plan. The Disclosure Statement provides information that may assist you in deciding how to vote your ballot. If you do not have a Plan or Disclosure Statement, you may obtain a copy of these documents from: Geoffrey P. Neumann, Esq., Broege, Neumann, Fischer & Shaver, LLC, 25 Abe Voorhees Drive, Manasquan, New Jersey 08736; Telephone No. 732 223 -8484, Ext. 212; fax number 732-223-2416; e-mail: geoff.neumann@gmail.com.

3. You should review the Disclosure statement and the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your equity interest has been placed in class V under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

4. If your ballot is not received by Geoffrey P. Neumann, Esq., Broege, Neumann, Fischer & Shaver, LLC, 25 Abe Voorhees Drive, Manasquan, New Jersey 08736 on or before February 11, 2021 and such deadline is not extended, your vote will not count as either

an acceptance or rejection of the Plan, unless the Judge otherwise determines that a non-vote will be treated as a rejection of the plan.

5. **If the Plan is confirmed by the Bankruptcy Court it will be binding on you whether or not you vote.**

### ACCEPTANCE OR REJECTION OF THE PLAN

6. Complete the appropriate line below that described your claim or equity interest [select only one]

    √ 6.1    The undersigned is the holder of a Class 5 [check one] **secured priority (unsecured nonpriority)** claim against the Debtor in the unpaid amount of $ 5,696.42

    ___ 6.2    The undersigned is the holder of a Class _____ [insert Class] [check one] **bond debenture debt security** claim against the Debtor, consisting of $_____, principal amount of [describe bond, debenture, or other debt security] of the Debtor. (For purposes of this Ballot, you should not adjust the principal amount for any accrued or unmatured interest.)

    ___ 6.3    The undersigned is the holder of a Class _____ [insert Class] equity interest in the Debtor, consisting of _____ [number of shares] or other interests _____ [describe equity interest] in the Debtor

7.    The undersigned,

    (Check one box only)
    [ √ ] **ACCEPTS THE PLAN**                                    [ ] **REJECTS THE PLAN**

Dated: 01/13/2021

Print or type name: Michael J. Maloney, Esq.

Signature: _____

Title (if corporation or partnership) Attorney for Woodhaven Lumber + Millwork

Address: 3456 Route 66, PO Box 727
         Neptune, NJ 07753

RETURN THIS BALLOT TO:
Geoffrey P. Neumann, Esq.
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, NJ 08736

2



RECEIVED
JAN 11 2021
MARVEL & MALONEY