UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Santos

Case No. 19-32528
Reporting Period: 12/31/20

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signed]_
Signature of Debtor

Date 1/25/21

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

In re: George Sariotis, Debtor

Case No. 19-32528
Reporting Period: 12/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2026.01 | |
| **RECEIPTS** | | |
| Wages (Net) Unemployment | 1380 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | | |
| Sale of Assets | 2446.00 | |
| Other Income (attach schedule) From wife | 50.- | |
| Total Receipts | 3876.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1211.47 | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 632.31 | |
| Auto Expense | 510.86 | |
| Lease Payments | 80.87 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 202.27 | |
| Household Expenses | | |
| Charitable Contributions | 45.00 | |
| Alimony and Child Support Payments | 10.- | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 694.50 | |
| Total Ordinary Disbursements | 3489.54 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 3489.54 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | 386.46 | |
| Cash - End of Month (Must equal reconciled bank statement) | 2412.47 | |

FORM MOR-1(INDV)
(9/99)

In re George Smidis, Debtor

Case No. 19-32528

Reporting Period: 12/31/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| From wife  50.00 | | |
| **Other Taxes** | | |
| Credit Card Payments  138.00 | | |
| Take Out  89.97 | | |
| Christmas (grand children)  236.53 | | |
| Unemply - Reversed  230.— | | |
|   694.50 | | |
| **Other Ordinary Disbursements** | | |
| **Other Reorganization Expenses** | | |

FORM MOR-1 (INDV) (CON'T)
(9 99)

019 017 B-030-000-00000000

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755

Federal law requires us to tell you how we collect, share and protect your personal information. Our privacy policy has not changed. You may review the notice at www.amboybank.com. Or we will mail you a free copy- just call (877.22.AMBOY).

## Free Personal Check Account    Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 11-30 | $2,026.01 |
| Deposits and other credits (+) | $3,876.00 ✓ |
| Withdrawals, checks and other debits (-) | $3,489.54 |
| Ending Balance on 12-31 | $2,412.47 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-07 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ | 12-23 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |
| 12-09 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ | 12-23 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,446.00 ✓ |
| 12-14 | DEPOSIT | 50.00 (ck) | | | |
| 12-16 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 12-30 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |
| | | | 12-31 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 ✓ |

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-03 | 90660 - COSTCO GAS #0329 OCEAN NJ Auto 0329013 090660 | 27.37 | 12-09 | 40198076 Credit One Bank Payment  CC | 38.00 |
| 12-03 | 41556 - CVS/PHARMACY #07 med OAKHURST NJ 00000000 041556 | 124.75 | 12-14 | 50943 - APPLE.COM/BILL 866-712-7753 util CA 00000000 050943 | 6.39 |
| 12-03 | 16568401 OPTIMUM 7866 CABLE PMNT util | 159.92 | 12-14 | 85259 - THE HANOVER INSU Ins 517-546-2160 MA 00000000 085259 | 225.98 |
| 12-07 | 60079 - THEPOURHOUSE SHREWSBURY House NJ 78154388 060079 | 45.00 | 12-15 | 100012356661 FIRSTENERGY OPCO FE util ECHECK | 415.11 |
| 12-07 | 412206 - AMAZON.COM *CF4D3 chAsst SEATTLE WA 000001016F5E50Q6WIA1 cans | 159.88 | 12-17 | 28254 - APPLE.COM/BILL 866-712-7753 util CA 00000000 028254 | 6.39 |
| 12-07 | 1939793837 CREDITCARD PYMNT CC PAYBYPHONE | 100.00 | 12-21 | 91798 - WINRED* TRUMP MA Don HTTPSWINRED.C VA 00000000 091798 | 10.00 |
| 12-08 | 20639 - APPLE.COM/BILL 866-712-7753 util CA 00000000 020639 | 5.99 | 12-21 | 75014 - COSTCO GAS #0329 OCEAN NJ Auto 0329013 075014 | 29.00 |

GEORGE SARIOTIS

## Free Personal Check Account — Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 12-21 | 93581 - THEPOURHOUSE SHREWSBURY NJ 78154388 093581 — T/o | 29.00 | 12-28 | 74616 - SQ *ROOK COFFEE gosq.com NJ 00000000 074616 — To | 4.29 |
| 12-21 | 23659 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 023659 — util | 37.52 | 12-28 | 57279 - WAWA 996 00 TINTON FALLS NJ 004 057279 — To | 20.03 |
| 12-22 | 84251 - Dick'sSportingGo 877-8469997 PA 00000006 084251 — xmas pre | 26.65 | 12-29 | 42235 - APPLE.COM /BILL 866-712-7753 CA 00000000 042235 — util | 0.99 |
| 12-23 | SPECIALIZED LOAN CHECKPAYMT 0157 — Mort | 1,211.47 | 12-29 | AHC3015109 AETNA HEALTH INS INS PYMT — Ins | 284.88 |
| 12-24 | 20134 - SQ *ROOK COFFEE gosq.com NJ 00000000 020134 — To | 3.69 | 12-31 | 90673 - COSTCO GAS #0329 OCEAN NJ 0329013 090673 — Auto | 24.50 |
| 12-24 | 77434 - TST* THE GALLEY ASBURY PARK NJ 92477434 077434 — To | 29.22 | 12-31 | 34582 - CBD FOR LIFE 732-5448295 NJ 75068880 034582 — med | 77.52 |
| 12-24 | 232812 - AMAZON.COM *FZ82D SEATTLE WA 000001015BML21VGE1JR — xmas | 50.00 | 12-31 | 31370 - BJS WHOLESALE #0 OAKHURST NJ 00000000 031370 — Hosp | 102.26 |
| 12-28 | 34761 - SQ *ROOK COFFEE gosq.com NJ 00000000 034761 — To | 3.74 | 12-31 | XXXXX0578 STATE OF NJ - LA REVERSAL — Reverse Dpst | 230.00 |