UNITED STATES BANKRUPTCY COURT
__________ DISTRICT OF __________

In re George Sarrotis

Case No. 19 32528
Reporting Period: 1/29/21

# MONTHLY OPERATING REPORT
## (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

**Include FORM MOR-1 (INDV) if debtor is a wage earner.**
**Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.**
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_______________________________
Signature of Debtor

Date 2/11/21

_______________________________
Signature of Joint Debtor

Date

_______________________________
Signature of Authorized Individual*

Date

_______________________________
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: George Sariotis
Debtor

Case No. 1932528
Reporting Period 1/29/21

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS

(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Cash - Beginning of Month** | 2412.17 | |
| **RECEIPTS** | | |
| Wages (Net) Unemployment | 1820.00 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2476.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| **Total Receipts** | 4296.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | – | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 1445.28 | |
| Insurance | 542.02 | |
| Auto Expense | 665.40 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 407.09 | |
| Household Expenses | 495.20 | |
| Charitable Contributions | | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 243.14 | |
| Total Ordinary Disbursements | 3798.13 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U. S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 3798.13 | |
| **Net Cash Flow (Total Receipts - Total Disbursements)** | 497.87 | |
| **Cash - End of Month (Must equal reconciled bank statement)** | 2910.34 | |

In re George Saridis
Debtor

Case No. 19-32528
Reporting Period 1/29/21

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|---|
| **Other Income** | | | |
| | | | |
| **Other Taxes** | | | |
| | | | |
| **Other Ordinary Disbursements** | | | |
| Credit card Payment | 157 | | |
| Take out | 86.14 | | |
| | 243.14 | | |
| **Other Reorganization Expenses** | | | |
| | | | |

FORM MOR-1 (INDV) (CONT)
(9/99)

019 017 B-030-000-00000005

For customer service or current rates call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at www.amboybank.com

Amboy 24 (Telephone Banking) call 1-877-24AMBOY

000000000000000000000000000000000000000000
000000000000000000000000000000000000000000

GEORGE SARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST NJ 07755

We make IRA rollovers easy!
Get up to a $500 bonus for transfers

Stop by any branch or call 877.222.6269

## Free Personal Check Account

Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 12-31 | $2,412.47 |
| Deposits and other credits (+) | $4,296.00 |
| Withdrawals, checks and other debits (-) | $3,798.13 |
| Ending Balance on 01-29 | $2,910.34 |

### Deposits and Other Credits

| Date | Description | Amount |
|---|---|---|
| 01-06 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 01-13 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 01-19 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 600.00 |
| 01-20 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 01-25 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 01-27 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 01-27 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,476.00 |

### Checks

| Check # | Date | Amount |
|---|---|---|
| 160 | 01-12 | 60.00 |
| 161 | 01-25 | 68.50 |
| 162 | 01-22 | 60.00 |
| 163 | 01-26 | 100.00 |
| 164 | 01-27 | 140.00 |

### Withdrawals and Other Debits

| Date | Description | Amount |
|---|---|---|
| 01-04 | 68901 - SQ *ROOK COFFEE gosq.com NJ 00000000 068901 | 4.40 |
| 01-04 | 70016 - NINO JR'S OAKHURST NJ 04872115 070016 | 20.42 |
| 01-04 | 25033 - HUDDYS INN COLTS NECK NJ 49325033 025033 | 58.00 |
| 01-04 | 19362761123120 NJ NATURALGAS EBILL | 177.69 |
| 01-04 | 16568401 OPTIMUM 7866 CABLE PMNT | 211.46 |
| 01-04 | 6402790 DIRECTV DIRECTV | 267.04 |
| 01-05 | 33069 - SQ *ROOK COFFEE gosq.com NJ 00000000 033069 | 3.80 |

