UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor-in-Possession
George Sariotis

| | |
|---|---|
| In Re: | Case No.: 19-32528 |
| | Adv. Pro. No.: |
| GEORGE SARIOTIS, | Chapter: 11 |
| | Hearing Date: 2/18/2021 |
| Debtor. | Judge: MBK |

## ADJOURNMENT REQUEST

1. I, _____Geoff Neumann_____,

   ☒  am the attorney for: _____the Debtor_____,

   ☐  am self represented,

   and request an adjournment of the following hearing for the reason set forth below.

   Matter: Plan Confirmation

   Current hearing date and time: February 18, 2021

   New date requested: March 4, 2021

   Reason for adjournment request: The Debtor requests additional time to bring his UST fee account current.

2. Consent to adjournment:

   ☒  I have the consent of all parties.    ☐  I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: February 17, 2021    s/ Geoffrey Neumann
    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted    New hearing date: 3/4/21 at 10:00 a.m.    ☐ Peremptory

☐ Granted over objection(s)    New hearing date: _____    ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*

2