**DEMBO, BROWN & BURNS LLP**
By:    Kyle Eingorn, Esq.
1300 Route 73, Suite 205
Mt. Laurel, New Jersey 08054
(856) 354-8866
keingorn@dbblegal.com
Attorneys for McCormick 110, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE: | CHAPTER 11 |
|---|---|
| GEORGE SARIOTIS, | CASE NO. 19-32528-MBK |
| Debtor. | Honorable Michael B. Kaplan, U.S.B.J. |

### NOTICE OF MOTION TO AMEND CLAIM NO. 10-1 AND TO AUTHORIZE FILING OF LATE PROOF OF CLAIM

| | |
|---|---|
| George Sariotis<br>1801 Pitney Street<br>Oakhurst, New Jersey 07755 | Geoffry P. Neumann, Esquire<br>Timothy P. Neumann, Esquire<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736 |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Lauren Bielskie, Esquire<br>DOJ-Ust<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 |

McCormick 110, LLC (the "Lender") has filed papers with the Court for an order amending Claim No. 10-1 and authorizing the filing of Late Proof of Claim.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to grant an order amending Claim No. 10-1 and authorizing the filing of Late Proof of Claim, or if you want the court to consider your views on the Motion, then on or before April 1, 2021, you or your attorney must:

File with the court a written request for a hearing at: United States Bankruptcy Court, District of New Jersey, 402 East State Street, Courtroom #8, Trenton, New Jersey 08608.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also mail a copy to:

McCormick 110, LLC
c/o Kyle F. Eingorn, Esquire
DEMBO, BROWN & BURNS LLP
1300 Route 73, Suite 205
Mount Laurel, NJ 08054

Attend the hearing scheduled to be held on April 8, 2021 at 10:00am in Courtroom 8, United States Bankruptcy Court, 402 East State Street, Trenton, New Jersey 08608.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

DEMBO, BROWN & BURNS LLP
Attorneys for McCormick 110, LLC

Dated: March 16, 2021

Kyle F. Eingorn, Esquire