**DEMBO, BROWN & BURNS LLP**
By:    Kyle Eingorn, Esq.
1300 Route 73, Suite 205
Mt. Laurel, New Jersey 08054
(856) 354-8866
keingorn@dbblegal.com
Attorneys for McCormick 110, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE: <br><br> GEORGE SARIOTIS, <br><br> Debtor. | CHAPTER 11 <br><br> CASE NO. 19-32528-MBK <br><br> Honorable Michael B. Kaplan, U.S.B.J. |
|---|---|

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

Secured Creditor, McCormick 110, LLC having brought the within Motion to Amend Proof of Claim 10-1 and to Authorize the Filing of a Late Proof of Claim, does hereby state that no brief is necessary as the issue before the Court does not involve any complex issues of law.

                                                                       DEMBO, BROWN & BURNS LLP
                                                                       Attorneys for McCormick 110, LLC

Dated: March 16, 2021

                                                                       Kyle F. Eingorn, Esquire