**DEMBO, BROWN & BURNS LLP**
By:    Kyle Eingorn, Esq.
1300 Route 73, Suite 205
Mt. Laurel, New Jersey 08054
(856) 354-8866
keingorn@dbblegal.com
Attorneys for McCormick 110, LLC

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| IN RE: | CHAPTER 11 |
|---|---|
| GEORGE SARIOTIS, | CASE NO. 19-32528-MBK |
| Debtor. | Honorable Michael B. Kaplan, U.S.B.J. |

### CERTIFICATION IN SUPPORT OF MCCORMICK 110, LLC'S MOTION TO AMEND CLAIM NO. 10-1 AND TO AUTHORIZE FILING OF LATE PROOF OF CLAIM

I, Kyle Eingorn, Esquire of full age do hereby certify as follows:

1. I am an attorney licensed to practice law before the District Court of New Jersey and an associate of the law firm Dembo, Brown & Burns LLP counsel for secured creditor McCormick 110, LLC ("McCormick") in the above referenced bankruptcy proceeding.

2. On or about March 20, 2020, Two River Community Bank, a division of OceanFirst Bank, N.A. ("Two River") filed Proof of Claim 10-1 (the "POC").

3. The POC included claims under multiple loans securing multiple parcels of real property.

4. Included in the POC, was a Note dated September 2, 2009 in the original principal amount of $280,000.00 (the "Note"). The Note being secured by a Mortgage of even date, encumbering real property located at 61 Redwood Drive, Ocean, New Jersey 07712 (the "Mortgage"). True and correct copies of the Note and Mortgage are attached hereto as Exhibits

A and B, respectively.

5. On or about January 22, 2021 the Note and Mortgage were assigned by OceanFirst Bank, N.A. to McCormick. The Assignment of Mortgage was recorded by the Monmouth County Clerk on March 2, 2021. A true and correct copy of the recorded Assignment of Mortgage is attached hereto as Exhibit C.

6. The Claims bar date in this matter was February 10, 2020.

7. In order to transfer the portion of the POC related to the Note and Mortgage from Two River to McCormick, the POC must be amended.

8. In addition, because the claims bar date elapsed prior to the assignment of the Note and Mortgage from Two River to McCormick, McCormick requests an Order authorizing the filing of a late proof of claim.

9. I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I acknowledge that if any of the foregoing statements made by me are willfully false that I am subject to punishment.

DEMBO, BROWN & BURNS LLP
Attorneys for McCormick 110, LLC

Dated: March 16, 2021

Kyle F. Eingorn, Esquire