| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> DEMBO, BROWN & BURNS LLP <br> BY: KYLE F. EINGORN, ESQUIRE <br> 1300 ROUTE 73 <br> SUITE 205 <br> MT. LAUREL, NJ 08054 <br> (856) 354-8866 <br> KEINGORN@DBBLEGAL.COM <br> ATTORNEYS FOR MCCORMICK 110, LLC |
| In re: <br><br> GEORGE SARIOTIS, <br><br>    Debtor. |

Chapter 11
Case No. 19-32528-MBK
Honorable Michael B. Kaplan, U.S.B.J.

## ORDER GRANTING MOTION TO AMEND PROOF OF CLAIM 10-1 AND AUTHORIZING THE FILING OF A LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

THIS MATTER having come before the Court on Motion of McCormick 110, LLC (the "Lender") seeking an Order Amending Proof of Claim 10-1 and Authorizing the Filing of a Late Proof of Claim (the "Motion") and the court having considered any opposition filed in response thereto, hearing the arguments of counsel and for good cause having been shown;

It is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. Proof of Claim 10-1 is hereby amended to remove any reference to the Note dated September 2, 2009 in the original principal amount of $280,000.00 and secured by a Mortgage of even date, on the real property located at 61 Redwood Drive, Ocean, New Jersey 07712.

3. The Lender is hereby authorized to file a late proof of claim as to the Note and Mortgage referenced in Paragraph 2 above.

4. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.