| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c) | |
| DEMBO, BROWN & BURNS LLP<br>Kyle F. Eingorn, Esquire<br>1300 Route 73, Suite 205<br>Mount Laurel, New Jersey 08054<br>Email: keingorn@dbblegal.com<br>856-354-8866 | |
| In Re:<br><br>GEORGE SARIOTIS,<br><br>    Debtor. | Case No.: 19-32528-MBK<br>Chapter: 11<br>Adv. No.:<br>Hearing Date:<br>Judge: Michael B. Kaplan, U.S.B.J |

## CERTIFICATION OF SERVICE

1. I, <u>Nicole A. Vogel</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary for <u>Kyle F. Eingorn, Esquire</u>, who represents the <u>Creditor, McCormick 110, LLC</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>3/16/2021</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Notice of Motion to Amend Claim No. 10-1 and to Authorize Filing of Late Proof of Claim, Memorandum of Law, Certification in support thereof, proposed Order and Certificate of Service**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: 3/16/2021

_____
Signature

1

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| George Sariotis<br>1801 Pitney Street<br>Oakhurst, New Jersey 07755 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Geoffrey P. Neumann, Esquire<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736 | Debtor's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Timothy P. Neumann, Esquire<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, New Jersey 08736 | Debtor's counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| U.S. Trustee<br>U.S. Dept of Justice<br>Office of the US Trustee<br>One Newark Center, Suite 2100<br>Newark, NJ 07102 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| Lauren Bielskie, Esquire<br>DOJ-Ust<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | Trustee's Counsel | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
|---|---|---|
| Laura M. Egerman, Equire<br>RAS Citron LLC<br>130 Clinton Road, Suite 202<br>Fairfield, New Jersey 07004 | Counsel for Creditors, Sekebe Finance LP and U.S. Bank National Association | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| Linda T. Snyder, Esquire<br>Meyner & Landis LLP<br>Gateway 1, Suite 2500<br>Newark, New Jersey 07102 | Counsel for Creditor, Two River Community Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |
| David B. Grantz, Esquire<br>Meyner & Landis LLP<br>Gateway 1, Suite 2500<br>Newark, New Jersey 07102 | Counsel for Creditor, Two River Community Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |

| | | |
|---|---|---|
| Matthew P. Dolan, Esquire<br>Meyner & Landis LLP<br>Gateway 1, Suite 2500<br>Newark, New Jersey 07102 | Counsel for Creditor, Two River Community Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court*) |