UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor-in-Possession
George Sariotis

In Re:

GEORGE SARIOTIS,

Debtor.

Case No.: 19-32528
Adv. Pro. No.:
Chapter: 11
Hearing Date: 3/18/2021
Judge: MBK

## ADJOURNMENT REQUEST

1. I, __Geoff Neumann__,

    ☒ am the attorney for: __the Debtor__,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Plan Confirmation

    Current hearing date and time: March 18, 2021

    New date requested: March 25, 2021

    Reason for adjournment request: The Debtor requests additional time to bring his UST fee account current.

2. Consent to adjournment:

    ☒ I have the consent of all parties.    ☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 17, 2021                             s/ Geoffrey Neumann
                                                 Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted            New hearing date: 3/25/21 at 10:00 a.m.            ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____            ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*