UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Timothy P. Neumann, Esq. [TN6429]
Broege, Neumann, Fischer & Shaver, LLC
25 Abe Voorhees Drive
Manasquan, New Jersey 08736
(732) 223-8484
Attorneys For Debtor-in-Possession
George Sariotis

In Re:

GEORGE SARIOTIS,

　　　　　Debtor.

Case No.:　　19-32528

Adv. Pro. No.:　_____

Chapter:　　11

Hearing Date:　3/18/2021

Judge:　　MBK

CORRECTED
**ADJOURNMENT REQUEST**

1. I, _____Geoff Neumann_____,

    ☒ am the attorney for: _____the Debtor_____,

    ☐ am self represented,

    and request an adjournment of the following hearing for the reason set forth below.

    Matter: Plan Confirmation

    Current hearing date and time: March 18, 2021

    New date requested: April 1, 2021

    Reason for adjournment request: The Debtor requests additional time to bring his UST fee account current.

2. Consent to adjournment:

    ☒ I have the consent of all parties.　　☐ I do not have the consent of all parties (explain below):

I certify under penalty of perjury that the foregoing is true.

Date: March 17, 2021                                s/ Geoffrey Neumann
                                                    Signature

**COURT USE ONLY:**

The request for adjournment is:

☒ Granted          New hearing date: 4/1/21 at 10:00 a.m.          ☐ Peremptory

☐ Granted over objection(s)   New hearing date: _____     ☐ Peremptory

☐ Denied

**IMPORTANT: If your request is granted, you must notify interested parties who are not electronic filers of the new hearing date.**

*new.9/23/15*