In re _George Sariotis_
         Debtor

Case No. 19 32528
Reporting Period 8/~~20~~ — 3/29/21

# INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

|  | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 2910.34 |  |
| **RECEIPTS** |  |  |
| Wages (Net) _Unemployment_ |  |  |
| Interest and Dividend Income | 2120.00 |  |
| Alimony and Child Support |  |  |
| Social Security and Pension Income _SS_ |  |  |
| Sale of Assets | 2476.00 |  |
| Other Income (attach schedule) |  |  |
| Total Receipts | 1338.24 |  |
|  | 5934.24 |  |
| **DISBURSEMENTS** |  |  |
| **ORDINARY ITEMS:** |  |  |
| Mortgage Payment(s) | 2422.94 |  |
| Rental Payment(s) |  |  |
| Other Secured Note Payments |  |  |
| Utilities |  |  |
| Insurance | 1174.07 |  |
| Auto Expense | 219.98 |  |
| Lease Payments | 189.60 |  |
| IRA Contributions |  |  |
| Repairs and Maintenance |  |  |
| Medical Expenses | 150.00 |  |
| Household Expenses | 632.66 |  |
| Charitable Contributions | 724.97 |  |
| Alimony and Child Support Payments |  |  |
| Taxes - Real Estate |  |  |
| Taxes - Personal Property |  |  |
| Taxes - Other (attach schedule) |  |  |
| Travel and Entertainment |  |  |
| Gifts |  |  |
| Other (attach schedule) | 306.68 |  |
| Total Ordinary Disbursements | 5820.90 |  |
| **REORGANIZATION ITEMS:** |  |  |
| Professional Fees |  |  |
| U.S. Trustee Fees |  |  |
| Other Reorganization Expenses (attach schedule) |  |  |
| Total Reorganization Items |  |  |
| Total Disbursements (Ordinary + Reorganization) | 5820.90 |  |
| Net Cash Flow (Total Receipts - Total Disbursements) | 113.34 |  |
| Cash - End of Month (Must equal reconciled bank statement) | 3023.68 |  |

FORM MOR-3(INDV)
(9/99)

In re George Sinistis
Debtor

Case No. 193 2528
Reporting Period: ~~6/31/20~~ 3/28/21

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Returned Check Stop Payment  1211.47 | | |
| Refunds To Debit Card  126.77 | | |
| 1338.24 | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Stop Payment  35.00 | | |
| CC Payments  169.00 | | |
| Take out  102.68 | | |
| 306.68 | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9 99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Santos

Case No. 193 2528
Reporting Period: ~~3/31/21~~ 3/28/21

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (INDV) | | |
| Copies of bank statements | MOR-1 (CONT) | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date 3/25/21

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9/99)

For customer service
or current rates
call: 732-591-2530

Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

Visit us at
www.amboybank.com

Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST     NJ  07755

Amboy Bank helps you meet your savings goals!

Visit your local branch or go to amboybank.com
to see today's special offers.

## Free Personal Check Account    Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 01-29 | $2,910.34 |
| Deposits and other credits (+) | $5,934.24 |
| Withdrawals, checks and other debits (-) | $5,820.90 |
| Ending Balance on 02-26 | $3,023.68 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-01 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 02-16 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 02-03 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 02-17 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 02-05 | 74201 RETURN-REFUND CVS/PHARMACY #07 OAKHURST NJ 00000000 074201 | 40.70 | 02-22 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| | | | 02-24 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 02-08 | 966918 RETURN-REFUND AMAZON.COM SEATTLE WA 00000101 5JUDU8CFNJR7 | 8.52 | 02-24 | XXXXX3126A SSA SSA TREAS 310 XXSOC SEC | 2,476.00 |
| | | | 02-26 | RETURNED STOP PAY ITEM | 1,211.47 |
| 02-08 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | | | |
| 02-10 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | | | |
| 02-16 | 49748 RETURN-REFUND CVS/PHARMACY #07 OAKHURST NJ 00000000 049748 | 77.55 | | | |

