| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br><br> DEMBO, BROWN & BURNS LLP <br> BY: KYLE EINGORN, ESQ. <br> 1300 ROUTE 73 <br> SUITE 205 <br> MT. LAUREL, NJ 08054 <br> (856) 354-8866 <br> KEINGORN@DBBLEGAL.COM <br> ATTORNEYS FOR MCCORMICK 110, LLC | |
| In re: <br><br> GEORGE SARIOTIS, <br><br> Debtors. | Chapter 11 <br><br> Case No.: 19-32528-MBK <br><br> Honorable Michael B. Kaplan, U.S.B.J. |

## CERTIFICATE OF CONSENT REGARDING CONSENT ORDER GRANTING MOTION TO AMEND PROOF OF CLAIM 10-1 AND AUTHORIZING THE FILING OF A LATE PROOF OF CLAIM

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)     The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)     I will retain the original consent order for a period of seven (7) years from the date of closing of the case or adversary proceeding;

(c)     I will make the original consent order available for inspection upon request of the Court or any party in interest; and

☐ If submitting the consent order and this certification to the Court conventionally, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P. 9011 (sign certification in pen and ink and the Court will scan):

☑ If submitting the consent order and this certification to the Court electronically via the presiding judge's email box, as a registered Participant of the Court's Case Management/Electronic Files (CM/ECF)

System, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P9011.

/s/ Kyle Eingorn

Kyle Eingorn, Esquire for
DEMBO, BROWN & BURNS LLP
ATTORNEYS FOR McCORMICK 110, LLC