UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
By: Kyle F. Eingorn, Esquire
1300 Route 73
Suite 205
Mt. Laurel, NJ 08054
(856) 354-8866
KEingorn@dbblegal.com
Attorneys for McCormick 110, LLC

**Order Filed on April 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

GEORGE SARIOTIS,

Debtor.

Chapter 11
Case No. 19-32528-MBK
Honorable Michael B. Kaplan, U.S.B.J.

**CONSENT ORDER GRANTING MOTION TO AMEND PROOF OF CLAIM 10-1 AND AUTHORIZING THE FILING OF A LATE PROOF OF CLAIM**

The relief set forth on the following page is hereby ORDERED.

**DATED: April 1, 2021**

/s/ Michael B. Kaplan
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of McCormick 110, LLC (the "Lender") seeking an Order Amending Proof of Claim 10-1 and Authorizing the Filing of a Late Proof of Claim (the "Motion") and the parties having amicably resolved the aforementioned Motion, and for good cause having been shown;

It is hereby ORDERED as follows:

1. Proof of Claim 10-1 filed by TwoRiver Community Bank ("TRCB") is hereby amended to remove any reference to the Note dated September 2, 2009 in the original principal amount of $280,000.00 and secured by a Mortgage of even date, on the real property located at 61 Redwood Drive, Ocean, New Jersey 07712 ("Loan-1").

2. Proof of Claim 10-1 is further amended to remove any reference to the Community Image Home Equity Credit Line Agreement and Disclosure dated December 6, 2011 in the original principal amount of $200,000.00 and secured by a Mortgage of even date on the real property located at 1801 Pitney Street, Ocean, New Jersey 07755 ("Loan-2").

3. The Lender is hereby authorized to file late proofs of claim as to Loan-1 and Loan-2 referenced in Paragraphs 1 and 2 above.

4. TRCB shall not be required to file an amended or supplemental proof of claim as a result of the Consent Order herein and only the amounts due to TRCB under Loan-1 and Loan-2 shall be eliminated from TRCB's Proof of Claim 10-1. All other amounts set forth under Proof of Claim 10-1 shall remain valid and enforceable against the Debtor.

5. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

SIGNATURE PAGE TO FOLLOW

The undersigned hereby consent to
the form and entry of this Consent Order:

| | |
|---|---|
| DEMBO, BROWN & BURNS LLP<br>Counsel for McCormick 110, LLC | MEYNER AND LANDIS LLP<br>Counsel for OceanFirst Bank, N.A. as successor-by-merger to Two River Community Bank |
| s/*Kyle F. Eingorn*<br>Kyle F. Eingorn, Esquire | s/*Matthew P. Dolan*<br>Matthew P. Dolan, Esquire |

BROEGE, NEUMANN, FISCHER & SHAVER, LLC
Counsel for Debtor, George Sariotis

s/*Geoff Neumann*
Geoff Neumann, Esquire