UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

DEMBO, BROWN & BURNS LLP
By: Kyle F. Eingorn, Esquire
1300 Route 73
Suite 205
Mt. Laurel, NJ 08054
(856) 354-8866
KEingorn@dbblegal.com
Attorneys for McCormick 110, LLC

**Order Filed on April 1, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

GEORGE SARIOTIS,

    Debtor.

Chapter 11
Case No. 19-32528-MBK
Honorable Michael B. Kaplan, U.S.B.J.

## CONSENT ORDER GRANTING MOTION TO AMEND PROOF OF CLAIM 10-1 AND AUTHORIZING THE FILING OF A LATE PROOF OF CLAIM

The relief set forth on the following page is hereby ORDERED.

**DATED: April 1, 2021**

*[signature]*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

THIS MATTER having come before the Court on Motion of McCormick 110, LLC (the "Lender") seeking an Order Amending Proof of Claim 10-1 and Authorizing the Filing of a Late Proof of Claim (the "Motion") and the parties having amicably resolved the aforementioned Motion, and for good cause having been shown;

It is hereby ORDERED as follows:

1. Proof of Claim 10-1 filed by TwoRiver Community Bank ("TRCB") is hereby amended to remove any reference to the Note dated September 2, 2009 in the original principal amount of $280,000.00 and secured by a Mortgage of even date, on the real property located at 61 Redwood Drive, Ocean, New Jersey 07712 ("Loan-1").

2. Proof of Claim 10-1 is further amended to remove any reference to the Community Image Home Equity Credit Line Agreement and Disclosure dated December 6, 2011 in the original principal amount of $200,000.00 and secured by a Mortgage of even date on the real property located at 1801 Pitney Street, Ocean, New Jersey 07755 ("Loan-2").

3. The Lender is hereby authorized to file late proofs of claim as to Loan-1 and Loan-2 referenced in Paragraphs 1 and 2 above.

4. TRCB shall not be required to file an amended or supplemental proof of claim as a result of the Consent Order herein and only the amounts due to TRCB under Loan-1 and Loan-2 shall be eliminated from TRCB's Proof of Claim 10-1. All other amounts set forth under Proof of Claim 10-1 shall remain valid and enforceable against the Debtor.

5. The Lender shall serve a copy of this order on the Debtor, the Trustee and any other party who entered an appearance on this Motion.

SIGNATURE PAGE TO FOLLOW

The undersigned hereby consent to
the form and entry of this Consent Order:

| | |
|---|---|
| DEMBO, BROWN & BURNS LLP<br>Counsel for McCormick 110, LLC | MEYNER AND LANDIS LLP<br>Counsel for OceanFirst Bank, N.A. as<br>successor-by-merger to Two River Community<br>Bank |
| s/*Kyle F. Eingorn*<br>Kyle F. Eingorn, Esquire | s/*Matthew P. Dolan*<br>Matthew P. Dolan, Esquire |

BROEGE, NEUMANN, FISCHER &
SHAVER, LLC
Counsel for Debtor, George Sariotis

s/*Geoff Neumann*
Geoff Neumann, Esquire

United States Bankruptcy Court

District of New Jersey

In re:  
George Sariotis  
    Debtor

Case No. 19-32528-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Apr 01, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor Two River Community Bank dgrantz@meyner.com ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Laura M. Egerman | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Selene Finance LP bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda T. Snyder | |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2021 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor Two River Community Bank lsnyder@meyner.com

Matthew Patrick Dolan

on behalf of Creditor Two River Community Bank mdolan@meyner.com

Timothy P. Neumann

on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 11