UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re  _George Sartots_

Case No. _19-32528_
Reporting Period: _3/31/21_

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1 (CONT) | | |
| Copies of bank statements | | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  _4/15/21_

_____
Signature of Joint Debtor

Date

_____
Signature of Authorized Individual*

Date

_____
Printed Name of Authorized Individual

Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9 99)

In re: George Sariotis, Debtor

Case No. 19-32528
Reporting Period: 3/31/21

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV) (CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 3023.68 | |
| **RECEIPTS** | | |
| Wages (Net) Unemployment | 2,650.00 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2476.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | | |
| Total Receipts | 5126.00 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | 2422.94 | |
| Rental Payment(s) | | |
| Other Secured Note Payments | | |
| Utilities | 2600.97 | |
| Insurance | 67.20 | |
| Auto Expense | 107.56 | |
| Lease Payments | | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 310.00 | |
| Household Expenses | 557.84 | |
| Charitable Contributions | 804.93 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 21.43 / 472.92 | |
| Total Ordinary Disbursements | 7395.59 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| **Total Disbursements (Ordinary + Reorganization)** | 7395.59 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | -2269.59 | |
| Cash - End of Month (Must equal reconciled bank statement) | 754.09 | |

FORM MOR-1(INDV)
(9/99)

In re: George Shrialis, Debtor

Case No. 19-32528
Reporting Period: 3/71/24

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Other Income | | |
| | | |
| Other Taxes | | |
| | | |
| Other Ordinary Disbursements | | |
| Take Out  292.92 | | |
| Credit card py (90.00) | | |
| 47292 | | |
| Other Reorganization Expenses | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9 99)

For the period 02-27-2021 to 03-31-2021    Page 1 of 3
019 017 B-030-000-00000005

📞 For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

🏛 Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST    NJ 07755

Save thousands of dollars
and pay off your mortgage faster
with our 1/2 Pay Mortgage

Stop in any branch or call 800.94.AMBOY

## Free Personal Check Account       Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 02-26 | $3,023.68 |
| Deposits and other credits (+) | $5,126.00 |
| Withdrawals, checks and other debits (-) | $7,395.59 |
| Ending Balance on 03-31 | $754.09 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-01 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 03-22 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 03-03 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 03-24 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 03-08 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 03-24 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,476.00 |
| 03-10 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 03-29 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 03-15 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 03-31 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 03-17 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 170* | 03-02 | 67.20 | 175 | 03-09 | 50.00 | 177 | 03-22 | 100.00 |
| 173* | 03-02 | 100.00 | 176 | 03-19 | 60.00 | | | |

*Indicates a gap in check number sequence



For the period 02-27-2021 to 03-31-2021

GEORGE SARIOTIS

## Free Personal Check Account          Account number: 17007747

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-01 | 80969 - APPLE.COM/BILL 866-712-7753 CA 00000000 080969 UT | 0.99 | 03-08 | 64268 - WEGMANS #009 OCEAN NJ 16964268 064268 med | 105.00 |
| 03-01 | 29851 - SQ *ROOK COFFEE gosq.com NJ 00000000 029851 TO | 3.80 | 03-09 | 41413 - SQ *ROOK COFFEE gosq.com NJ 00000000 041413 TO | 3.80 |
| 03-01 | 78531 - MR. SHRIMP BELMAR NJ 00000000 078531 TO | 13.85 | 03-09 | 49066 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 106800049066 UTi | 9.59 |
| 03-01 | 3018 - HUDDYS INN COLTS NECK NJ 58003018 003018 Hom | 90.00 | 03-09 | 5597 - COSTCO GAS #0329 OCEAN NJ 0329013 005597 Auto | 38.99 |
| 03-01 | 33307 - BJS WHOLESALE #0 OAKHURST NJ 00000000 033307 Home | 252.86 | 03-09 | SPECIALIZED LOAN CHECK PAYMT 0174 Mortgage | 1,211.47 |
| 03-02 | 83023 - SQ *ROOK COFFEE gosq.com NJ 00000000 083023 TO | 3.80 | 03-10 | 56515 - SQ *ROOK COFFEE gosq.com NJ 00000000 056515 TO | 3.80 |
| 03-02 | AHC3015109 AETNA HEALTH INS INS PYMT med | 205.50 | 03-10 | 0019 - GROSSMAN'S DELI OAKHURST NJ 00005772 000019 TO | 7.85 |
| 03-02 | 100012356661 FIRSTENERGY OPCO FE ECHECK UT | 409.13 | 03-10 | 985038 - AMAZON.COM *RP0V9 SEATTLE WA 0000010147IG492RLU4N Home | 15.96 |
| 03-03 | 20925 - SQ *ROOK COFFEE gosq.com NJ 00000000 020925 TO | 3.80 | 03-12 | 21240 - SQ *ROOK COFFEE gosq.com NJ 00000000 021240 TO | 3.80 |
| 03-03 | 4602 - COSTCO GAS #0329 OCEAN NJ 0329013 004602 Auto | 34.33 | 03-15 | 32035 - SQ *ROOK COFFEE gosq.com NJ 00000000 032035 TO | 3.80 |
| 03-04 | 97791 - SQ *ROOK COFFEE gosq.com NJ 00000000 097791 TO | 3.80 | 03-15 | 36917 - SQ *ROOK COFFEE gosq.com NJ 00000000 036917 TO | 3.80 |
| 03-05 | 93995 - SQ *ROOK COFFEE gosq.com NJ 00000000 093995 TO | 3.80 | 03-15 | 46936 - SQ *ROOK COFFEE gosq.com NJ 00000000 046936 TO | 3.80 |
| 03-05 | 64000 - HP *INSTANT INK 855-785-2777 CA 00000000 064000 Home | 18.12 | 03-15 | 79577 - APPLE.COM/BILL 408-974-1010 CA 00000000 079577 UT | 6.39 |
| 03-05 | 67385 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 067385 UTi | 269.04 | 03-15 | 99079 - APPLE.COM/BILL 866-712-7753 CA 00000000 099079 UT | 6.39 |
| 03-05 | 165684010PTIMUM 7866 CABLE PMNT UTi | 232.24 | 03-15 | 68754 - BJS WHOLESALE #0 OAKHURST NJ 00000000 068754 Hom | 99.28 |
| 03-08 | 22884 - SQ *ROOK COFFEE gosq.com NJ 00000000 022884 To | 3.80 | 03-17 | 87414 - SQ *ROOK COFFEE gosq.com NJ 00000000 087414 TO | 3.80 |
| 03-08 | 88140 - SQ *ROOK COFFEE gosq.com NJ 00000000 088140 TO | 4.40 | 03-17 | 31066 - CVS/PHARMACY #07 Oakhurst NJ 30718208 084057 med | 6.30 |
| 03-08 | 18907 - APPLE.COM/BILL 866-712-7753 CA 00000000 018907 UTi | 5.99 | 03-17 | 0004 - ILLIANO'S ITALIA OCEAN NJ 09144222 000004 TO | 23.35 |
| 03-08 | 25122 - TINTON FALLS DEL TINTON FALLS NJ 02887141 025122 TO | 16.42 | 03-18 | 46696 - SQ *ROOK COFFEE gosq.com NJ 00000000 046696 TO | 4.40 |
| 03-08 | 37951 - BJS WHOLESALE #0 OAKHURST NJ 00000000 037951 Hom | 45.19 | 03-18 | 99719 - BJS WHOLESALE #0 OAKHURST NJ 00000000 099719 Hom | 8.47 |
| 03-08 | 90742 - CBD FOR LIFE 732-5448295 NJ 75068880 090742 med | 51.14 | 03-19 | 1264 - SQ *ROOK COFFEE gosq.com NJ 00000000 001264 TO | 3.80 |
| 03-08 | 18966 - THEPOURHOUSE SHREWSBURY NJ 78154388 018966 Hom | 68.00 | 03-19 | 38859 - TINTON FALLS DEL TINTON FALLS NJ 02887141 038859 TO | 16.15 |

