Form 147 – ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

      Case No.:  19–32528–MBK
      Chapter:  11
      Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  George Sariotis
  1801 Pitney St
  Oakhurst, NJ 07755–2840

Social Security No.:
  xxx–xx–3126

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

  NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on April 6, 2021.

  IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022–1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022–1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016–4.

Dated: August 30, 2021
JAN: bwj

                                                                                                    Jeanne Naughton
                                                                                                     Clerk