In re: **George Sariotis**, Debtor

Case No. 19-32528
Reporting Period: 4/30/21

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS
(This Form must be submitted for each Bank Account maintained by the Debtor)

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. Attach the bank statements and a detailed list of all disbursements made during the report period that includes the date, the check number, the payee, the transaction description, and the amount. A bank reconciliation must be attached for each account. [See MOR-1 (INDV)(CONT)]

| | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| Cash - Beginning of Month | 754.09 | |
| **RECEIPTS** | | |
| Wages (Net) Unemployment | 2120 | |
| Interest and Dividend Income | | |
| Alimony and Child Support | | |
| Social Security and Pension Income | 2476.00 | |
| Sale of Assets | | |
| Other Income (attach schedule) | 1485.00 | |
| Total Receipts | 6081.47 | |
| **DISBURSEMENTS** | | |
| **ORDINARY ITEMS:** | | |
| Mortgage Payment(s) | | |
| Rental Payment(s) | 1211.47 | |
| Other Secured Note Payments | | |
| Utilities | | |
| Insurance | 73.26 | |
| Auto Expense | 421.62 | |
| Lease Payments | 771.03 | |
| IRA Contributions | | |
| Repairs and Maintenance | | |
| Medical Expenses | 452.11 | |
| Household Expenses | 400.53 | |
| Charitable Contributions | 714.33 | |
| Alimony and Child Support Payments | | |
| Taxes - Real Estate | | |
| Taxes - Personal Property | | |
| Taxes - Other (attach schedule) | | |
| Travel and Entertainment | | |
| Gifts | | |
| Other (attach schedule) | 63.96 / 279.14 | |
| Total Ordinary Disbursements | 4387.47 | |
| **REORGANIZATION ITEMS:** | | |
| Professional Fees | | |
| U.S. Trustee Fees | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Items | | |
| Total Disbursements (Ordinary + Reorganization) | 4387.47 | |
| Net Cash Flow (Total Receipts - Total Disbursements) | | |
| Cash - End of Month (Must equal reconciled bank statement) | 1693.53 / 2447.62 | |

FORM MOR-1(INDV)
(9/93)

In re George Samotis, Debtor

Case No. 193 2528
Reporting Period: 8/30/20

## INDIVIDUAL DEBTOR CASH RECEIPTS AND CASH DISBURSEMENTS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Current Month Actual | Cumulative Filing to Date Actual |
|---|---|---|
| **Other Income** | | |
| Refund  85.00 | | |
| Standing ck  1400.00 | | |
| 1485.00 | | |
| **Other Taxes** | | |
| | | |
| **Other Ordinary Disbursements** | | |
| Take out  279.14 | | |
| **Other Reorganization Expenses** | | |
| | | |

FORM MOR-1 (INDV) (CONT)
(9 99)

UNITED STATES BANKRUPTCY COURT
_____ DISTRICT OF _____

In re George Sartots

Case No. 193 2528
Reporting Period: 4/30/29

## MONTHLY OPERATING REPORT
### (INDIVIDUAL WAGE EARNERS)

File with Court and submit copy to United States Trustee within 20 days after end of month

Include FORM MOR-1 (INDV) if debtor is a wage earner.
Substitute FORM MOR-2 (RE) for MOR-2 if case is a Single Asset Real Estate case.
Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached |
|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 (INDV) | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | | | |
| Copies of bank statements | MOR-1 (CONT) | | |
| Cash disbursements journals | | | |
| Statement of Operations | | | |
| Balance Sheet | | | |
| Status of Postpetition Taxes | | | |
| Copies of IRS Form 6123 or payment receipt | | | |
| Copies of tax returns filed during reporting period | | | |
| Summary of Unpaid Postpetition Debts | | | |
| Listing of aged accounts payable | | | |
| Accounts Receivable Reconciliation and Aging | | | |
| Debtor Questionnaire | | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that the documents attached to this report are true and correct to the best of my knowledge and belief.

