Form 147 − ntccnfpln

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 19−32528−MBK
Chapter: 11
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   George Sariotis
   1801 Pitney St
   Oakhurst, NJ 07755−2840

Social Security No.:
   xxx−xx−3126

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 11 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 11 plan was entered on April 6, 2021.

IT IS FURTHER NOTICED,

1. The clerk shall close the case 180 days after entry of the order confirming plan. Local Rule 3022−1(a).

2. On motion of a party in interest filed and served within the time period set forth above, the court may for cause extend the time for closing the case. Local Rule 3022−1(c).

3. All applications for allowance of fees and expenses shall be filed within 90 days after entry of a final order confirming plan, or such fees and expenses shall be deemed to be waived. Local Rule 2016−4.

Dated: August 30, 2021
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
George Sariotis  
    Debtor

Case No. 19-32528-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 3  
Date Rcvd: Aug 30, 2021     Form ID: 147     Total Noticed: 45

The following symbols are used throughout this certificate:  
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |
| r | + | Burke & Manna Real Estate Agency, 3408-A Sunset Avenue, Ocean, NJ 07712-3972 |
| cr | + | McCormick 110, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, NJ 08054-2200 |
| cr | + | Selene Finance LP, RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518598847 | | Aluma Systems Concrete, PO Box 91473, Chicago, IL 60693-1473 |
| 518598848 | | American Builders, 1 American Way, Walden, NY 12586-2821 |
| 518625040 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518598849 | | Amex, PO Box 981537, El Paso, TX 79998-1537 |
| 518653230 | | Dreyers Lumber & Hardward Inc., 20 Watchung Ave, Chatham, NJ 07928-2751 |
| 518598854 | + | Hudson Law Offices, PC, For Aluma Systems Concrete, 900 Route 168 Ste C-2, Turnersville, NJ 08012-3206 |
| 518609980 | | Infiniti Financial Services, POB 660366, Dallas, TX 75266-0366 |
| 518598855 | | Jaeger Lumber and Supp Ly Co Inc, 1835 Swarthmore Ave, Lakewood, NJ 08701-4533 |
| 518598856 | + | Joseph Fazio Wall L Lc, 5001 Routes 33 & 34, Farmingdale, NJ 07727-3621 |
| 518631419 | + | Joseph Fazzio-Wall, LLC, Attn Kathleen R Wall, Esq, 2640 Highway 70, Suite 9A, Manasquan NJ 08736-2611 |
| 518598858 | | Kathleen R. Wall, Esq., Atty for Joseph Fazzio-Wall LLC, PO Box A, Manasquan, NJ 08736-0631 |
| 518598859 | | Marvel & Maloney, Attys for Woodhaven Lumber, PO Box 727, Neptune, NJ 07754-0727 |
| 519160442 | + | McCormick 110, LLC, c/o Dembo, Brown & Burns LLP, 1300 Route 73, Suite 205, Mount Laurel, New Jersey 08054-2200 |
| 518598860 | | Mellinger Sanders Kartzman LLC, 101 Gibraltar Dr Ste 2F, Morris Plains, NJ 07950-1287 |
| 518598861 | | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5320 |
| 518598863 | | NJ Attorney General, Division of Law Richard J Hughes Justice, 25 Market St, Trenton, NJ 08611-2148 |
| 518598862 | | Nissan-Infiniti Lt, PO Box 660366, Dallas, TX 75266-0366 |
| 518653232 | | Pressler Felt & Warshaw, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 518653233 | | Ronald J Nelson, Esq, re Dreyer Lmber & Hardware, 162 Washington Valley Rd Ste 207, Warren, NJ 07059-7100 |
| 518607511 | + | Selene Finance LP, c/o RAS Crane, LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 518932536 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 518598865 | | State of New jersey, Div of Taxation Bk Se P O, PO Box 245, Trenton, NJ 08602-0245 |
| 518598866 | | State of Nj Student As, 4 Quakerbridge Plz, Trenton, NJ 08619-1241 |
| 518931791 | + | U.S. BANK NATIONAL ASSOCIATION, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 518598869 | | Wells Fargo, Attn Bankruptcy, 1 Home Campus # MACX2303-01A, Des Moines, IA 50328-0001 |
| 518695501 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 518598870 | | Woodhaven Lumber & Millwork, 200 James St, Lakewood, NJ 08701-4103 |
| 518629797 | + | Woodhaven Lumber and Millwork, Inc., Marvel & Maloney, POB 727, Neptune, NJ 07754-0727 |

