UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re:<br><br>George Sariotis | Case No.: 19-32528 |
|---|---|
| | Chapter: 11 |
| | Hearing Date: 10/28/21 @ 10:00 |
| | Judge: Michael B. Kaplan |

## NOTICE OF INTENTION TO CLOSE CASE
## PURSUANT TO D.N.J. LBR 3022-1(a)

TO:  DEBTOR, DEBTOR'S ATTORNEY, TRUSTEE, if any, and UNITED STATES TRUSTEE

It appearing that an Order Confirming the Chapter 11 Plan was entered more than five (5) months ago, you are hereby notified of the Court's intention to close the above captioned case pursuant to D.N.J. LBR 3022-1(a). The case shall be closed on or after __10/21/2021__ unless an objection to closing is filed with the court and served on the United States Trustee at least seven (7) days prior to the closing date. In the event a timely objection is filed, a hearing will be held on:

Date:      October 28, 2021
Time:      10:00 a.m.
Location:  United States Bankruptcy Court
           402 East State Street
           Trenton, New Jersey 08608

DATED: September 15, 2021                    JEANNE A. NAUGHTON, Clerk

*rev.1/4/17*

United States Bankruptcy Court

District of New Jersey

In re:  
George Sariotis  
    Debtor

Case No. 19-32528-MBK  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 2  
Date Rcvd: Sep 15, 2021      Form ID: pdf903      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | George Sariotis, 1801 Pitney St, Oakhurst, NJ 07755-2840 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David B. Grantz | on behalf of Creditor Two River Community Bank dgrantz@meyner.com ckelly@meyner.com |
| Geoffrey P. Neumann | on behalf of Debtor George Sariotis geoff.neumann@gmail.com |
| Kyle Francis Eingorn | on behalf of Creditor McCormick 110 LLC keingorn@dbblegal.com |
| Laura M. Egerman | on behalf of Creditor SPECIALIZED LOAN SERVICING LLC bkyecf@rasflaw.com, bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor Selene Finance LP bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Laura M. Egerman | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION bkyecf@rasflaw.com bkyecf@rasflaw.com;legerman@rasnj.com |
| Lauren Bielskie | on behalf of U.S. Trustee U.S. Trustee lauren.bielskie@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Linda T. Snyder
    on behalf of Creditor Two River Community Bank lsnyder@meyner.com

Matthew Patrick Dolan
    on behalf of Creditor Two River Community Bank mdolan@meyner.com

Timothy P. Neumann
    on behalf of Debtor George Sariotis timothy.neumann25@gmail.com
    btassillo@aol.com;geoff.neumann@bnfsbankruptcy.com;geoff.neumann@gmail.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11