Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| George Sariotis | Case No. 19-32528-MBK |
| Debtor. | Judge: Michael B. Kaplan |

**SECURED CREDITOR'S AFFIDAVIT OF DEFAULT**

_____Steven Ross_____ certifies as follows:

1. I am a **Second Assistant Vice President** for **Specialized Loan Servicing LLC**, a secured creditor of the debtor (the "Movant").

2. On September 21, 2020, a Consent Order was entered, a copy of which is attached as an exhibit, providing that Debtor must sell the property located at 1801 Pitney Street, Oakhurst, New Jersey no later than September 1, 2021, allowing the Movant ex parte relief to vacate the stay, with notice to the trustee, debtor and his attorney, if any.

3. Debtor has failed to comply with the aforesaid order:

    X   By failing to complete sale of the property within 12 months of the date of the Consent Order, September 21, 2021.

    ☐   Other _____.

4. This certification is being made in an effort to enforce the prior order of this court and to vacate the stay.

5. I certify under penalty of perjury that the above is true.

**OCT 2 5 2021**
Date

Signature   **Steven Ross**
**Second Assistant Vice President**