Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| George Sariotis | Case No. 19-32528-MBK |
| Debtor. | Judge: Michael B. Kaplan |

### CERTIFICATION OF CREDITOR REGARDING POST-PETITION PAYMENT HISTORY (NOTE AND MORTGAGE DATED APRIL 29, 2011)

__Steven Ross__ of full age, employed as _Second Assistant Vice President_ by __Specialized Loan Servicing LLC__, hereby certifies the following information:

Recorded on 5/9/2011, in Monmouth County, NJ, instrument No 2011044080 Book OR 8890 Page 4657

Property Address: 1801 Pitney Street, Oakhurst, New Jersey 07755

Mortgage Holder: Specialized Loan Servicing, LLC

Mortgagor / Debtor: George Sariotis and Cindy Sariotis / George Sariotis

**POST-PETITION PAYMENTS** (petition was filed: 12/2/2019)

|  | Amount Due | Date Payment was due | How Payment was Applied | Amount Received | Date Payment Received | Check or Money Order No. |
|---|---|---|---|---|---|---|
| Agreed order entered 9/21/2020 ||||||
|  | NA |  |  |  |  |  |
| TOTAL | NA |  |  |  |  |  |

**Default details: **Debtor failed to complete sale of property with 12 month of the date of the Agreed Order (9/21/21).**

If the monthly payment has changed during the pendency of the case, please explain (attached separate sheet(s) if necessary): NA

Pre-petition arrears: <u>See</u> Claim #8 on the Claims Register.

I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____**OCT 2 5 2021**_____
Date

Signature **Steven Ross**
**Second Assistant Vice President**