Phillip Raymond
McCalla Raymer Leibert Pierce, LLC
420 Lexington Ave, RM 840
New York, NY 10170
Telephone: 732-692-6872
NJ_ECF_Notices@McCalla.com
Attorneys for Movant

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 11 |
|---|---|
| George Sariotis | Case No. 19-32528-MBK |
| Debtor. | Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, __Shelly M Rodriguez__:

    ☐ represent the _____ in the above-captioned matter.

    ☑ am the secretary/paralegal for McCalla Raymer Leibert Pierce, LLC who represents the Movant.

    ☐ am the _____ in the above case and am representing myself.

2. On __10/28/2021__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Certification of Default
    - Certification of Post-Petition Payment History
    - Order

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

|    10/28/2021    | /s/Shelly M. Rodriguez |
|---|---|
| Date | Signature |

| **Name and Address of Party Served** | **Relationship of Party to the Case** | **Mode of Service** |
|---|---|---|
| George Sariotis<br>1801 Pitney St<br>Oakhurst, NJ 07755-2840 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by court *) |
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | U.S. Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by court *) |
| Geoffrey P. Neumann<br>Broege, Neumann, Fischer & Shaver, LLC<br>25 Abe Voorhees Drive<br>Manasquan, NJ 08736 | Debtor's Attorney | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>  (as authorized by court *) |

\*   May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time