GEORGE S ARIOTIS

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount |
|---|---|---|
| 01-06 | 9811 - SQ *ROOK COFFEE gosq.com NJ 00000000 009811 | 3.25 |
| 01-07 | 0368 - SQ *ROOK COFFEE gosq.com NJ 00000000 000368 | 3.25 |
| 01-07 | 1950581607 CREDITCARD PYMNT PAYBYPHONE | 70.00 |
| 01-08 | 43334 - APPLE.COM/BILL 866-712-7753 CA 00000000 043334 | 5.99 |
| 01-08 | 15130 - BJS WHOLESALE #0 OAKHURST NJ 00000000 015130 | 15.61 |
| 01-11 | 48592 - Netflix.com netflix.com CA 00000007 048592 | 9.59 |
| 01-11 | 86173 - COSTCO GAS #0329 OCEAN NJ 0329013 086173 | 30.98 |
| 01-11 | 77674 - THEPOURHOUSE SHREWSBURY NJ 78154388 077674 | 53.00 |
| 01-11 | 25046 - CVS/PHARMACY #07 OAKHURST NJ 00000000 025046 | 121.57 |
| 01-12 | 10216 - APPLE.COM/BILL 866-712-7753 CA 00000000 010216 | 6.39 |
| 01-12 | 40198076 Credit One Bank Payment | 87.00 |
| 01-13 | FORD MOTOR CREDI CHECKPMTPA 0158 | 551.26 |
| 01-15 | 28206 - BJS WHOLESALE #0 OAKHURST NJ 00000000 028206 | 49.58 |
| 01-19 | 3022 - SQ *ROOK COFFEE gosq.com NJ 00000000 003022 | 3.25 |
| 01-19 | 5441 - APPLE.COM/BILL 866-712-7753 CA 00000000 005441 | 6.39 |
| 01-19 | 81723 - COSTCO GAS #0329 OCEAN NJ 0329013 081723 | 31.29 |
| 01-19 | 15173 - THE HANOVER INSU 517-546-2160 MA 00000000 015173 | 225.98 |
| 01-21 | 67211 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 067211 | 37.52 |
| 01-22 | 158562 - AMAZON.COM *9E2WJ SEATTLE WA 00000101 70DF2OPS5GSV | 18.11 |
| 01-22 | 56909 - BJS WHOLESALE #0 OAKHURST NJ 00000000 056909 | 57.48 |
| 01-25 | 49406 - SQ *ROOK COFFEE gosq.com NJ 00000000 049406 | 3.80 |
| 01-25 | 94108 - COSTCO GAS #0329 OCEAN NJ 0329013 094108 | 30.27 |
| 01-25 | 29651 - HUDDYS INN COLTS NECK NJ 48029651 029651 | 56.00 |
| 01-26 | 18712 - SQ *ROOK COFFEE Sea Girt NJ 00000000 018712 | 3.79 |
| 01-26 | 80559 - SQ *ROOK COFFEE gosq.com NJ 00000000 080559 | 3.80 |
| 01-27 | 55927 - SQ *ROOK COFFEE gosq.com NJ 00000000 055927 | 3.80 |
| 01-27 | 99308 - COSTCO GAS #0329 OCEAN NJ 0329013 099308 | 21.60 |
| 01-28 | 12845 - CVS/PHARMACY #07 Oakhurst NJ 30718207 070281 | 41.87 |
| 01-28 | AHC3015109 AETNA HEALTH INS INS PYMT | 316.04 |
| 01-29 | 79079 - APPLE.COM/BILL 866-712-7753 CA 00000000 079079 | 0.99 |
| 01-29 | 27228 - CBD FOR LIFE 732-5448295 NJ 75068880 027228 | 35.15 |
| 01-29 | 37618 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 037618 | 269.04 |
| 01-29 | 100012356661 FIRSTENERGY OPCO FE ECHECK | 453.18 |

GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

160

Date 1/4/21

Pay to the Order of George Sariotis $ 60.00

Sixty and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0160

160 $60.00 1/12/2021

1710370429

BOFD>021204416<
Ocean
2021-01-12 Business Date
1710370429 Trace Number
046529426

AMBOY BANK

160 $60.00 1/12/2021

GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

161

Date 1/19/21

Pay to the Order of Silver Script Ins Co $ 68.50

Sixty Eight and 50/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For GBC8 70690

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0161

161 $68.50 1/25/2021

>111000025<
CR PAYEE ACCT
LACK END GID
BANK OF AMERICA

C-3028 164
20210124
1233704475
318 STL-004849

161 $68.50 1/25/2021

GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

162

Date 1/20/21

Pay to the Order of George Sariotis $ 60.00

Sixty and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0162

162 $60.00 1/22/2021

1711400614

BOFD>021204416<
Ocean
2021-01-22 Business Date
1711400614 Trace Number
134871293

AMBOY BANK

162 $60.00 1/22/2021

GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

163

Date 1/26/21

Pay to the Order of George Sariotis $ 100.00

One Hundred and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For Home

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0163

163 $100.00 1/26/2021

1711606409

BOFD>021204416<
Ocean
2021-01-26 Business Date
1711606409 Trace Number
167875888

AMBOY BANK

163 $100.00 1/26/2021

GEORGE SARIOTIS
1801 PITNEY STREET
OAKHURST, NJ 07755

164

Date 1/26/21

Pay to the Order of George Sariotis $ 140.00

One Hundred Forty and 00/100 Dollars

AMBOY Bank OCEAN OFFICE 17 OAKHURST, NJ 07755 www.amboybank.com

For Doctor

⑆021204416⑆ ⑈170⑈0774⑈7⑈ 0164

164 $140.00 1/27/2021

1711712613

BOFD>021204416<
Ocean
2021-01-27 Business Date
1711712613 Trace Number
176785360

164 $140.00 1/27/2021