**GEORGE S ARIOTIS**

## Free Personal Check Account        Account number: 17007747

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 165 | 02-03 | med 60.00 | 167 | 02-09 | Home 50.00 | 171 | 02-23 | Home 50.00 |
| 166 | 02-04 | Auto 50.00 | 168* | 02-17 | Home 50.00 | 172 | 02-26 | Food 60.00 |

*Indicates a gap in check number sequence

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 02-01 | 78265 - SQ *ROOK COFFEE gosq.com NJ 00000000 078265 | TO 3.10 | 02-08 | 25547 - HUDDYS INN COLTS NECK NJ 53425547 025547 | Food 45.00 |
| 02-01 | 78223 - SQ *ROOK COFFEE gosq.com NJ 00000000 078223 | TO 3.80 | 02-09 | 44565 - SQ *ROOK COFFEE gosq.com NJ 00000000 044565 | TO 3.80 |
| 02-01 | 17106 - EXXONMOBIL 98 NEPTUNE CITY NJ 001 017106 | Auto 13.49 | 02-09 | 992181 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 104000992181 | Util 9.59 |
| 02-01 | 60504 - WAWA 996 00 TINTON FALLS NJ 001 060504 | Auto 14.04 | 02-10 | 99140 - SQ *ROOK COFFEE gosq.com NJ 00000000 099140 | TO 3.80 |
| 02-01 | 89177 - COSTCO GAS #0329 OCEAN NJ 0329013 089177 | Auto 22.00 | 02-10 | 47970 - SQ *ROOK COFFEE gosq.com NJ 00000000 047970 | TO 3.80 |
| 02-01 | 10106 - HUDDYS INN COLTS NECK NJ 52210106 010106 | Home 66.00 | 02-10 | 34333 - CVS/PHARMACY #07 OAKHURST NJ 00000000 034333 | med 335.00 |
| 02-01 | 71879 - BJS WHOLESALE #0 OAKHURST NJ 00000000 071879 | Food 196.23 | 02-11 | 63482 - SQ *ROOK COFFEE gosq.com NJ 00000000 063482 | TO 3.80 |
| 02-03 | 98646 - SQ *ROOK COFFEE gosq.com NJ 00000000 098646 | TO 3.80 | 02-11 | 96818 - COSTCO GAS #0329 OCEAN NJ 0329013 096818 | Auto 27.81 |
| 02-03 | 12443 - SQ *ROOK COFFEE gosq.com NJ 00000000 012443 | TO 3.80 | 02-11 | THE HANOVER INS THE HANOVER INSU BILLPAY | Auto INS 219.98 |
| 02-03 | 54253 - CVS/PHARMACY #07 Oakhurst NJ 30718208 086439 | med 27.44 | 02-11 | STOP ITEM CHARGE(S) | Bank chrg 35.00 |
| 02-03 | 27207 - CVS/PHARMACY #07 OAKHURST NJ 00000000 027207 | med 56.41 | 02-12 | 87544 - APPLE.COM/BILL 866-712-7753 CA 00000000 087544 | Util 6.39 |
| 02-03 | 16568401 OPTIMUM 7866 CABLE PMNT | Util 220.61 | 02-12 | 40198076 Credit One Bank Payment | CCPM 41.00 |
| 02-04 | 32191 - SQ *ROOK COFFEE gosq.com NJ 00000000 032191 | TO 3.80 | 02-16 | 28311 - SQ *ROOK COFFEE gosq.com NJ 00000000 028311 | TO 3.80 |
| 02-04 | 88459 - HP *INSTANT INK 855-785-2777 CA 00000000 088459 | Home 10.65 | 02-16 | 6324 - SQ *ROOK COFFEE gosq.com NJ 00000000 006324 | TO 3.80 |
| 02-04 | 0394 - COSTCO GAS #0329 OCEAN NJ 0329013 000394 | Auto 17.73 | 02-16 | 46426 - SQ *ROOK COFFEE gosq.com NJ 00000000 046426 | TO 4.57 |
| 02-08 | 28030 - SQ *ROOK COFFEE gosq.com NJ 00000000 028030 | TO 3.80 | 02-16 | 20368 - COSTCO GAS #0329 OCEAN NJ 0329013 020368 | Auto 25.05 |
| 02-08 | 33392 - APPLE.COM/BILL 866-712-7753 CA 00000000 033392 | Util 5.99 | 02-16 | 15948 - TST* THE GALLEY ASBURY PARK NJ 90915948 015948 | TO 25.61 |
| 02-08 | 84308 - BJS WHOLESALE #0 OAKHURST NJ 00000000 084308 | Food 11.85 | 02-16 | 8536 - CBD FOR LIFE 732-5448295 NJ 75068880 008536 | med 40.48 |
| 02-08 | 97427 - EXXONMOBIL 98 NEPTUNE CITY NJ 001 097427 | Auto 21.20 | 02-16 | 7481 - BJS WHOLESALE #0 OAKHURST NJ 00000000 007481 | Food 58.36 |