For the period 02-27-2021 to 03-31-2021

GEORGE S ARIOTIS

## Free Personal Check Account        Account number: 17007747

### Withdrawals and Other Debits (cont.)

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 03-22 | 61122 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 061122 | 3.25 | 03-29 | 5696 - HUDDYS INN COLTS NECK NJ  TO  00000000 005696 | 62.00 |
| 03-22 | 54071 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 054071 | 3.80 | 03-29 | 1978832877 CREDITCARD PYMNT PAYBYPHONE  CC Pmt | 100.00 |
| 03-22 | 30400 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 030400  UT | 37.52 | 03-30 | 25525 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 025525 | 3.25 |
| 03-22 | 0010 - PICCOLA ITALIA OCEAN NJ  TO  00001620 000010 | 61.00 | 03-30 | 74643 - BJS WHOLESALE #0 OAKHURST NJ 00000000 074643  Home | 162.63 |
| 03-23 | 3139 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 003139 | 3.25 | 03-30 | 40198076 Credit One Bank Payment  CC Pmt | 80.00 |
| 03-24 | 86496 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 086496 | 3.25 | 03-30 | AHC3015109 AETNA HEALTH INS INS PYMT | 205.50 |
| 03-25 | 68692 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 068692 | 3.25 | 03-30 | AMERICAN WATER AMERICAN WATER E BILLPAY  UT | 214.43 |
| 03-26 | 53745 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 053745 | 3.25 | 03-30 | 20025417032921 NJ NATURAL GAS EBILL  UT | 474.24 |
| 03-26 | 3718 - COSTCO GAS #0329 OCEAN NJ 0329013 003718  Auto | 34.54 | 03-31 | 498353 - AMAZON.COM *4W4R1 SEATTLE WA 00000101 QUG02GSHB0A7  Present | 21.43 |
| 03-29 | 87683 - APPLE.COM/BILL 866-712-7753 CA 00000000 087683  UT | 0.99 | 03-31 | 15802 - DTV*DIRECTV SERV 800-347-3288 CA 00000000 015802  UT | 277.23 |
| 03-29 | 85832 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 085832 | 3.25 | 03-31 | 16568401 OPTIMUM 7866 CABLE PMNT  UT | 221.83 |
| 03-29 | 22352 - SQ *ROOK COFFEE gosq.com NJ  TO  00000000 022352 | 3.25 | 03-31 | 100012356661 FIRSTENERGY OPCO FE ECHECK  UT | 434.47 |
| 03-29 | 24402 - WEGMANS #009 OCEAN NJ 17924402 024402  Med | 14.90 | 03-31 | SPECIALIZED LOAN CHECK PAYMT 0178  Mort. | 1,211.47 |
| 03-29 | 20012 - NINO JR'S OAKHURST NJ 04872115 020012  Home | 44.42 | | | |