_[signature]_
Signature of Debtor                                             Date 5/14/21

_____
Signature of Joint Debtor                                        Date

_____
Signature of Authorized Individual*                              Date

_____
Printed Name of Authorized Individual                            Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM MOR (INDV)
(9 99)

For the period 04-01-2021 to 04-30-2021
019 017 B-030-000-00000007

☎ For customer service
or current rates
call: 732-591-2530

✉ Write to:
Amboy Bank
3590 U. S. Highway 9
Old Bridge, NJ 08857

🖥 Visit us at
www.amboybank.com

🏦 Amboy 24
(Telephone Banking)
call 1-877-24AMBOY

GEORGE S ARIOTIS
DEBTOR IN POSSESSION
1801 PITNEY STREET
OAKHURST        NJ 07755

Save thousands of dollars
and pay off your mortgage faster
with our 1/2 Pay Mortgage

Stop in any branch or call 800.94.AMBOY

## Free Personal Check Account      Account number: 17007747

### Account Balance Summary

| | |
|---|---|
| Beginning Balance on 03-31 | $754.09 |
| Deposits and other credits (+) | $6,081.00 |
| Withdrawals, checks and other debits (-) | $4,387.47 |
| Ending Balance on 04-30 | $2,447.62 |

### Deposits and Other Credits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-05 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 04-19 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 04-07 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 04-21 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 04-07 | 138423126200919 IRS TREAS 310 TAXEIP3 | 1,400.00 | 04-26 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 |
| 04-12 | XXX-XX-0578 STATE OF NJ - LA UEMPLOYMEN | 300.00 | 04-28 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 |
| 04-14 | XXXXX0578 STATE OF NJ - LA UI-DUA | 230.00 | 04-28 | XXXXX3126A SSA SSA TREAS 310 XX SOC SEC | 2,476.00 |
| 04-16 | 0021 RETURN-REFUND SKECHERS-USA #14 TINTON FALLS NJ 00003749 000021 | 85.00 | | | |

### Checks

| Check # | Date | Amount | Check # | Date | Amount | Check # | Date | Amount |
|---|---|---|---|---|---|---|---|---|
| 179 | 04-12 | IRS 33.60 | 183 | 04-13 | MAINT 50.00 | 187 | 04-27 | MAINT 75.00 |
| 180 | 04-08 | Hous 16.00 | 184 | 04-20 | MAINT 50.00 | | | |
| 181* | 04-06 | HAIR 80.00 | 185* | 04-21 | medic 40.00 | | | |

*Indicates a gap in check number sequence



179    $33.60    4/12/2021
179    $33.60    4/12/2021
180    $16.00    4/8/2021
180    $16.00    4/8/2021
181    $80.00    4/6/2021
181    $80.00    4/6/2021
183    $50.00    4/13/2021
183    $50.00    4/13/2021
184    $50.00    4/20/2021
184    $50.00    4/20/2021
185    $40.00    4/21/2021
185    $40.00    4/21/2021