TOTAL: 32

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2021 20:14:00 | Dist Dir of IRS, Insolvency Function, PO Box 724, Springfield, NJ 07081-0724 |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 30 2021 20:14:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 30 2021 20:14:00 | United States Trustee, Office of the United States |

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 30, 2021 | Form ID: 147 | Total Noticed: 45 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518598850 | | Email/Text: bk@avant.com | Aug 30 2021 20:14:00 | Avant LLC/Web Bank, 222 N La Salle St, Chicago, IL 60601-1003 |
| 518598851 | | Email/Text: bankruptcy@usecapital.com | Aug 30 2021 20:14:00 | Capital Accounts, PO Box 140065, Nashville, TN 37214-0065 |
| 518598852 | | Email/Text: bankruptcy@usecapital.com | Aug 30 2021 20:14:00 | Capital Accounts, Attn Bankruptcy Dept, PO Box 140065, Nashville, TN 37214-0065 |
| 518607779 | | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 518598853 | | Email/Text: mrdiscen@discover.com | Aug 30 2021 20:14:00 | Discover Fin Svcs LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 518598857 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Aug 30 2021 20:16:22 | Jpmcb Card, PO Box 15369, Wilmington, DE 19850-5369 |
| 518691560 | + | Email/Text: bkteam@selenefinance.com | Aug 30 2021 20:14:00 | SELENE FINANCE, LP, 9990 RICHMOND AVE SUITE 400 SOUTH, HOUSTON, TX 77042-4546 |
| 518598864 | | Email/Text: bkteam@selenefinance.com | Aug 30 2021 20:14:00 | Selene Finance Lp, 9990 Richmond Ave, Houston, TX 77042-4559 |
| 518632767 | + | Email/Text: tcm.bk@tcmbank.com | Aug 30 2021 20:14:00 | TCM Bank, NA, 2701 N Rocky Point Dr, Suite 700, Tampa, FL 33607-5936 |
| 518598867 | | Email/Text: tcm.bk@tcmbank.com | Aug 30 2021 20:14:00 | Tcm Bank NA, PO Box 31481, Tampa, FL 33631-3481 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | U.S. BANK NATIONAL ASSOCIATION, RAS Citron LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 518615103 | *+ | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 518653231 | * | Meyner & Landis, 1 Gateway Ctr Fl 25, Newark, NJ 07102-5320 |
| 518932537 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| cr | ##+ | Two River Community Bank, 766 Shrewsbury Avenue, Tinton Falls, NJ 07724-3001 |
| 518598868 | ## | Two River Community Bank, 1250 State Route 35, Middletown, NJ 07748-2013 |

TOTAL: 0 Undeliverable, 4 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 01, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2021 at the address(es) listed**

District/off: 0312-3     User: admin     Page 3 of 3
Date Rcvd: Aug 30, 2021     Form ID: 147     Total Noticed: 45

**below:**

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor Two River Community Bank dgrantz@meyner.com ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Laura M. Egerman | on behalf of Creditor Selene Finance LP bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |
| Linda T. Snyder | on behalf of Creditor Two River Community Bank lsnyder@meyner.com |
| Matthew Patrick Dolan | on behalf of Creditor Two River Community Bank mdolan@meyner.com |
| Timothy P. Neumann | on behalf of Debtor George Sariotis timothy.neumann25@gmail.com btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 11