**GEORGE S ARIOTIS**

## Free Personal Check Account

Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | | Date | Description | Amount | |
|---|---|---|---|---|---|---|---|
| 02-16 | 92637 - MR. SHRIMP BELMAR NJ 00000000 092637 | 71.00 | Dinner | 02-22 | 43111 - SXM*SIRIUSXM.COM 888-635-5144 NY 00000000 043111 | 37.52 | Util |
| 02-16 | 98991 - CVS/PHARMACY #07 OAKHURST NJ 00000000 098991 | 77.55 | Med | 02-22 | 54185 - HUDDYS INN COLTS NECK NJ 49154185 054185 | 62.00 | Dinner |
| 02-16 | AMERICAN WATER AMERICAN WATER E BILLPAY | 225.32 | Util | 02-22 | 10051 - BJS WHOLESALE #0 OAKHURST NJ 00000000 010051 | 66.88 | Food Home |
| 02-16 | 000001283070536 SLS Mortgage Pay CSR Pay | 1,211.47 | Mort | 02-23 | 69509 - SQ *ROOK COFFEE gosq.com NJ 00000000 069509 | 3.80 | TO |
| 02-17 | 0991 - SQ *ROOK COFFEE gosq.com NJ 00000000 000991 | 3.80 | TO | 02-23 | 19743400022021 NJ NATURALGAS EBILL | 662.26 | Util |
| 02-17 | 18995 - APPLE.COM/BILL 866-712-7753 CA 00000000 018995 | 6.39 | Util | 02-24 | 29093 - SQ *ROOK COFFEE gosq.com NJ 00000000 029093 | 3.80 | TO |
| 02-18 | 65194 - SQ *ROOK COFFEE gosq.com NJ 00000000 065194 | 4.20 | TO | 02-24 | 7823 - COSTCO GAS #0329 OCEAN NJ 0329013 007823 | 32.36 | Auto |
| 02-18 | 54844 - COSTCO GAS #0329 OCEAN NJ 0329013 054844 | 15.92 | Auto | 02-25 | 69302 - SQ *ROOK COFFEE gosq.com NJ 00000000 069302 | 3.80 | TO |
| 02-18 | 1962703757 CREDITCARD PYMNT PAYBYPHONE | 128.00 | CC PM | 02-25 | 7220 - CVS/PHARMACY #07 Oakhurst NJ 30718207 075991 | 15.00 | Med |
| 02-19 | 1844 - SQ *ROOK COFFEE gosq.com NJ 00000000 001844 | 3.80 | TO | 02-25 | SPECIALIZED LOAN CHECKPAYMT 0169 | 1,211.47 | Mort |
| 02-22 | 8927 - SQ *ROOK COFFEE gosq.com NJ 00000000 008927 | 4.40 | TO | 02-26 | 27765 - CVS/PHARMACY #07 Oakhurst NJ 30718217 172832 | 20.78 | Med |
| 02-22 | 60949 - SPORT CLIPS - NJ WEST LONG BRA NJ 49460949 060949 | 27.00 | Hair | | | | |



165  $60.00  2/3/2021

166  $50.00  2/4/2021

167  $50.00  2/9/2021

168  $50.00  2/17/2021

171  $50.00  2/23/2021

172  $60.00  2/26/2021