187  $75.00  4/27/2021                187  $75.00  4/27/2021

**GEORGE SARIOTIS**

## Free Personal Check Account    Account number: 17007747

### Withdrawals and Other Debits

| Date | Description | Amount | Date | Description | Amount |
|---|---|---|---|---|---|
| 04-01 | 21990 - SQ *ROOK COFFEE gosq.com NJ 00000000 021990  *To* | 3.85 ✓ | 04-12 | 53373 - BJS WHOLESALE #0 OAKHURST NJ 00000000 053373  *Hom* | 105.62 ✓ |
| 04-02 | 59147 - SQ *ROOK COFFEE gosq.com NJ 00000000 059147  *To* | 3.25 ✓ | 04-12 | 70148 - NBW*NEW BALANCE 800-595-9138 MO 00000000 070148  *Home* | 134.99 ✓ |
| 04-02 | 33650 - SKECHERS.COM #60 310-318-3100 CA 0001 033650  *Home* | 85.00 ✓ | 04-12 | THE HANOVER INS THE HANOVER INSU BILLPAY  *Ins* | 225.98 ✓ |
| 04-05 | 99318 - SQ *ROOK COFFEE gosq.com NJ 00000000 099318  *To* | 3.25 ✓ | 04-13 | 61139 - SQ *ROOK COFFEE gosq.com NJ 00000000 061139  *To* | 3.25 ✓ |
| 04-05 | 98994 - SQ *ROOK COFFEE gosq.com NJ 00000000 098994  *To* | 3.25 ✓ | 04-13 | 5672 - APPLE.COM/BILL 866-712-7753 CA 00000000 005672  *UT* | 6.39 ✓ |
| 04-05 | 63160 - HP *INSTANT INK 855-785-2777 CA 00000000 063160  *Home* | 6.39 ✓ | 04-13 | 57018 - WAWA 996 00 TINTON FALLS NJ 001 057018  *To* | 12.26 ✓ |
| 04-05 | 40937 - ARC TEAM 124 ATLANTA GA 9033 040937  *Home* | 26.52 | 04-13 | 36646 - HARMON #8043 OCEAN NJ 80433 036646  *med* | 13.84 ✓ |
| 04-05 | 70022 - THE BAR ROOM DEAL NJ 78739662 070022  *To* | 52.00 ✓ | 04-13 | 11388 - COSTCO GAS #0329 OCEAN NJ 0329013 011388  *Auto* | 32.77 ✓ |
| 04-05 | 87953 - WEGMANS #009 OCEAN NJ 26487953 087953  *med* | 105.00 ✓ | 04-14 | 65613 - SQ *ROOK COFFEE gosq.com NJ 00000000 065613  *To* | 3.25 ✓ |
| 04-05 | 40980 - ARC TEAM 124 ATLANTA GA 9033 040980 | 170.59 | 04-15 | 95279 - SQ *ROOK COFFEE gosq.com NJ 00000000 095279  *To* | 3.25 ✓ |
| 04-06 | 67102 - SQ *ROOK COFFEE gosq.com NJ 00000000 067102  *To* | 3.25 ✓ | 04-16 | 80762 - SQ *ROOK COFFEE gosq.com NJ 00000000 080762  *To* | 3.25 ✓ |
| 04-06 | 59838 - COSTCO GAS #0329 OCEAN NJ 0329013 059838  *Auto* | 42.01 ✓ | 04-16 | 6357 - WEGMANS #009 OCEAN NJ 20306357 006357  *med* | 6.39 ✓ |
| 04-07 | 74192 - SQ *ROOK COFFEE gosq.com NJ 00000000 074192  *To* | 3.25 ✓ | 04-19 | 90385 - SQ *ROOK COFFEE gosq.com NJ 00000000 090385  *To* | 3.25 ✓ |
| 04-09 | 3621 - APPLE.COM/BILL 866-712-7753 CA 00000000 003621  *UT* | 5.99 ✓ | 04-19 | 10376 - SQ *ROOK COFFEE gosq.com NJ 00000000 010376  *To* | 3.85 ✓ |
| 04-09 | 184434 DDA BANK DEBIT NETFLIX COM LOS GATOS CA 004 109908184434  *UT* | 9.59 ✓ | 04-19 | 67584 - APPLE.COM/BILL 866-712-7753 CA 00000000 067584  *UT* | 6.39 ✓ |
| 04-12 | 51514 - SQ *ROOK COFFEE gosq.com NJ 00000000 051514  *To* | 3.25 ✓ | 04-19 | 89642 - SPORT CLIPS - NJ WEST LONG BRA NJ 49889642 089642  *Hcm* | 18.13 ✓ |
| 04-12 | 67835 - SQ *ROOK COFFEE gosq.com NJ 00000000 067835  *To* | 3.25 ✓ | 04-19 | 10006 - NINO JR'S OAKHURST NJ 04872115 010006  *To* | 22.20 ✓ |
| 04-12 | 22400 - SQ *ROOK COFFEE gosq.com NJ 00000000 022400  *To* | 3.25 ✓ | 04-19 | 60795 - COSTCO GAS #0329 OCEAN NJ 0329013 060795  *Auto* | 27.32 ✓ |
| 04-12 | 8705 - SQ *ROOK COFFEE gosq.com NJ 00000000 008705  *To* | 3.25 ✓ | 04-19 | 99113 - SHREWSBURY CAR W SHREWSBURY NJ 39099113 099113  *Auto* | 27.62 ✓ |
| 04-12 | 43590 - CBD FOR LIFE 732-5448295 NJ 75068880 043590  *med* | 29.82 ✓ | 04-19 | 28058 - TARGET.COM * 800-591-3869 MN 00000000 028058  *Gift* | 63.96 ✓ |
| 04-12 | 10012 - NINO JR'S OAKHURST NJ 04872115 010012  *To* | 34.97 ✓ | 04-19 | 0014 - TUZZIO'S ITALIAN LONG BRANCH NJ 00009584 000014  *Hcm* | 96.00 ✓ |
| 04-12 | 94731 - ST. STEPHENS GRE 732-4492626 NJ 75408874 094731  *Home* | 84.00 ✓ | 04-19 | 11513 - PROGRESSIVE *INS 800-776-4737 OH 00000000 011513  *Ins* | 162.04 ✓ |

## GEORGE S ARIOTIS

### Free Personal Check Account          Account number: 17007747

**Withdrawals and Other Debits (cont.)**

| Date | Description | Amount | | Date | Description | Amount |
|---|---|---|---|---|---|---|
| 04-19 | 18482785041621 FORD CREDIT AUTO PYMT  *Auto* | 587.10 | | 04-26 | 51932 - SQ *ROOK COFFEE gosq.com NJ 00000000 051932  *To* | 3.85 |
| 04-20 | 42671 - SQ *ROOK COFFEE gosq.com NJ 00000000 042671  *To* | 3.85 | | 04-26 | 70022 - THE BAR ROOM DEAL NJ 78739662 070022  *To* | 48.00 |
| 04-21 | 86534 - SQ *ROOK COFFEE gosq.com NJ 00000000 086534  *To* | 3.85 | | 04-26 | 32673 - HUDDYS INN COLTS NECK NJ 65332673 032673  *Home* | 83.00 |
| 04-21 | 0728 - COSTCO GAS #0329 OCEAN NJ 0329013 000728  *Auto* | 26.67 | | 04-26 | 98400 - BJS WHOLESALE #0 OAKHURST NJ 00000000 098400  *Home* | 85.20 |
| 04-22 | 69437 - SQ *ROOK COFFEE gosq.com NJ 00000000 069437  *To* | 3.85 | | 04-27 | 10963 - SQ *ROOK COFFEE gosq.com NJ 00000000 010963  *To* | 3.85 |
| 04-22 | 21510 - TINTON FALLS DEL TINTON FALLS NJ 02887141 021510  *To* | 5.60 | | 04-27 | 61736 - COSTCO GAS #0329 OCEAN NJ 0329013 061736  *Auto* | 27.54 |
| 04-22 | 9801 - WAWA 996 00 TINTON FALLS NJ 001 009801  *To* | 12.26 | | 04-28 | 96271 - SQ *ROOK COFFEE gosq.com NJ 00000000 096271  *To* | 3.85 |
| 04-22 | 5257 - SXM *SIRIUSXM.COM 888-635-5144 NY 00000000 005257  *UT* | 37.52 | | 04-28 | AHC3015109 AETNA HEALTH INS INS PYMT  *Med* | 205.50 |
| 04-23 | 54629 - SQ *ROOK COFFEE gosq.com NJ 00000000 054629  *To* | 3.85 | | 04-29 | 76586 - APPLE.COM/BILL 866-712-7753 CA 00000000 076586  *UT* | 0.99 |
| 04-23 | 0014 - GROSSMAN'S DELI OAKHURST NJ 00005772 000014  *To* | 7.85 | | 04-29 | 62336 - APPLE.COM/BILL 866-712-7753 CA 00000000 062336  *UT* | 6.39 |
| 04-26 | 39341 - SQ *ROOK COFFEE gosq.com NJ 00000000 039341  *To* | 3.85 | | 04-30 | SPECIALIZED LOAN CHECK PAYMT 0186  *Mort* | 1,211.47 |